# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § § | Adv. Proc. No. 21-03004-sgj |
| vs. | § § | Case No. 3:21-cv-881 |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., | § § § | |
| Defendant. | § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Plaintiff, | § § | Adv. Proc. No. 21-03082-sgj |
| vs. | § § | Case No. 3:22-cv-789 |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS LP, | § § | |
| Defendant. | § § § | |

## ORDER CONSOLIDATING CASES

Pursuant to Federal Rule of Civil Procedure 42(a) and *Lester v. Exxon Mobil Corp.*, 879 F.3d 582, 592 (5th Cir. 2018), the Court *sua sponte* orders consolidation of *Highland Capital Management, L.P. v. Highland Capital Management Fund Advisors LP*, No. 3:22-cv-789 under lead case, *Highland Capital Management, L.P. v. Highland Capital Management Fund Advisors, L.P.*, No. 3:21-cv-881. Both cases are already assigned to the Court. The Court finds that the interests of judicial efficiency are best served by consolidation of all Note Cases under Case No. 3:21-cv-881, and 3:22-cv-789 is another (specifically, the tenth Note Case) in this district arising from the Highland bankruptcy proceedings. The other nine Note Cases have already been consolidated under 3:21-cv-881 by prior order of the Court.

**IT IS HEREBY ORDERED THAT**:

1.  The Note Case, 3:22-cv-789, is consolidated under the lead Note Case, No. 3:21-cv-881 for all purposes other than that Case No. 3:21-cv-881-X may be tried separately (or that the determination of whether such case shall be tried separately is deferred until after all summary judgement motions are heard and decided), to be heard by the undersigned.

2.  All future filings related to all Note Cases shall be filed on the docket for No. 3:21-cv-881.

**IT IS SO ORDERED** this 20th day of April, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE