# EXHIBIT C

**Summary of loans dated February 26, 2014 and February 26, 2016**
*Privileged and confidential - prepared at direction of counsel*
*Prepared February 28, 2022*

| Loan dated 2/26/14 | | $ 4,000,000.00 | | | Application | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Type | Cash amount | Bank statement date | Bank statement ref | Principal | Interest | Total | Total Applied to other loans |
| Initial loan | Payment | $ (4,000,000.00) | 2/26/2014 | P. 2 of 3 | $ (4,000,000.00) | $ - | $ (4,000,000.00) | $ - |
| May 2019 receipt | Receipt | 1,000,000.00 | 5/29/2019 | P. 6 of 13 | 978,101.91 | 21,898.09 | 1,000,000.00 | - |
| June 2019 receipt | Receipt | 500,000.00 | 6/4/2019 | P. 2 of 9 | 500,000.00 | - | 500,000.00 | - |
| September 2019 receipt | Receipt | 500,000.00 | 9/5/2019 | P. 1 of 3 | 484,171.75 | 15,828.25 | 500,000.00 | - |
| October 2019 receipt | Receipt | 375,000.00 | 10/3/2019 | P. 2 of 10 | 375,000.00 | - | 375,000.00 | - |
| December 2021 receipt [1] | Receipt | 180,472.81 | 12/28/2021 | P. 1 of 4 | - | 35,477.45 | 35,477.45 | 144,995  See notes |
| Total cash receipts | | | | | $ 2,337,273.66 | $ 73,203.79 | $ 2,410,477.45 | |
| Non-cash PIK interest (cumulative 2014-2021) | | | | | (471,440.19) | 471,440.19 | | |
| Total principal outstanding 12/31/21 | | | | | $ 2,134,166.53 | Original principal less principal repayments plus PIK'd interest | | |
| Total interest outstanding 12/31/21 | | | | | - | | | |

| Loan dated 2/26/16 | | $ 2,300,000.00 | | | Application | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Type | Cash amount | Bank statement date | Bank statement ref | Principal | Interest | Total | Total Applied to other loans |
| Initial loan | Payment | $ (2,300,000.00) | 2/26/2016 | P. 2 of 3 | $ (2,300,000.00) | $ - | $ (2,300,000.00) | $ - |
| September 2016 receipt [2] | Receipt | 1,000,000.00 | 9/1/2016 | P. 1 of 3 | 434,394.68 | 31,038.03 | 465,432.71 | 534,567  See notes |
| April 2017 receipt | Receipt | 1,000,000.00 | 4/12/2017 | P. 1 of 3 | 970,137.03 | 29,862.97 | 1,000,000.00 | - |
| December 2021 receipt [1] | Receipt | 180,472.81 | 12/28/2021 | P. 1 of 4 | - | 21,904.16 | 21,904.16 | 158,569  See notes |
| Total cash receipts | | | | | $ 1,404,531.71 | $ 82,805.16 | $ 1,487,336.87 | |
| Non-cash PIK interest (cumulative 2016-2021) | | | | | (95,289.33) | 95,289.33 | | |
| Total principal outstanding 12/31/21 | | | | | $ 990,757.62 | Original principal less principal repayments plus PIK'd interest | | |
| Total interest outstanding 12/31/21 | | | | | - | | | |

Notes:
[1] Total receipt in December 2021 was $180,472.81.  Application of payment was $35,477.45 to the loan dated 2/26/14; $21,904.16 to the loan dated 2/26/16; $123,091.20 to loans from May 2019 that are part of a separate litigat
[2] Total receipt in September 2016 was $1,000,000.00.  Application of payment was $465,432.71 to the loan dated 2/26/16; $534,567.29 was applied to the loan dated 8/28/2015, which fully retired that loan.