# EXHIBIT D

Page 1 of 13
Primary Account: ▮▮▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA Compass**

21  HIGHLAND CAPITAL MANAGEMENT LP
    MASTER OPERATING ACCOUNT
    300 CRESCENT CT STE 700
    DALLAS TX 75201-7849

## Contacting Us

Available by phone 24/7

| | |
|---|---|
| Phone | 1-800-266-7277 |
| Online | bbvacompass.com |
| Write | BBVA Compass<br>Customer Service<br>P.O. Box 10566<br>Birmingham, AL 35296 |

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | | ▮▮▮▮ | ▮▮▮▮ |

**BBVA Compass**

# TREASURY MANAGEMENT ANALYSIS CHECKING
Account Number: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## Activity Summary

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|



D-HCMFA2-017525







| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| ▮ | | ▬▬▬▬▬▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬▬ ▬▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬▬ ▬▬▬ ▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬▬ ▬▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬▬ ▬▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬▬ ▬▬▬ | ▬▬ |
| ▮ | | ▬▬▬ ▬▬▬ | ▬ |
| ▮ | | ▬▬▬▬▬▬ | ▬ |
| ▮ | | ▬▬▬▬▬▬ ▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬▬ ▬▬▬ | ▬ |
| ▮ | | ▬▬▬▬▬▬ ▬▬▬ | ▬ |
| ▮ | | ▬▬▬▬▬ ▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬ ▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬ ▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬▬ ▬▬ | ▬▬ |
| ▮ | | ▬▬ ▬▬▬ | ▬▬ |
| ▮ | | ▬▬▬▬▬ ▬▬ | ▬▬ |
| 5/29 | | INCOMING WIRE W/ADVICE REF 20190529F2QCZ60C00298805291425FT03 ORG HIGHLAND CAPITAL M | $1,000,000.00 |
| ▮ | | ▬▬▬▬▬ | ▬▬ |

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| ▮ | | ▮▮▮ | ▮ |
| ▮ | | ▮▮▮ | ▮ |

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ▮ | | ▮▮▮ | ▮ |
| ▮ | | ▮▮ ▮ | ▮ |
| ▮ | | ▮▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮ ▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮▮ ▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ ▮ | ▮ |

**BBVA Compass**

| Date * | Check/Serial # | Description | | | Withdrawals/Debits |
|---|---|---|---|---|---|

D-HCMFA2-017531

**BBVA Compass**



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|

Page 10 of 13
Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA Compass**



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|



Page 12 of 13
Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA Compass**

| Date * | Check/Serial # | Description | | | Withdrawals/Debits |
|---|---|---|---|---|---|



## How to Balance Your Account

Step 1
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

Step 2
- If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

Step 3
- List any deposits or credits your have made that do not appear on this statement (see space provided below).

Step 4
- List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | | |
|---|---|---|
| • Enter the "current balance" shown on this statement | | |
| • Add total from Step 3 | | |
| • Subtotal | | |
| • Subtract total from Step 4 | | |
| • This balance should equal your register balance | | |
| If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Compass Bank, Member FDIC.