# EXHIBIT H



**EASTWESTBANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page 1 of 3
STARTING DATE: December 01, 2021
ENDING DATE: December 31, 2021
Total days in statement period: 31

( 0 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19 12239
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201 0000

Protecting the security of your account and personal information is our top priority. Learn about online security practices and ways to protect yourself from cybercrime at eastwestbank.com in the "Privacy & Security" section.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | | Beginning balance | |
| Low balance | | Total additions | ( 9 ) |
| Average balance | | Total subtractions | ( 75 ) |
| | | Ending balance | |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 12-28 | Wire Trans-IN    HIGHLAND CAPITAL M GMT FUND ADV | 180,472.81 |

### DEBITS

| Date | Transaction Description | Subtractions |
|---|---|---|





**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 2 of 3
STARTING DATE: December 01, 2021
ENDING DATE: December 31, 2021

HIGHLAND CAPITAL MANAGEMENT LP



| Date | Transaction Description | Subtractions |
|---|---|---|



EAST WEST BANK — Your financial bridge®
9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 3 of 3
STARTING DATE: December 01, 2021
ENDING DATE: December 31, 2021

HIGHLAND CAPITAL MANAGEMENT LP

| Date | Transaction Description | Subtractions |
|---|---|---|
| ■ | ■ | ■ |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ |

## OVERDRAFT/RETURN ITEM FEES

D-HCMFA2-017552

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement……………….......... $_____

**Add** Deposits not shown
on this Statement                              $_____
                                                           _____
                                                           _____

                       **Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks…………………………… $_____

**Balance**…..…............................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

                          **Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
                                                             _____
                                                             _____
                                                             _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
                                                             _____
                                                             _____

**Balance**……................................. $_____

**IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

**ACCOUNTS WITH CHECK STORAGE**
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

**CHANGE OF ADDRESS**
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV  11/07)

D-HCMFA2-017553