# EXHIBIT 111

2/18/2020                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  6/28/19        Page    1
                                        Primary Account
                                        Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.

    Checking Account/s

          Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number                          Statement Dates   6/03/19 thru  6/30/19
```



```
    --------------------------------------------------------------------------------

    Deposits and Additions
    Date    Description                                        Amount
```



```
    6/07    Misc Credit                      3,000,000.00
```

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html                    1/5

HIGHLY CONFIDENTIAL                                              D-CNL003528

**Appx. 02233**

2/18/2020 NexBank SSB



MEMBER FDIC NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003529

**Appx. 02234**

2/18/2020                                                          NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                              Date   6/28/19      Page    2
                                              Primary Account
                                              Enclosures
```

Analysis Checking w/ Interest            1614130   (Continued)

--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                                Amount



--------------------------------------------------------------------------------

End of Statement

MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
           Payments received at the address indicated on this statement by 3:00 pm, Central Standard Time
           each banking day will be credited as of that date.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2019/Bank Statements/NexBank 130/06-30 HCM MM NexBank 130.html                                    3/5

HIGHLY CONFIDENTIAL                                          D-CNL003530

                                                                      **Appx. 02235**

2/18/2020

NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by he bank and list the numbers and amounts of those not paid in he space provided at the left. Include any checks s ill not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | | |
|---|---|---|---|---|
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL

D-CNL003531

**Appx. 02236**

2/18/2020                                                    NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003532

**Appx. 02237**

# EXHIBIT 112

Appx. 02238



## EASTWEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

ACCOUNT STATEMENT
Page 1 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

### Commercial Analysis Checking

Account number

( 45 )
( 97 )

CREDITS
| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|

3409    rev 05-16

HIGHLY CONFIDENTIAL

D-CNL003556
**Appx. 02239**

**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP



| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12 23 | Wire Trans-IN | JAMES D DONDERO | 783,011.86 |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|



HIGHLY CONFIDENTIAL



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

**DAILY BALANCES**

**OVERDRAFT/RETURN ITEM FEES**

HIGHLY CONFIDENTIAL

D-CNL003559

**Appx. 02242**

HIGHLY CONFIDENTIAL

D-CNL003560

HIGHLY CONFIDENTIAL

## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook.**

**ENTER**
Ending Balance of
this Statement……………….......... $_____

**Add** Deposits not shown
on this Statement        $_____
                       _____
                       _____

           **Sub Total**………. $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Total** amount of outstanding
checks………………………… $_____

**Balance**…..…..........................** $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

           **Sub Total** ………… $_____

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
                       _____
                       _____
                       _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)………………. $_____
                       _____
                       _____
                       _____

**Balance**……......................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

# EXHIBIT 113

Appx. 02246

**BBVA** Compass

21   HIGHLAND CAPITAL MANAGEMENT LP
     MASTER OPERATING ACCOUNT
     300 CRESCENT CT STE 700
     DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | ██████ | ██████ |
| ██████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Activity Summary

## Deposits and Other Credits

| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|---|------------------|

D-CNL003618
Appx. 02248

Page 3 of 13
Primary Account: ██████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

HIGHLY CONFIDENTIAL

Page 4 of 13
Primary Account: ■■■■■■
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|--------|-------------|---------|
| ■ | | ■■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■ | ■■■ |
| ■ | | ■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■■■■ | ■■■■ |
| ■ | | ■■■■■■ | ■■■ |
| ■ | | ■■■■■■ | ■■ |
| ■ | | ■■■■■■ | ■■ |
| ■ | | ■■■■■■ | ■■ |
| ■ | | ■■■■■■■ | ■ |
| ■ | | ■■■■■ | ■■■ |
| ■ | | ■■■■■■ | ■■■ |
| ■ | | ■■■■■ | ■■■ |

HIGHLY CONFIDENTIAL

Page 5 of 13
Primary Account: █████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

HIGHLY CONFIDENTIAL

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|
| ██ | | ████████████████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ██ ███████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ███████████ | █████ |
| ██ | | █████████ | █████ |
| ██ | | █████████ | █████ |
| ██ | | ██████████████ | █████ |
| ██ | | ██████████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██ █████ | ████ |
| ██ | | █████████ | ████ |
| 5/29 | | INCOMING WIRE W/ADVICE REF<br>20190529F2QCZ60C00298805291425FT03 ORG<br>HIGHLAND CAPITAL M | $1,000,000.00 |
| ██ | | ████████████ | ████ |

HIGHLY CONFIDENTIAL

Page 7 of 13
Primary Account: ▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019          31



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|



## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



HIGHLY CONFIDENTIAL

**BBVA** Compass

| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|---|---------------------|

Page 9 of 13
Primary Account
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 10 of 13
Primary Account: ▮▮▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

| Date * | Check/ Serial # | Description | | | Withdrawals/ Debits |
|---|---|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 11 of 13
Primary Account: ███████
Beginning May 1, 2019 - Ending May 31, 2019      31

**BBVA** Compass



| Date * | Check/<br>Serial # | Description | | Withdrawals/<br>Debits |
|---|---|---|---|---|

HIGHLY CONFIDENTIAL

Page 12 of 13
Primary Account: ████████
Beginning May 1, 2019 - Ending May 31, 2019          31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|--------|-------------|------------|





HIGHLY CONFIDENTIAL

D-CNL003628

**Appx. 02258**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on  he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any  ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 114

Appx. 02260

10/22/2019        FX : Accounts: Get Statement



Welcome HAYLEY ELIASON ⌄    Log Out    Contact Us    **2 Messages** ⌄    ⌂ Alerts ⌄

# Accounts



HIGHLY CONFIDENTIAL      D-CNL003663

**Appx. 02261**

10/22/2019

**FX : Accounts: Get Statement**

Analysis Checking w/ Interest ▉▉▉▉ (Continued)

--------------------------------------------------------------------------------

Checks and Withdrawals
Date    Description                              Amount

End of Statement

MEMBER FDIC

NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | | |
|---|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | | |
| NUMBER | | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | | |
| | | | | Reconcile your statement in the space provided below. | | | | |
| | | | | Enter bank balance from statement | | | | |
| | | | | Add deposits not credited by bank (if any) | | | | |
| | | | | TOTAL | | | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | | |
| | | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | | |

Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

HIGHLY CONFIDENTIAL

D-CNL003664

**Appx. 02262**

10/22/2019                                    FX : Accounts: Get Statement

- *Description of Problem.* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in _writing_ or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003665

**Appx. 02263**

# EXHIBIT 115

Appx. 02264

Page 1 of 10
Primary Account: ████████
Beginning October 1, 2019 - Ending October 31, 2019                  31



21        HIGHLAND CAPITAL MANAGEMENT LP
          MASTER OPERATING ACCOUNT
          300 CRESCENT CT STE 700
          DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | █████ | █████ |
| ██████████ | | █████ | █████ |

HIGHLY CONFIDENTIAL

D-CNL003666

**Appx. 02265**

Page 2 of 10
Primary Account: ████████
Beginning October 1, 2019 - Ending October 31, 2019                    31



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████████

## Activity Summary



## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ██ | | ████████████████ | ██████ |
| ██ | | ████████████ | ██████ |
| 10/3 | | INCOMING WIRE W/ADVICE REF 20191003F2QCZ60C00240510031400FT03 ORG HIGHLAND CAPITAL M | $375,000.00 |



HIGHLY CONFIDENTIAL

D-CNL003667

Appx. 02266

Page 3 of 10
Primary Account: █████████
Beginning October 1, 2019 - Ending October 31, 2019          31





| Date * | Check/Serial # | Description | | Deposits/Credits |
|--------|----------------|-------------|--|------------------|

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 4 of 10
Primary Account: ██████████



Beginning October 1, 2019 - Ending October 31, 2019                    31

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ██████ |
| ██ | | ██████████████ | ███ |
| ██ | | ███ ███████ | ███ |
| ██ | | ████ ████ | ███ |
| ██ | | ██ ████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | ████████ | ████ |
| ██ | | ██████████ | ███ |
| ██ | | █████ ████ | ███ |
| ██ | | ████ ███ | | 
| ██ | | █████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | █████████ | ███ |
| ██ | | ██████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | █████ | ███ |
| ██ | | ███████ | ████ |



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ██ | | ████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | █████ | ████ |
| ██ | | █████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | █████ | ████ |
| ██ | | ████ ██ | ███ |
| ██ | | ████ ████ | ███ |
| ██ | | ███████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | █████ | ████ |
| ██ | | █████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | █████ | ████ |
| ██ | | ███ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ██████ | ████ |
| ██ | | ██████ | ████ |

Page 6 of 10
Primary Account: ▇▇▇▇▇
Beginning October 1, 2019 - Ending October 31, 2019                31



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|
| ▇ | | ▇▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇ |
| ▇ | | ▇▇▇▇▇▇▇ | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇▇ |
| ▇ | | ▇ ▇▇▇▇ | ▇ |
| ▇ | | ▇ ▇▇▇▇ | ▇ |
| ▇ | | ▇ ▇▇▇▇ | ▇ |
| ▇ | | ▇▇ ▇▇ | ▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇ |
| ▇ | | ▇▇▇▇▇▇▇ | ▇ |
| ▇ | | ▇▇ ▇ ▇▇ | ▇ |
| ▇ | | ▇▇▇▇▇ | ▇▇ |
| ▇ | | ▇▇▇▇▇ | ▇▇ |
| ▇ | | ▇▇▇▇ | ▇ |
| ▇ | | ▇▇▇▇▇ | ▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇ |
| ▇ | | ▇▇▇▇▇ | ▇ |
| ▇ | | ▇▇▇▇▇ | ▇ |
| ▇ | | ▇▇▇▇▇ | ▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇ |
| ▇ | | ▇▇ ▇▇ | ▇ |
| ▇ | | ▇▇▇▇ | ▇▇ |
| ▇ | | ▇▇▇▇▇▇ | ▇▇ |

HIGHLY CONFIDENTIAL



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ███ | | ████████ ██████ | ████ |
| ███ | | █████████ | ███ |
| ███ | | ████████ █ | ███ |
| ███ | | ████████ ██ | ███ |
| ███ | | ███████ ███ | ███ |
| ███ | | ███████ █████ | ███ |
| ███ | | ████████ ████ | ██ |
| ███ | | ████████ ██████ | ██ |
| ███ | | ████████ ██████ | ████ |
| ███ | | ████████ █████ | ████ |
| ███ | | ████ ███ ████ | ███ |
| ███ | | ██████████████ | ███ |
| ███ | | █████████ ████ | ███ |
| ███ | | ████████ ████ | ███ |
| ███ | | █████████ ███ | ███ |
| ███ | | ███████████ ████ | ███ |
| ███ | | ███ ████ ████ | ███ |
| ███ | | ███ ████ ██ | ███ |
| ███ | | ███ ████ ███ | ███ |
| ███ | | ███ ████ ████ | ███ |
| ███ | | ███ ████ ███ | ███ |
| ███ | | ███████████ | ████ |
| ███ | | ███ ████ ███ | ███ |
| ███ | | ███ ████ ███ | ███ |
| ███ | | ████████ ███ | ████ |
| ███ | | ████████ ███ | ████ |
| ███ | | ████████ ████ | █████ |
| ███ | | ████ ████ ████ | ███ |

Page 8 of 10
Primary Account: ███████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

HIGHLY CONFIDENTIAL

D-CNL003673

**Appx. 02272**

Page 9 of 10
Primary Account: █████████
Beginning October 1, 2019 - Ending October 31, 2019          31



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ████ | ████████ | ███ | ██████ | ███ | ██████ |
| ████ | ████████ | | | | |



## How to Balance Your Account

**Step 1**
- Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
- Record all automated deductions, debit card transactions and electronic bill payments.
- Record and deduct service charges, check printing charges, or other bank fees.
- If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**
- If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**
- List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4**
- List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

**Step 5**
- Enter the "current balance" shown on this statement | |
- Add total from Step 3 | |
- Subtotal | |
- Subtract total from Step 4 | |
- This balance should equal your register balance | |
- If it does not agree, see steps below | $ |

If your account does not balance, review the following:
- Check all your addition and subtraction in your register.
- Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
- Amounts of deposits and withdrawals on this statement should match your register entries.
- If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 116

Appx. 02275

Primary Account: █████████
Beginning September 1, 2019 - Ending September 30, 2019     30



21    HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone  1-800-266-7277

Online  bbvausa.com

Write    BBVA
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | ██████ | ██████ |
| ████████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮▮▮▮▮▮

## Activity Summary

## Deposits and Other Credits



HIGHLY CONFIDENTIAL

Page 3 of 8
Primary Account: ███████
Beginning September 1, 2019 - Ending September 30, 2019      30



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|---------|-------------|----------------------|
| 9/30 | | INCOMING WIRE W/ADVICE REF<br>20190930F2QCZ60C00512909301511FT03 ORG HCRE<br>PARTNERS, LLC | $341,758.00 |
| ██ | | ██████████ ███████ | ████████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|---------|-------------|------------------------|

HIGHLY CONFIDENTIAL



**BBVA**

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ■ | | ████████ | ███ |
| ■ | | ████████ | ███ |
| ■ | | ████████ | ███ |
| ■ | | ████████ | ███ |
| ■ | | ████████ | ███ |
| ■ | | ████████ | ███ |
| ■ | | ██ ████ | ███ |
| ■ | | ██ ███ | ███ |
| ■ | | ██ ███ | ███ |
| ■ | | ██ | ███ |
| ■ | | ██ ████ | ███ |
| ■ | | ██ ████ | ██ |
| ■ | | ██ ████ | ███ |
| ■ | | ██ ████ | ███ |
| ■ | | ██ ███ | ███ |
| ■ | | ██ ████ | ██ |
| ■ | | ██ ███ | ███ |
| ■ | | ████ | ███ |
| ■ | | ████████ | ██ |
| ■ | | ██ | ███ |
| ■ | | ████████ | ██ |
| ■ | | ████ | ██ |
| ■ | | ████ | ███ |
| ■ | | ████ | ███ |
| ■ | | ██ ███ | ██ |
| ■ | | ████ | ███ |
| ■ | | ████ | ███ |
| ■ | | ████ | ███ |

HIGHLY CONFIDENTIAL

Page 5 of 8
Primary Account: ███
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|--|--------------------|
| ██ | | ██████ | | ███ |
| ██ | | █████ | | ███ |
| ██ | | █████ | | ███ |
| ██ | | █████ | | ██ |
| ██ | | █████ | | ███ |
| ██ | | █████ | | ███ |
| ██ | | █████ | | ███ |
| ██ | | ████ | | ███ |
| ██ | | ████ | | ███ |
| ██ | | █████ | | ███ |
| ██ | | █████ | | ███ |
| ██ | | █████ | | ███ |
| ██ | | █████ | | ███ |
| ██ | | ███ ███ | | ██ |
| ██ | | ███ ██ ████ | | ███ |
| ██ | | ███ ███ | | ██ |
| ██ | | ████ ████ | | ██ |
| ██ | | ███████ | | ███ |
| ██ | | ███████ | | ███ |
| ██ | | █████ | | ███ |
| ██ | | ██ ████ ████ | | ██ |
| ██ | | ██ ████ ████ | | ██ |
| ██ | | ██ ████ ████ | | ██ |
| ██ | | ████ | | ███ |
| ██ | | ████ | | ███ |
| ██ | | █████ | | ██ |
| ██ | | ██ ████ | | ██ |
| ██ | | ██████ ████ | | ███ |
| ██ | | ███████ | | ███ |

Page 6 of 8
Primary Account: ███████
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|

Page 7 of 8
Primary Account: ██████████
Beginning September 1, 2019 - Ending September 30, 2019                    30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | |
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ███████████ | ████ |



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
    • Record all automated deductions, debit card transactions and electronic bill payments.
    • Record and deduct service charges, check printing charges, or other bank fees.
    • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
- Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 117

Page 1 of 9
Primary Account: ███████
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass

21      HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ████████ | ██████ | ██████ |
| ████████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

Page 2 of 9
Primary Account: ███████
Beginning April 1, 2019 - Ending April 30, 2019          30



**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████████

## Activity Summary

## Deposits and Other Credits



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| 4/16 | | INCOMING WIRE W/ADVICE REF 20190416F2QCZ60C00357704161647FT03 ORG NEXPOINT ADVISORS, | $1,300,000.00 |

HIGHLY CONFIDENTIAL

Page 3 of 9
Primary Account ███████
Beginning April 1, 2019 - Ending April 30, 2019                    30

**BBVA** Compass



## Withdrawals and Other Debits



Page 4 of 9
Primary Account: ▮▮▮▮
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA** Compass



HIGHLY CONFIDENTIAL

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 6 of 9
Primary Account:
Beginning April 1, 2019 - Ending April 30, 2019          30

**BBVA Compass**



**BBVA** Compass



HIGHLY CONFIDENTIAL

Page 8 of 9
Primary Account: ████
Beginning April 1, 2019 - Ending April 30, 2019          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|



HIGHLY CONFIDENTIAL

D-CNL003615

**Appx. 02292**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| **Step 5** | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following.
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on  he front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any  ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reac us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 118

Appx. 02294

2/18/2020 NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                           Date  6/28/19        Page    1
                                           Primary Account
                                           Enclosures
```

Highland Capital Management LP
300 Crescent Court Suite 700
Dallas TX 75201

NexBank's Privacy Notice, which has not changed, is available on our website
at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                          Statement Dates   6/03/19 thru  6/30/19



--------------------------------------------------------------------------------

Deposits and Additions
Date       Description                                        Amount



6/19       1B transfer from D ****171 to           2,100,000.00

HIGHLY CONFIDENTIAL

D-CNL003639

**Appx. 02295**

2/18/2020

NexBank SSB



MEMBER FDIC

NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003640

**Appx. 02296**

2/18/2020

NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                        Date   6/28/19      Page    2
                                        Primary Account
                                        Enclosures
```

Analysis Checking w/ Interest            ▮▮▮▮      (Continued)

--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount



--------------------------------------------------------------------------------

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HIGHLY CONFIDENTIAL

D-CNL003641

Appx. 02297

2/18/2020                                   NexBank SSB

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|
| **Reconciliation of Account** | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | |
| | | Sort your checks numerically or by date issued. | | | |
| | | | | | |
| | | Mark off in your checkbook each of your checks paid by  he bank and list the numbers and amounts of those not paid in  he space provided at the left. Include any checks s ill not paid from previous statements. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | |
| | | Reconcile your statement in the space provided below. | | | |
| | | | | | |
| | | | | | |
| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | | |
| Total of Checks not paid | | Subtract total of checks not paid | | | |
| | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable
Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on  he Web: www.nexbank.com
In your letter, give us the following information:
- Account Informa ion: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Descrip ion of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not  here has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).

HIGHLY CONFIDENTIAL

D-CNL003642

**Appx. 02298**

2/18/2020                                                      NexBank SSB

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the
amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003643

**Appx. 02299**

# EXHIBIT 119

Appx. 02300

Page 1 of 8
Primary Account: ██████████

Beginning July 1, 2019 - Ending July 31, 2019          31



21      HIGHLAND  CAPITAL  MANAGEMENT  LP
        MASTER  OPERATING  ACCOUNT
        300  CRESCENT  CT  STE  700
        DALLAS  TX  75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvausa.com

Write   BBVA
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ██████ | ██████ | ██████ |
| ██████████ | | ██████ | ██████ |

HIGHLY CONFIDENTIAL

D-CNL003644

**Appx. 02301**

Page 2 of 8
Primary Account: ████████
Beginning July 1, 2019 - Ending July 31, 2019          31



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████████

## Activity Summary

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| 7/9 | | INCOMING WIRE W/ADVICE REF 20190709F2QCZ60C00251507091430FT03 ORG NEXPOINT ADVISORS, | $630,000.00 |

HIGHLY CONFIDENTIAL

D-CNL003645

**Appx. 02302**

Page 3 of 8
Primary Account: 
Beginning July 1, 2019 - Ending July 31, 2019          31





## Withdrawals and Other Debits



Page 4 of 8
Primary Account: ██████████
Beginning July 1, 2019 - Ending July 31, 2019          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| ██ | | ████████████████ | █████ |
| ██ | | ████████████████ | █████ |
| ██ | | █████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | █████████████ | █████ |
| ██ | | █████████████ | ███████ |
| ██ | | ████ ██████████ | ████ |
| ██ | | █████████████████ | ████ |
| ██ | | ████ █████████████ | ████ |
| ██ | | ████ █████████████ | ████ |
| ██ | | ████████ | ██████ |
| ██ | | ██████████████████ | █████ |
| ██ | | ████ █████████████ | ████ |
| ██ | | ████ ██████████ | ████ |
| ██ | | ████ ██████████ | ████ |
| ██ | | ███████████████ | ████ |
| ██ | | ████████████ | █████ |
| ██ | | ██████████████ | █████ |
| ██ | | ████ ██████████ | ████ |
| ██ | | ████████████████ | █████ |
| ██ | | ██████████████████ | ████ |
| ██ | | ████████████ | █████ |
| ██ | | █████████████ | █████ |
| ██ | | █████████████ | █████ |
| ██ | | █████████████ | █████ |

Page 5 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|



HIGHLY CONFIDENTIAL

D-CNL003648

**Appx. 02305**

Page 6 of 8
Primary Account: ███████
Beginning July 1, 2019 - Ending July 31, 2019          31





HIGHLY CONFIDENTIAL

Page 7 of 8
Primary Account: ███████████
Beginning July 1, 2019 - Ending July 31, 2019          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|



HIGHLY CONFIDENTIAL

Page 8 of 8
Primary Account: ▓▓▓▓▓
Beginning July 1, 2019 - Ending July 31, 2019          31



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any time Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

D-CNL003651
**Appx. 02308**

# EXHIBIT 120

Appx. 02309

Primary Account: ▮▮▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
         Customer Service
         P.O. Box 10566
         Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |
| ▮▮▮▮▮▮▮▮ | | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

HIGHLY CONFIDENTIAL

Page 2 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ████████████████

## Activity Summary



## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| 3/5 | | INCOMING WIRE W/ADVICE REF 20190305F2QCZ60C00330903051708FT01 ORG HIGHLAND CAPITAL M | $1,015,000.00 |



HIGHLY CONFIDENTIAL

D-CNL003599

**Appx. 02311**

Page 3 of 10
Primary Account: ▮▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| 3/29 | | INCOMING WIRE W/ADVICE REF 20190329F2QCZ60C00647603291634FT01 ORG NEXPOINT ADVISORS, | $725,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HIGHLY CONFIDENTIAL

Page 4 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|

HIGHLY CONFIDENTIAL

D-CNL003601

Appx. 02313

Page 5 of 10
Primary Account: ▮▮▮▮▮▮
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 7 of 10
Primary Account: ██████████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 8 of 10
Primary Account: ███████
Beginning March 1, 2019 - Ending March 31, 2019          31

**BBVA** Compass



HIGHLY CONFIDENTIAL


**BBVA** Compass



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.



D-CNL003606

**Appx. 02318**

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| **Step 5** | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any ime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 121

10/22/2019                 FX : Accounts: Get Statement



Welcome HAYLEY ELIASON ⌄    Log Out    Contact Us    **2 Messages** ⌄    ⌂ Alerts ⌄

# Accounts



```
                                            Date   8/30/19        Page   1
                                            Primary Account
                                            Enclosures           �in
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at (972-934-4700 ).

    Checking Account/s

            Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number                       Statement Dates   8/01/19 thru  9/02/19
```



```
--------------------------------------------------------------------------------

    Deposits and Additions
    Date    Description                              Amount
```



| Date | Description | Amount |
|------|-------------|--------|
| 8/09 | TB Transfer from D ****656 to D ****130 | 550,000.00 |
| 8/13 | TB Transfer from D ****171 to D ****130 | 1,300,000.00 |
| 8/21 | TB Transfer from D ****656 to D ****130 | 5,600,000.00 |

MEMBER FDIC        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time each banking day will be credited as of that date.





```
                                            Date   8/30/19        Page   2
                                            Primary Account
                                            Enclosures
```

HIGHLY CONFIDENTIAL        D-CNL003652

**Appx. 02321**

10/22/2019                                          FX : Accounts: Get Statement



Analysis Checking w/ Interest            ████    (Continued)

Deposits and Additions
Date      Description                                    Amount

Checks and Withdrawals
Date      Description                                    Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3 00 pm, Central Standard Time
              each banking day will be credited as of that date.

**NexBank™**

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

                                          Date   8/30/19       Page    3
                                          Primary Account
                                          Enclosures             ████

Analysis Checking w/ Interest            ████    (Continued)

End of Statement

HIGHLY CONFIDENTIAL

D-CNL003653

Appx. 02322

10/22/2019                                    FX : Accounts: Get Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3 00 pm. Central Standard Time
              each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | |
|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. | | |
| NUMBER | AMOUNT | | | | |
| | | | Sort your checks numerically or by date issued. | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | |
| | | | Reconcile your statement in the space provided below. | | |
| | | | Enter bank balance from statement | | |
| | | | Add deposits not credited by bank (if any) | | |
| | | | TOTAL | | |
| Total of Checks not paid | | | Subtract total of checks not paid | | |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
   • Account Information: Your name and account number.
   • Dollar Amount: The dollar amount of the suspected error.
   • Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
   • We cannot try to collect the amount in question, or report you as delinquent on that amount.
   • The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
   • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
   • We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
   an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HIGHLY CONFIDENTIAL

D-CNL003654

**Appx. 02323**

**EXHIBIT 122**

Appx. 02324



# EAST WEST BANK Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895 5650

**ACCOUNT STATEMENT**
Page 1 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019
Total days in statement period: 31

( 9 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19-12239-CSS
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201-0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number ( 45 )
( 97 )

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|--------|------|------------------------|---|-----------|
| | 12 09 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 1,518,575.34 |

3409    rev 05-16

D-CNL003676

**Appx. 02325**



**EASTWESTBANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

HIGHLAND CAPITAL MANAGEMENT LP

ACCOUNT STATEMENT
Page 2 of 6
STARTING DATE: December 01, 2019
ENDING DATE: December 31, 2019

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 12-30 | Wire Trans-IN | HIGHLAND CAPITAL M ANAGEMENT SE | 65,360.49 |
| | 12-30 | Wire Trans-IN | HCRE PARTNERS, LLC | 477,481.61 |
| | 12-30 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 530,112.36 |
| | | Wire Trans-IN | BARRIER ADVISORS, INC. | |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|

**DEBITS**

| Date | Transaction Description | Subtractions |
|---|---|---|

HIGHLY CONFIDENTIAL

D-CNL003677

**Appx. 02326**



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

# EXHIBIT 123

Appx. 02332

Page 1 of 9
Primary Account: ▇▇▇▇▇▇
Beginning June 1, 2019 - Ending June 30, 2019                    30

**BBVA**

21     HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

## Contacting Us

Available by phone 24/7

### Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

Phone  1-800-266-7277

Online  bbvausa.com

Write   BBVA
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▇▇▇▇ | ▇▇▇▇ | ▇▇▇▇ |
| ▇▇▇▇▇▇ | | ▇▇▇▇ | ▇▇▇▇ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

———

HIGHLY CONFIDENTIAL

Page 2 of 9
Primary Account: ▮
Beginning June 1, 2019 - Ending June 30, 2019          30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮

## Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

## Activity Summary

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|
| ▮ | | ▮ | ▮ |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00344906041614FT03 ORG HIGHLAND CAPITAL M | $500,000.00 |
| 6/4 | | INCOMING WIRE W/ADVICE REF 20190604F2QCZ60C00345006041614FT03 ORG NEXPOINT ADVISORS, | $300,000.00 |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ | ▮ |
| ▮ | | ▮ | ▮ |

Page 3 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|





## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|





Page 4 of 9
Primary Account: ▮▮▮▮▮
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

D-CNL003633

**Appx. 02336**

Page 5 of 9
Primary Account: ▮▮▮▮▮
Beginning June 1, 2019 - Ending June 30, 2019                    30





HIGHLY CONFIDENTIAL

Page 6 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|

Page 7 of 9
Primary Account: █████
Beginning June 1, 2019 - Ending June 30, 2019            30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|

Page 8 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



D-CNL003637

Appx. 02340



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record any automated service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

**Step 5** • Enter the "current balance" shown on this statement
• Add total from Step 3
• Subtotal
• Subtract total from Step 4
• This balance should equal your register balance
If it does not agree, see steps below    $

If your account does not balance, review the following:
· Check all your addition and subtraction done in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so  hat you will have the use of the money during the time it takes us to complete our inves igation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in  he case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement,  hen multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protec ion loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before  he posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or any time Saturday, Sunday or bank holidays. BBVA business days are Monday  hrough Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or  he transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

HIGHLY CONFIDENTIAL

# EXHIBIT 124

Appx. 02342



# EASTWEST BANK  Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761 3967

**ACCOUNT STATEMENT**
Page 1 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021
Total days in statement period: 31

( 0 )

HIGHLAND CAPITAL MANAGEMENT LP
CHAPTER 11 DEBTOR IN POSSESSION
CASE #19 12239
OPERATING ACCOUNT
300 CRESCENT CT SUITE 700
DALLAS TX 75201 0000

Have you signed up for Direct Deposits?
Get your paycheck without waiting for a
paper check and making a trip to the
bank. Payments get deposited into your
account automatically. Enrolling is easy!
Talk to your payer or call 888.895.5650
for more details!

## Commercial Analysis Checking

Account number                    Beginning balance        ( 15 )
                                                           ( 111 )

**CREDITS**

| Number | Date | Transaction Description | Additions |
|--------|------|------------------------|-----------|
| | 01 14 | Wire Trans-IN | NEXPOINT ADVISORS, LP | 1,406,111.92 |
| | 01 21 | Wire Trans-IN | HIGHLAND CAPITAL M ANAGEMENT SE | 181,226.83 |
| | 01 21 | Wire Trans-IN | HCRE PARTNERS, LLC | 665,811.09 |

**DEBITS**

| Date | Transaction Description | Subtractions |
|------|------------------------|--------------|

3409     rev 05-16

HIGHLY CONFIDENTIAL

D-CNL003593
Appx. 02343

# EAST WEST BANK Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 2 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

HIGHLAND CAPITAL MANAGEMENT LP



| Date | Transaction Description | | Subtractions |
|------|------------------------|--|--------------|

HIGHLY CONFIDENTIAL



**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

ACCOUNT STATEMENT
Page 3 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

HIGHLAND CAPITAL MANAGEMENT LP

Date    Transaction Description                                                    Subtractions

HIGHLY CONFIDENTIAL

D-CNL003595
Appx. 02345



ACCOUNT STATEMENT
Page 4 of 4
STARTING DATE: January 01, 2021
ENDING DATE: January 31, 2021

9300 Flair Dr., 1St FL
El Monte, CA. 91731

HIGHLAND CAPITAL MANAGEMENT LP



## STATEMENT BALANCING
**Fill in the amounts below from the front of this statement and your checkbook**.

**ENTER**
Ending Balance of
this Statement…………….......... $_____

**ENTER**
Present Balance in
your checkbook………………… $_____

**Add** Deposits not shown
on this Statement $_____
_____
_____

**Subtract** any service
charges, finance or
any other charges………………… $_____

**Sub Total**………. $_____

**Sub Total** ………… $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | TOTAL | |

**Add** Monthly Interest
Earned …………………………….. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)……………….. $_____
_____
_____
_____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)……………….. $_____
_____
_____
_____

**Total** amount of outstanding
checks…………………………… $_____

**Balance**……...........................** $_____

**Balance**……..................................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)

# EXHIBIT 125

Page 1 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

21     HIGHLAND CAPITAL MANAGEMENT LP
       MASTER OPERATING ACCOUNT
       300 CRESCENT CT STE 700
       DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████ | ██████ | ████ | ████ |
| ██████ | | ████ | ████ |

CONFIDENTIAL

D-JDNL-033060

**Appx. 02349**

Page 2 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ███████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 2/1/18 | ████ |
| Deposits/Credits (130) | ████ |
| Withdrawals/Debits (177) | ████ |
| **Ending Balance on 2/28/18** | ████ |

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

Page 3 of 15
Primary Account: 
Beginning February 1, 2018 - Ending February 28, 2018                28

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

CONFIDENTIAL

**BBVA** Compass



Page 5 of 15
Primary Account: █████████
Beginning February 1, 2018 - Ending February 28, 2018                    28



| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|---|------------------|
| ██ | | ████████████ ████ | | ████ |
| ██ | | ██████ ████████ | | ████ |
| ██ | ██ | ████████ | | ████ |
| ██ | ██ | ██████ ████ | | ████ |
| ██ | | ██████ ████ | | ████ |
| ██ | | ████████ | | ████ |
| ██ | | ████████ ████ | | ████ |
| ██ | ██ | ████████ | | ████ |
| ██ | | ██████ ████ | | ████ |
| ██ | | █████ ████ | | ████ |
| ██ | | ██████ ██ | | ████ |
| ██ | | ██████ ████ | | ████ |
| ██ | | ████ ██ | | ████ |
| ██ | ██ | ██████ ████ | | ████ |
| ██ | | ██████ ██ | | ████ |
| ██ | | ██████ ████ | | ████ |
| ██ | | ██████ ██ | | ████ |
| ██ | | ██████ ██ | | ████ |
| ██ | | ██████ ████ | | ████ |
| ██ | | ██████ ████ | | ████ |
| ██ | | ██████ ████ | | ████ |

Page 6 of 15
Primary Account: ▮▮▮▮
Beginning February 1, 2018 - Ending February 28, 2018          28

BBVA Compass



CONFIDENTIAL

Page 7 of 15
Primary Account: ████████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ██ | | ████████████████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ██████████████ | |
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | |
| ██ | | ██████████████ | |
| ██ | | ████████████████ | ████ |
| ██ | | ██████████████ | |
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | ████████████████ | ████ |
| ██ | | ████████████ | |
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | |
| ██ | | ████████████ | ██ |
| ██ | | ████████████ | ██ |
| ██ | | ████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | ████████████ | ████ |

CONFIDENTIAL

D-JDNL-033066
**Appx. 02355**

Page 8 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018          28

**BBVA** Compass

| Date * | Check/ Serial # | Description | | Deposits/ Credits |
|--------|-----------------|-------------|---|-------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



Page 9 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018      28



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|



| 2/2 | | OUT WT E-ACCESS REF 20180202F2QCZ60C002532 BNF James Dondero | $3,825,000.00 |

CONFIDENTIAL

Page 10 of 15
Primary Account ███████
Beginning February 1, 2018 - Ending February 28, 2018                28



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



CONFIDENTIAL

Page 11 of 15
Primary Account: ███████
Beginning February 1, 2018 - Ending February 28, 2018                    28



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|------|-------------|---------|
| ███ | | ████████████ ████ | ████ |
| ███ | | ████████████ ████ | ████ |
| ███ | | ███████████████ | ████ |
| ███ | | ███████████████ | ████ |
| ███ | | ██████████████ | ████ |
| ███ | | █████████████████ | ████ |
| ███ | | ██████████████ | ████ |
| ███ | | ████████████████ | ████ |
| ███ | | █████████████ ███ | ████ |
| ███ | | ███████ █████████ | ████ |
| ███ | | █████ ██████████ | ████ |
| ███ | | ████ ███ ████ ████ | ██ |
| ███ | | ███████ ███ ████ | ████ |
| ███ | | ████ | ████ |
| ███ | | ████████████████ | ████ |
| ███ | | ████████████████ | ████ |
| ███ | | █████████ ██ | ████ |
| ███ | | ██████████████ | ████ |
| ███ | | ██████████ ██ | ████ |
| ███ | | █████████████ | ████ |
| ███ | | ██████████████ | ████ |
| ███ | | ████ ████ ██████ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | ███ █████ | ████ |
| ███ | | ████ ███ ███ | ████ |
| ███ | | ███████████ | ████ |
| ███ | | ███████████ | ████ |
| ███ | | █████████████ | ████ |

Page 12 of 15
Primary Account ███████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 13 of 15
Primary Account: ███████████
Beginning February 1, 2018 - Ending February 28, 2018          28



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| ███ | | ████████████████ | ████ |
| ███ | | ████████████ ████ | ████ |
| ███ | | ████ ████ ████ | ████ |
| ███ | | ████████ ██████ | |
| ███ | | ████████████ ██ | |
| ███ | | ██████████████ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ██████████ ██ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ██████████ ██ | ████ |
| ███ | | ██████████ ██ | ████ |
| ███ | | ██████████ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ██████████ ██ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ████████ ██ | ████ |
| ███ | | ████ ██ ████ | ████ |
| ███ | | ██████████ | ████ |
| ███ | | ████████████ | ████ |
| ███ | | ██████████ | ████ |
| ███ | | | ████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

D-JDNL-033072
Appx. 02361



## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | ▮ | ▮▮▮ | ▮ | ▮▮▮ |
| ▮ | ▮▮▮ | | | | |

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ |
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | | ▮ | ▮▮ | ▮▮ |
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ |
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ |
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ |
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | ▮▮ |
| ▮ | ▮▮ | ▮▮ | ▮ | ▮▮ | | ▮ | ▮▮ | ▮▮ |
| ▮ | ▮▮ | | ▮ | ▮▮ | ▮▮ | | | |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement |  |
|---|---|---|
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 126

5/14/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date   8/31/18          Page     1
                                        Primary Account        ███████
                                        Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


      NexBank's Privacy Notice, which has not changed, is available on our website
      at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
      Privacy Notice mailed to you, please call us at 972-934-4700.

   Checking Account/s

        Account Type:  Highland Capital Management LP

   Analysis Checking w/ Interest
   Account Number           ██████    Statement Dates  8/01/18 thru  9/03/18
   ████████████████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████████████████████


   --------------------------------------------------------------------------------


   Deposits and Additions
   Date     Description                              Amount
   ████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████
   ████████████████████████████████████████████████████████


   --------------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                               each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-JDNL-033057

                                                                 Appx. 02365

5/14/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                                 Date  8/31/18        Page    2
                                                 Primary Account
                                                 Enclosures               ████

        Analysis Checking w/ Interest        ████        (Continued)

        Checks and Withdrawals
        Date      Description                              Amount
         8/01     IB Transfer from D ****130 to        2,500,000.00-
                  D ****884
         8/13     IB Transfer from D ****130 to        2,500,000.00-
                  D ****884

        ████████████████████████████████████████████████
        ████████████████████

        --------------------------------------------------------------------

        Daily Balance Information
        Date          Balance         Date        Balance      Date        Balance
        ██████████████████████████████████████████████████████████████
        ██████████████████████████████████████████████████████████████
        ██
        ████████████████████████████████████████████████████████████████
        ██
        ██████████████████████████████████
        ██████████████████████████████████
        ██████████████████████████████████████████

        End of Statement

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

CONFIDENTIAL                                                          D-JDNL-033058

                                                                     Appx. 02366

5/14/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | Enter bank balance from statement | | | |
| | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-JDNL-033059

**Appx. 02367**

# EXHIBIT 127

Appx. 02368

5/18/2021 NexBank SSB





2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                         Date   5/29/15          Page    1
                                         Primary Account     ███████
                                         Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


       NexBank's Privacy Policy is accessible at www.NexBank.com


    Checking Account/s

          Account Type:  Highland Capital Management LP

    Analysis Checking w/ Interest
    Account Number              ███████    Statement Dates   5/01/15 thru  5/31/15
    Last Statement Balance    ███████      Days in the statement period    ███████
          6 Deposits/Credits  ███████      Average Ledger
          6 Checks/Debits     ███████      Average Collected
    Service Charge            ███████      Interest Earned            ███████
    Interest Paid            ███████       Annual Percentage Yield Earned  ███████
    This Statement Balance   ███████       2015 Interest Paid

    --------------------------------------------------------------------------------

    Deposits and Additions
    Date      Description                                 Amount
    ██████████████████████████████████████████████████
    ██████████████████████████████████████████████████
    █████████████████████████████████████
    ████████████████████
    ███████████████████████████████████████████
    ██████████████████████
    ███████████████████████████████████████████
    ██████████████████████

    --------------------------------------------------------------------------------

    Checks and Withdrawals
    Date      Description                                 Amount
```

---

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

HCMS000094
**Appx. 02369**

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date  5/29/15        Page    2
                                    Primary Account    ██████████
                                    Enclosures
```

Analysis Checking w/ Interest        ████████   (Continued)

Checks and Withdrawals
Date      Description                          Amount

████████████████        ████████████████████████
███████████        ███████████████████████████████
████████        ██████████████████████████████████
██████████████        █████████████
  5/29      IB Transfer from D ****130 to          500,000.00-
            D ****656

████████        ███████████████████████████

--------------------------------------------------------------------

Daily Balance Information
Date          Balance      Date       Balance      Date       Balance
██████████████████████████████████████████████████████████████
███████████████████████████████████████████████████

--------------------------------------------------------------------

                     Interest Rate Summary
                Date                  Rate
                ████████████████████████████

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000095
**Appx. 02370**

5/18/2021                                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | |
|---|---|---|---|
| Enter bank balance from statement | | | |
| Add deposits not credited by bank (if any) | | | |
| TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000096
**Appx. 02371**

# EXHIBIT 128

Appx. 02372

Page 1 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online   bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

**Deposit Accounts/ Other Products**

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ██████████ | ████ | ███ | ███ |
| **Total Deposit Accounts** | | ███ | ███ |

Page 2 of 7
Primary Account: ▮
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 10/1/15 | ▮ |
| Deposits/Credits (25) | ▮ |
| Withdrawals/Debits (154) | ▮ |
| **Ending Balance on 10/31/15** | ▮ |

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

Page 3 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 10/1 | | OUT WT E-ACCESS REF 20151001F2QCZ60C001349 BNF Highland Capital M | $350,000.00 |
| 10/2 | | OUT WT E-ACCESS REF 20151002F2QCZ60C001218 BNF Jefferies LLC | $310,000.00 |



Page 4 of 7
Primary Account: █████████
Beginning October 1, 2015 - Ending October 31, 2015          31



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|-----------|-------------|----------------|

Page 5 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| ██ | | ██████████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ███████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ██████ | ██ |
| ██ | | ███████ | ██ |
| ██ | | █████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | ███████████ | ████ |
| ██ | | █████████ | ████ |
| ██ | | ████████ | ████ |
| ██ | | ██████████ | ██ |
| ██ | | ██████ | ████ |
| 10/30 | | OUT WT E-ACCESS REF  20151030F2QCZ60C002353 BNF Highland Capital M | $100,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | | |

Page 6 of 7
Primary Account: ███████
Beginning October 1, 2015 - Ending October 31, 2015          31

**BBVA** Compass

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1**  • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2**  • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3**  • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4**  • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 129

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                        Date 10/30/15          Page    1
                                        Primary Account        ▆▆▆▆▆
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


        NexBank's Privacy Policy is accessible at www.NexBank.com


        Checking Account/s

             Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number          ▆▆▆▆     Statement Dates  10/01/15 thru 11/01/15
        Last Statement Balance  ▆▆▆▆▆    Days in the statement period    ▆▆
          12 Deposits/Credits   ▆▆▆▆▆    Average Ledger              ▆▆▆▆▆▆▆
           5 Checks/Debits      ▆▆▆▆     Average Collected           ▆▆▆▆▆▆▆
        Service Charge          ▆▆▆      Interest Earned
        Interest Paid           ▆▆▆▆     Annual Percentage Yield Earned  ▆▆▆▆
        This Statement Balance  ▆▆▆▆▆    2015 Interest Paid

        -------------------------------------------------------------------

        Deposits and Additions
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                        Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000166
**Appx. 02381**

5/18/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                         Date 10/30/15          Page    2
                                         Primary Account        ███████
                                         Enclosures
```

Analysis Checking w/ Interest          1614130   (Continued)



```
Deposits and Additions
Date      Description                              Amount
████████████████████████████████████████████████
████████████████████████████████████████████████
```

--------------------------------------------------------------

```
Checks and Withdrawals
Date      Description                              Amount
██████████████████████████████████████████
████████████████████████████████████████████████
10/27     OUTGOING WIRE                        200,000.00-
          HIGHLAND CAPITAL MGMT SERVICES
████████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████
```

--------------------------------------------------------------

```
Daily Balance Information
Date         Balance         Date       Balance        Date      Balance
██████████████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
```

--------------------------------------------------------------

```
                      Interest Rate Summary
                      Date           Rate
                      ██████████████████████
```

End of Statement

--------------------------------------------------------------

MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000167
Appx. 02382

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

Total of Checks not paid

Subtract total of checks not paid

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000168
**Appx. 02383**

# EXHIBIT 130

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                            Date 10/30/15          Page    1
                                            Primary Account        ████████
                                            Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


     NexBank's Privacy Policy is accessible at www.NexBank.com


     Checking Account/s

          Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number            ████████    Statement Dates  10/01/15 thru 11/01/15
     Last Statement Balance   ██████████   Days in the statement period      ████
        12 Deposits/Credits   █████████    Average Ledger           ██████████
         5 Checks/Debits       ████████    Average Collected        ██████████
     Service Charge              ██████    Interest Earned           █████████
     Interest Paid              ███████    Annual Percentage Yield Earned  ███████
     This Statement Balance   █████████0   2015 Interest Paid       █████████

     -----------------------------------------------------------------------------

     Deposits and Additions
     Date      Description                            Amount
     ██████████████████████████████████████████████████████████
     ███████████████████████████      ███████████████████████████
     ███████████████████████████      ███████████████████████████
     ██████████████████████████████████████████████████████████
     ██████████████████████████████████████████████████████████
     ██████████████████████████████████████████████████████████
     ██████████████████████████████████████████████████████████
     █████████████████████████        █████████████████████████
     ██████████████████████████████████████████████████████████
     ██████████████████████████████████████████████████████████
     ██████████████████████████████████████████████████████████
     █████████████████████████        █████████████████████████
     ██████████████████████████████████████████████████████████
```

MEMBER FDIC          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000163

**Appx. 02385**

5/18/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date 10/30/15          Page    2
                                        Primary Account        ████████
                                        Enclosures


        Analysis Checking w/ Interest        ████████   (Continued)

        Deposits and Additions
        Date     Description                           Amount
        ████████████████████████████████████████████████████
        █████████████████████████          ███████████████████████


        ----------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                           Amount
        ██████████████████████████████████████
        ██████████████████████████████████████████████████
        ██████████████████████████████████████
        ██████████████████████████████████████████████████
        ██████████████████████████████████████
        10/28    OUTGOING WIRE                         200,000.00-
                 HIGHLAND CAPITAL MGMT SERVICES
        ██████████████████████████████████████████████████
        ██████████████████████████████████████


        ----------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date      Balance     Date      Balance
        ████████████████████████████████████████████████████████████
        ████████████████████████████████████████████
        ████████████████████████████████████████████


        ----------------------------------------------------------------

                         Interest Rate Summary
                         Date           Rate
                         ██████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000164
**Appx. 02386**

5/18/2021                                    NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|---|---|
| **Reconciliation of Account** | | | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | | | |
| | | | | Sort your checks numerically or by date issued. | | | |
| | | | | | | | |
| | | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | | | |
| | | | | Reconcile your statement in the space provided below. | | | |
| | | | | | | | |
| | | | | Enter bank balance from statement | | | |
| | | | | Add deposits not credited by bank (if any) | | | |
| | | | | | TOTAL | | |
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000165
**Appx. 02387**

# EXHIBIT 131

Appx. 02388



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

SIPC

| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 1 of 5 |

## MARKET INDICES

Index

HIGHLAND CAPITAL MANAGEMENT
SERVICES INC
ATTN CARTER CHISIM
300 CRESCEN COURT
SUITE 700
DALLAS TX 75201-7849

## ACCOUNT VALUE SUMMARY

| Description | As of 10/30/15 | This Period |

**TOTAL**

## DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY

| Description | This Statement | Year to Date |

**TOTAL INCOME**

**TOTAL EXPENSES**

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

HCMS000172
Appx. 02389

| Customer Account Number: ███████ | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 2 of 5 |
|---|---|---|---|

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC"). SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held away are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all short short option positions, including positions established on the day of the assignment. All short positions are liable for assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

HCMS000173

Appx. 02390



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 3 of 5 |
|---|---|---|---|

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| 11/23 | WIRE | CASH | | WIRE IN HIGHLAND CAPITAL AC 43100933 TwoFour TradeNumber 301033575 | | | 100,000.00 |
| | | | | | .24 | | |

**TOTAL INCOME AND DISTRIBUTION ACTIVITY:**

## OTHER ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|

**TOTAL OTHER ACTIVITY:**

## PORTFOLIO SUMMARY

Bond ratings are provided by Moody's and Standard & Poor's, respectively. For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 91.30% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

HCMS000174

**Appx. 02391**



**Customer Account Number:** ████ **AE: PB2** **Statement Period:** November 01, 2015 to November 30, 2015 **PAGE 4 of 5**

**EQUITIES - LONG POSITIONS (Continued)**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

MARKET VALUE OF EQUITIES - LONG POSITIONS

**MUTUAL FUNDS: 8.60% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

TOTAL - MUTUAL FUNDS

HCMS000175

**Appx. 02392**

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: November 01, 2015 to November 30, 2015 | PAGE 5 of 5 |
|---|---|---|---|

**Customer Notice**

## IMPORTANT NOTICE

► In accordance with the requirements of the Securities and Exchange Commission (the "SEC") and the Commodity Futures Trading Commission (the "CFTC"), clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC (the "Company") as of May 31, 2015 by visiting our website at **http://investorrelations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790** or by calling 1-888-JEFFERIES. The Statement of Financial Condition is also available for your personal inspection at Jefferies LLC's principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the SEC or CFTC in New York.

► Jefferies LLC is subject to the SEC's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. The Company computes net capital under the alternative method of the Rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions), plus excess margin collateral on reverse repurchase transactions. Compliance with the Rule could limit operations of the Company, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by the Company. In addition, Jefferies LLC is registered as a futures commission merchant ("FCM") following its merger with Jefferies Bache LLC in September 2014 and is therefore subject to the CFTC's minimum financial requirements under Rule 1.17. Under the minimum financial requirements, an FCM must maintain adjusted net capital equal to or in excess of the greater of $1,000,000 or the FCM's risk-based capital requirements totaling (i) eight percent of the total risk margin requirement for positions carried by the FCM in customer accounts, plus (ii) eight percent of the total risk margin requirement for positions carried by the FCM in noncustomer accounts. As a dually registered broker-dealer and FCM, Jefferies LLC is required to maintain net capital in excess of the greater of the SEC or CFTC minimum financial requirements. As of May 31, 2015, Jefferies LLC's net capital was $998,320,000 which was $913,625,000 in excess of required net capital.

*** END OF STATEMENT ***

HCMS000176

**Appx. 02393**

# EXHIBIT 132

Appx. 02394

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 11/30/15          Page    1
                                        Primary Account    ███████
                                        Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


     NexBank's Privacy Policy is accessible at www.NexBank.com


     Checking Account/s

         Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number           ██████     Statement Dates  11/02/15 thru 11/30/15
     Last Statement Balance   ███████    Days in the statement period    █
         8 Deposits/Credits   ██████ █   Average Ledger       ████████
         5 Checks/Debits      ██████     Average Collected    ████████
     Service Charge           ██████ 0   Interest Earned      ████████
     Interest Paid            ██████     Annual Percentage Yield Earned ████████
     This Statement Balance   ███████ 0  2015 Interest Paid   ████████

     ----------------------------------------------------------------------------

     Deposits and Additions
     Date    Description                           Amount
     ████████████████
     ████████████████████████████
     ████████████████████████████████████
     ████████████████
     ██████████████████████████████████
     ██████████████████████████████████
     ████████████████
     ██████████████████████████████
     ██████████████████████████████
     ██████████████████████████████
     ██████████████████████████████
     ██████████████████████████████
```

MEMBER FDIC          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
           Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
           each banking day will be credited as of that date.

HCMS000169
**Appx. 02395**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                            Date 11/30/15          Page    2
                                            Primary Account    ████████
                                            Enclosures
```

```
          Analysis Checking w/ Interest    ████████   (Continued)

          -----------------------------------------------------------------

          Checks and Withdrawals
          Date     Description                        Amount
          ██████████████████████████
          ████████████████████████████████████████████
          ████████████████████████████████████████████
          11/24    IB Transfer from D ****130 to        250,000.00-
                   D ****656
          ██████████████████████████


          -----------------------------------------------------------------

          Daily Balance Information
          Date          Balance      Date      Balance      Date      Balance
          ████████████████████████████████████████████████████████
          ████████████████████████████████████████████████████████
          ████████████████████████████████████████████
          ████████████████████████████████████


          -----------------------------------------------------------------

                    Interest Rate Summary
                    Date          Rate
                    ████████████████████████

          End of Statement
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

HCMS000170

Appx. 02396

5/18/2021                                                          NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
  an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000171
**Appx. 02397**

# EXHIBIT 133

Appx. 02398

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                      Date  2/29/16          Page    1
                                      Primary Account        ████████
                                      Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201


     NexBank's Privacy Policy is accessible at www.NexBank.com


     Checking Account/s

          Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number                    Statement Dates  2/01/16 thru  2/29/16
     Last Statement Balance  █████     Days in the statement period    ██
        13 Deposits/Credits            Average Ledger          ██████████
        84 Checks/Debits               Average Collected
     Service Charge                    Interest Earned
     Interest Paid                     Annual Percentage Yield Earned ████
     This Statement Balance  █████     2016 Interest Paid      █████ ████

     -----------------------------------------------------------------------

     Deposits and Additions
     Date      Description                        Amount
```



---

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

HCMS000072
**Appx. 02399**

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date   2/29/16       Page    2
                                        Primary Account
                                        Enclosures
```

Analysis Checking w/ Interest          ████████  (Continued)

Deposits and Additions
Date      Description                              Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount

```
  2/10    IB Transfer from D ****130 to       2,000,000.00-
          D ****656
```



MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

HCMS000073
**Appx. 02400**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                         Date  2/29/16        Page    3
                                         Primary Account      ███████
                                         Enclosures
```

          Analysis Checking w/ Interest    ███████  (Continued)

          Checks and Withdrawals
          Date    Description                        Amount



_____

MEMBER FDIC                   NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

HCMS000074
Appx. 02401

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
Date   2/29/16        Page     4
Primary Account
Enclosures
```

Analysis Checking w/ Interest ▮▮▮▮▮ (Continued)

Checks and Withdrawals
Date      Description                              Amount



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000075
Appx. 02402

5/18/2021 NexBank SSB

 NEXBANK™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  2/29/16        Page    5
                                        Primary Account     ██████
                                        Enclosures
```

Analysis Checking w/ Interest          ████████    (Continued)

--------------------------------------------------------------------------------

Daily Balance Information
Date          Balance        Date         Balance       Date       Balance



--------------------------------------------------------------------------------

Interest Rate Summary
Date                Rate

End of Statement

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000076

Appx. 02403

5/18/2021                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |

| Total of Checks not paid | Subtract total of checks not paid | | |
|---|---|---|---|

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE—>**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000077
**Appx. 02404**

# EXHIBIT 134

Appx. 02405

Page 1 of 16
Primary Account: ▮▮▮▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮▮ |
| **Total Deposit Accounts** | | ▮▮▮ | ▮▮▮ |

Page 2 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number████████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

Beginning Balance on 2/1/16         ████

Deposits/Credits (145)         ████

Withdrawals/Debits (218)         ████

**Ending Balance on 2/29/16**         ████

## Courtesy Overdraft Amount

Courtesy Overdraft Amount for All Transactions         ████

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800 Compass.

## Deposits and Other Credits

| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|

Page 3 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|---|---|---|---|---|
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |
| ███ | | ████████████ | | ██████ |

Page 4 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|
| ██ | | ████████████ ████ | ████ |
| ██ | | ████████████ ████ | ████ |
| ██ | | ████ ████ | |
| ██ | | ████████████ ████ | ████ |
| ██ | | ████████████ ████ | ████ |
| ██ | | ████ ████ | |
| ██ | | ██████████ ██████ | ████ |
| ██ | | ████ ████ | |
| ██ | | ████████████ ██████ | ████ |
| ██ | | ████████ ██████ | ████ |
| ██ | | ██████████ ██████ | ████ |
| ██ | | ████ ██████ | ████ |
| ██ | | ████ ████ | ████ |
| ██ | | ████ ████████ | ████ |
| ██ | | ████ ██████ | ██ |
| ██ | | ████ ██████ | ████ |
| ██ | | ████ ██████ | ██ |
| ██ | | ████ ██████ | ██ |
| ██ | | ████ ████ | ████ |
| ██ | | ████████ ██████ | ████ |
| ██ | | ████████ ██████ | ████ |

Page 5 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |
| ■ | | ████████ | ██████ |

Page 6 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass

| Date * | Check/ Serial # | Description | | | Deposits/ Credits |
|--------|-----------------|-------------|---|---|-------------------|

Page 7 of 16
Primary Account:
Beginning February 1, 2016 - Ending February 29, 2016          29

**BBVA** Compass



Page 8 of 16
Primary Account: ▮▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|---|---|---|---|

HCMS000063

Page 9 of 16
Primary Account: ▮▮▮▮▮
Beginning February 1, 2016 - Ending February 29, 2016                29

**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 10 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| ██ | | ████████████ | ███ |
| ██ | | ████████████ | ███ |
| ██ | | █ ████████ | ██ |
| ██ | | █ ████████ | ██ |
| ██ | | █████████ | █████ |
| ██ | | ███████ | ███ |
| ██ | | ██████ | ██ |
| ██ | | ████████ | ███ |
| ██ | | ███████ | ███ |
| ██ | | ██████ | ██ |
| ██ | | ████████ | ███ |
| ██ | | █████████ | ███ |
| ██ | | ███████ | ███ |
| ██ | | ████ ██████ | ██ |
| ██ | | █████████ | ███ |
| ██ | | ██████████ | ███ |
| ██ | | ████ ██████ | ███ |
| ██ | | █ ███ ██████ | ███ |
| ██ | | ████████ | █████ |
| ██ | | █████████ | ███ |
| ██ | | █ ███ ██████ | ███ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | █████████ | █████ |
| ██ | | █████████ | █████ |
| ██ | | ████ ██████ | ███ |

Page 11 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|--------------------|-------------|------------------------|
| ██ | | ████████████ | ██ |
| ██ | | ██ ████ ████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ██ ████ ████ | ██ |
| ██ | | ██ ████████ | ██ |
| ██ | | █ ████ ████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ██████████ | ██ |
| ██ | | ██████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ██████ | ██ |
| ██ | | ██ ███████ | ██ |
| ██ | | █ ████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ██████████ | ██ |
| ██ | | ██ ██ ████ | ██ |
| ██ | | ████████ | ██ |
| ██ | | ████████████ | ██ |
| ██ | | █████████████ | ██ |
| ██ | | █████████ | ██ |

Page 12 of 16
Primary Account: ███████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| 2/11 | | OUT WT E-ACCESS CSTREP REF 20160211F2QCZ60C001153 BNF Highland Capital M | $250,000.00 |

Page 13 of 16
Primary Account: ██████
Beginning February 1, 2016 - Ending February 29, 2016          29



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|---|-------------------|



HCMS000068

**Appx. 02418**

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|------|-------------|---------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

HCMS000069

**BBVA** Compass

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | | | | | | |

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total | | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 135

Appx. 02422

Page 1 of 12
Primary Account: ███████████
Beginning April 1, 2016 - Ending April 30, 2016         30

**BBVA** Compass

21    HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

**Contacting Us**

Available by phone 24/7

Phone    1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

**Deposit Accounts/ Other Products**

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ████████████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

HCMS000082

**Appx. 02423**

Page 2 of 12
Primary Account: █████
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: █████ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

**Change In Terms**

Correction: The fee changes and effective date listed on last month's statements were intended for other account types and are not applicable to your account.  Below are the fee changes that will go into effect July 1, 2016:
Checks Paid/Debits - $0.19; Deposited Items Drawn on BBVA Compass - $0.15; Incoming Wire - $15.00; Incoming Wire fee with fax/e-mail notification - $16.00; Incoming Wire fee with phone notification - $18.00; Incoming International wire - $15.75; Manual Outgoing repetitive wire - $20.00; Manual Outgoing non-repetitive wire - $25.00; Manual Outgoing repetitive wire fee with notification - $26.00; Outgoing Automatic Standing Transfer - $9.00; Rerun Deposited Item - $9.00; Return Deposited Item - $12.00. Call Business Relationship Services with questions regarding these changes.

## Activity Summary

| | |
|---|---|
| Beginning Balance on 4/1/16 | ████ |
| Deposits/Credits (53) | ████ |
| Withdrawals/Debits (207) | ████ |
| **Ending Balance on 4/30/16** | ████ |

## Courtesy Overdraft Amount

| | |
|---|---|
| Courtesy Overdraft Amount for All Transactions | $5,000.00 |

Any payment of an item into overdraft is completely discretionary. We will charge you an "NSF Charge Paid Item" fee of $38.00 each time we pay a transaction into overdraft. Also, if your account becomes overdrawn and continues with a negative balance for ten (10) consecutive calendar days, an extended overdraft fee of $25.00 will be charged. An additional $25.00 extended overdraft fee will be charged if the ending daily balance in your account remains negative for twenty (20) consecutive calendar days. The total of the negative balance, including any and all fees and charges, and including all non-sufficient funds/overdraft fees is due and payable immediately, without demand. If you would like to opt-out of this Courtesy Overdraft Amount, visit your local Banking Center or call 1-800-Compass.

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|



HCMS000083
**Appx. 02424**

Page 3 of 12
Primary Account: ▮▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016                30



| Date * | Check/Serial # | Description | | Deposits/Credits |
|---|---|---|---|---|



Page 4 of 12
Primary Account: ██████
Beginning April 1, 2016 - Ending April 30, 2016          30





Page 5 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016            30

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits



Page 6 of 12
Primary Account:
 April 30, 2016                    30



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|



4/5      OUT WT E-ACCESS CSTREP REF      $6,000,000.00
20160405F2QCZ60C001480 BNF Highland Capital M

HCMS000087

**Appx. 02428**

Page 7 of 12
Primary Account: ████████
Beginning April 1, 2016 - Ending April 30, 2016                    30



| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



HCMS000088

**Appx. 02429**

Page 8 of 12
Primary Account: ▮▮▮▮
Beginning April 1, 2016 - Ending April 30, 2016                    30



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|



Page 9 of 12
Primary Account: ▮
Beginning April 1, 2016 - Ending April 30, 2016          30





HCMS000090

**Appx. 02431**

Page 10 of 12
Primary Account: ███████
Beginning April 1, 2016 - Ending April 30, 2016          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary



| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|

HCMS000091

Page 11 of 12
Primary Account: ██████████
Beginning April 1, 2016 - Ending April 30, 2016                    30



| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| ██ | ██ | ██ | ██ | ██ | | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | | | ██ | ██ | | | | |

*Indicates break in check sequence*

Page 12 of 12
Primary Account: ██████
Beginning April 1, 2016 - Ending April 30, 2016          30

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement |  |
| • Add total from Step 3 |  |
| • Subtotal |  |
| • Subtract total from Step 4 |  |
| • This balance should equal your register balance |  |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

HCMS000093

Appx. 02434

# EXHIBIT 136

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date  5/31/16          Page    1
                                    Primary Account     ████████
                                    Enclosures
```

```
          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201
```

```
     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.
```

Checking Account/s

          Account Type:  Highland Capital Management LP

```
Analysis Checking w/ Interest
Account Number              ████0    Statement Dates   5/02/16 thru  5/31/16
Last Statement Balance      ██████   Days in the statement period        ██
    9 Deposits/Credits      ██████   Average Ledger
    5 Checks/Debits         ██████   Average Collected
Service Charge                  ██   Interest Earned
Interest Paid               ██████   Annual Percentage Yield Earned  ██████
This Statement Balance      ██████   2016 Interest Paid
```

--------------------------------------------------------------------------------

```
Deposits and Additions
Date      Description                              Amount
```



```
MEMBER FDIC               NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.
```

HCMS000097
Appx. 02436

5/18/2021                                               NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  5/31/16      Page    2
                                        Primary Account
                                        Enclosures          ██████████
```

Analysis Checking w/ Interest          ██████  (Continued)

Deposits and Additions
Date      Description                           Amount
███████████████████           ████████████████████████
███████████████████           ████████████████████████

-------------------------------------------------------------------

Checks and Withdrawals
Date      Description                           Amount
 5/04     IB Transfer from D ****130 to     2,700,000.00-
          D ****656
          █████████████████████████████████████
          ██████████████████
          █████████████████████████████████████
          ██████████████████
          █████████████████████████████████████
          ███████████████████████████
          █████████████████████████████████████
          █████████████████████

-------------------------------------------------------------------

Daily Balance Information
Date          Balance        Date      Balance      Date      Balance
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████

-------------------------------------------------------------------

                    Interest Rate Summary
                    Date           Rate
                    █████████████████████████████

End of Statement

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba...    2/3

HCMS000098

**Appx. 02437**

5/18/2021                                        NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| | TOTAL |
| Total of Checks not paid | Subtract total of checks not paid |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

***Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable***
***Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.***

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000099
**Appx. 02438**

# EXHIBIT 137

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date   7/29/16          Page    1
                                          Primary Account
                                          Enclosures


            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201


      NexBank's Privacy Notice, which has not changed, is available on our website
      at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
      Privacy Notice mailed to you, please call us at 972-934-4700.

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest
Account Number                           Statement Dates   7/01/16 thru  7/31/16
Last Statement Balance                   Days in the statement period
   13 Deposits/Credits                   Average Ledger
   12 Checks/Debits                       Average Collected
Service Charge                           Interest Earned
Interest Paid                            Annual Percentage Yield Earned
This Statement Balance                   2016 Interest Paid


-----------------------------------------------------------------------------

Deposits and Additions
Date      Description                             Amount
```



---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

HCMS000122

**Appx. 02440**

5/18/2021                                                          NexBank SSB



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**





```
                                    Date  7/29/16          Page    2
                                    Primary Account    ███████████
                                    Enclosures
```

Analysis Checking w/ Interest    ███████████  (Continued)

Deposits and Additions
Date     Description                          Amount



Checks and Withdrawals
Date     Description                          Amount
 7/01    IB Transfer from D ****130 to     30,000.00-
         D ****656

---

MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000123
**Appx. 02441**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  7/29/16        Page    3
                                        Primary Account    ██████████
                                        Enclosures


        Analysis Checking w/ Interest    ████████   (Continued)

        Checks and Withdrawals
        Date     Description                         Amount
        ████████████████████████████████████████████████
        ██████████████████████

        --------------------------------------------------------------

        Daily Balance Information
        Date       Balance      Date       Balance    Date      Balance
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ██████████████████████████████████████████

        --------------------------------------------------------------

                    Interest Rate Summary
                    Date            Rate
                    ████████████████████████

        End of Statement
```

MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
           Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

HCMS000124
**Appx. 02442**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | | | | RECONCILIATION INSTRUCTIONS |
|---|---|---|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|---|---|---|---|---|
| Enter bank balance from statement | | | | |
| Add deposits not credited by bank (if any) | | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000125
**Appx. 02443**

# EXHIBIT 138

Appx. 02444

**BBVA** Compass

21     HIGHLAND CAPITAL MANAGEMENT LP
       MASTER OPERATING ACCOUNT
       300 CRESCENT CT STE 700
       DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone   1-800-266-7277

Online  bbvacompass.com

Write   BBVA Compass
        Customer Service
        P.O. Box 10566
        Birmingham, AL 35296

## Your BBVA Compass Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ▇▇▇▇▇▇▇ | ▇▇▇▇ | ▇▇▇ | ▇▇▇ |
| **Total Deposit Accounts** | | ▇▇▇ | ▇▇▇ |

Coming soon! Save money and go green by offering your customers online bills and payment initiation.
BBVA Compass Electronic Bill Presentment and Payment is the most efficient way to deliver your bills
using your company's webpage and accept payments online or by phone. If customers use their own
banking service to pay bills online, we can help you streamline processing using BBVA Compass
e-Lockbox. Contact your BBVA Compass Treasury Management Officer for more details.

―――――

HCMS000126

**Appx. 02445**

Page 2 of 14
Primary Account: ▌
Beginning August 1, 2016 - Ending August 31, 2016                    31

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▌ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

As a reminder, on September 23, 2016, the Automated Clearing House (ACH) will begin supporting interbank same day ACH credit transactions. Interbank same day ACH origination will be available through BBVA Compass at a later date on an **opt-in basis only**. Please contact your Treasury Management Officer for assistance.

To reflect this change for Interbank same day ACH through BBVA Compass, we have updated Section 3 of ACH Prepaid Services terms and conditions and added Section 18 to the ACH terms and conditions of our Treasury Management Services Agreement.

Additional terms have also been added to the ACH terms and conditions regarding NOCs in Section 6, fees for returned and disputed entries in Section 7 and third party processors in Section 12.

Please review the changes in the Treasury Management Services Agreement and print a complete copy for your records. You can find a current version of the agreement by going to:

http://www.bbvacompass.com/commercial/treasury-management/resource-central/
The user ID is "treasury" and the password is "management."

## Activity Summary

Beginning Balance on 8/1/16        ▌
Deposits/Credits (99)              ▌
Withdrawals/Debits (224)           ▌
**Ending Balance on 8/31/16**      ▌

## Deposits and Other Credits



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

Page 3 of 14
Primary Account: ████████
Beginning August 1, 2016 - Ending August 31, 2016                31





Page 4 of 14
Primary Account: ▮
Beginning August 1, 2016 - Ending August 31, 2016                31



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|



Page 5 of 14
Primary Account: ████████
Beginning August 1, 2016 - Ending August 31, 2016                    31



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|--------|-----------------|-------------|-------------------|



HCMS000130

Page 6 of 14
Primary Account: ▆▆▆▆▆
Beginning August 1, 2016 - Ending August 31, 2016                31



| Date * | Check/<br>Serial # | Description | | Deposits/<br>Credits |
|--------|--------------------|-------------|--|----------------------|
| ▆ | | ▆▆▆▆▆▆▆▆▆ | | ▆▆▆▆ |
| ▆ | | ▆▆▆ ▆▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆▆ | | ▆ |
| ▆ | | ▆ ▆ ▆ | | ▆▆ |
| ▆ | | ▆ ▆▆▆ ▆▆▆ | | ▆ ▆ |
| ▆ | | ▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆ ▆▆▆▆ ▆▆▆ | | ▆ |
| ▆ | | ▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆ | | |
| ▆ | | ▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆▆ | | ▆▆ |
| ▆ | | ▆▆▆▆▆ | | ▆ |
| ▆ | | ▆▆▆▆▆ | | ▆ |



| Date * | Check/Serial # | Description | Deposits/Credits |
|---|---|---|---|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|---|---|---|---|



Page 8 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016                31

**BBVA** Compass



| Date * | Check/ Serial # | Description | | Withdrawals/ Debits |
|---|---|---|---|---|
| 8/5 | | OUT WT E-ACCESS CSTREP REF 20160805F2QCZ60C000943 BNF Highland Capital M | | $525,000.00 |
| | 99994 | | | |

HCMS000133

**Appx. 02452**

Page 9 of 14
Primary Account: ▇▇▇▇
Beginning August 1, 2016 - Ending August 31, 2016          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|





Page 11 of 14
Primary Account: 
Beginning August 1, 2016 - Ending August 31, 2016                31

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

HCMS000136

**Appx. 02455**

Page 12 of 14
Primary Account: ▮▮▮▮▮
Beginning August 1, 2016 - Ending August 31, 2016          31

**BBVA** Compass



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

Page 13 of 14
Primary Account: ███████
Beginning August 1, 2016 - Ending August 31, 2016                    31



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | ██ | ████ |
| ██ | ████ | ██ | ████ | | |
| ██ | ████ | ██ | ████ | | |

## Summary of Checks



| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.

• Record all automated deductions, debit card transactions and electronic bill payments.

• Record and deduct service charges, check printing charges, or other bank fees.

• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement |  |
| • Add total from Step 3 |  |
| • Subtotal |  |
| • Subtract total from Step 4 |  |
| • This balance should equal your register balance |  |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
 If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 139

5/18/2021                                                NexBank SSB

 NexBank™

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

 

```
                                          Date  8/31/16          Page    1
                                          Primary Account
                                          Enclosures


          Highland Capital Management LP
          300 Crescent Court Suite 700
          Dallas TX 75201



     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.


   Checking Account/s

        Account Type:  Highland Capital Management LP

   Analysis Checking w/ Interest
   Account Number                         Statement Dates   8/01/16 thru  8/31/16
   Last Statement Balance                 Days in the statement period
      11 Deposits/Credits                 Average Ledger
       7 Checks/Debits                    Average Collected
   Service Charge                         Interest Earned
   Interest Paid                          Annual Percentage Yield Earned
   This Statement Balance                 2016 Interest Paid


   --------------------------------------------------------------------------------

   Deposits and Additions
   Date      Description                              Amount
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

HCMS000140

Appx. 02460

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/16        Page    2
                                        Primary Account
                                        Enclosures
```

Analysis Checking w/ Interest        ▆▆▆▆▆   (Continued)

Deposits and Additions
Date      Description                              Amount

----------------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount

8/19      IB Transfer from D ****130 to        250,000.00-
          D ****656

----------------------------------------------------------------------

Daily Balance Information
Date          Balance      Date        Balance      Date      Balance



MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000141
Appx. 02461

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  8/31/16        Page    3
                                        Primary Account
                                        Enclosures          ███████


        Analysis Checking w/ Interest        1614130  (Continued)

        --------------------------------------------------------------------

                        Interest Rate Summary
                        Date                Rate
                        ███████             ███████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000142

**Appx. 02462**

5/18/2021                                                                NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | | | |
|---|---|---|---|---|
| | | | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|---|---|---|---|---|
| | Enter bank balance from statement | | | |
| | Add deposits not credited by bank (if any) | | | |
| | TOTAL | | | |
| Total of Checks not paid | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000143
**Appx. 02463**

# EXHIBIT 140

Appx. 02464

Page 1 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

61     I C.I NADC TAPCWAN SADAL dS dDM NP
       SAFMdR OPdRAMCBL ATTOUDM
       H00 TRdFTdDM TM FMd 300
       CANNAF M7 3X601 B3584

### Contacting Us

Availa, le , y bpone 68f8

Ppone   1 B500 B- - B3633

Online   , , vacomba. . xcom

K rite   BBs A Tomba. .
         Tu. tomer Fervice
         PxOxBo( 10X- -
         Birmingpam2AN HX64-

## / our BBs A Tomba. . AccountWV

Plea. e . ee imbortant me. . age regar9ing your
MRdAFUR/ SADAL dS dDMADAN FG TI dTYCBL
account

## Fummary of Account.

### Deposit Accounts/ Other Products

| Account | Account num, er | dn9ing , alance la. t . tatement | dn9ing , alance tpi. . tatement |
|---|---|---|---|
| ███████ | ████ | ███ | ███ |
| **Total Deposit Accounts** | | **$315,335.01** | **$1,090,753.79** |

HCMS000144

**Appx. 02465**

Page 6 of 16
Primary Account: ▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

# MRdAFUR/ SADAL dS dDMADAN FG TI dTY L

Account Dum, er: ▮       El G I NADC TAPG ANS ADAL dS dDMNP

## Account Information

K e pave ub9ate9 certain term. an9 con9ition. of tpe Mea. ury S anagement Fervice Agreement for tpe L eneral Provi. ion. for tpe follo) ing . ection. : Autporive9 Rebre. entative2dligi, le Account. 2Tonfi9entiality an9 " orce S a"eurexG a99ition2t) o ne) . ection. pave al. o , een a99e9 to tpe L eneral Provi. ion. : Cefinition. an9 Mbir9 Party Proce. . or. xPlea. e revie) tpe. e . ection. of tpe Mea. ury S anagement Agreement online an9 brint a comblete coby for your recor9. xMpe. e term. an9 con9ition. ) ill , ecome effective a. of Cecem, er 12601- xAll otper term. an9 con9ition. of tpe Mea. ury S anagement Fervice Agreement ) ill continue in full force an9 effectx/ ou can fin9 a current ver. ion of tpe agreement , y going to:
pttb:Hi) ) ) x, vacomba. . xcomhcommercialhtrea. uryEmanagementhre. ourceEcentralh

Mpe u. er GC i. $rea. ury$an9 tpe ba. . ) or9 i. $managementx$

## Activity Summary

Beginning Balance on 4HlHl-          ▮

Cebo. it. HTre9it. WX- V          ▮

K itp9ra) al. HCe, it. WI5- V          ▮

**Ending Balance on 9/30/16**          ▮

## Deposits and Other Credits



Page H of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate * | Tpeckh Ferial # | Ce. cribtion | Cebo. it. h Tre9it. |
|--------|-----------------|--------------|---------------------|

Page 8 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | Cebo. it. h T re9it. |
|--------|------------------|--------------|----------------------|
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████████ ███ ██████ | █████ |
| ██ | | ████ ████ ███████ | █████ |
| ██ | | ████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████ ████ ███████ | █████ |
| ██ | | ████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████ ████ ███████ | █████ |
| ██ | | ████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████ ████ ███████ | █████ |
| ██ | | ████ ████ ███████ | █████ |
| ██ | | ████████ ████ ███████ | █████ |
| ██ | | ████ ███ ███████ | |

Page X of 16
Primary Account: ▆▆▆▆
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass



Plea. e note2certain fee. an9 cparge. bo. te9 to your account may relate to . ervice. an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i. tpe , u. ine. . 9ay tpat tpe tran. action i. broce. . e9x

## Withdrawals and Other Debits



**BBVA** Compass





Page 5 of 16
Primary Account: ▮▮▮▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|--------|------------------|--------------|--------------------------|

4f66    OUMK MdfEATTdFF TFMRdP Rd"                    Qt5X2000x00
        601- 0466" 6ZTq- 0T000- 5HBD"  I igplan9 Tabital S

Page 4 of 16
Primary Account: ▮▮▮▮
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-                H0

**BBVA** Compass

| Cate * | T peckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|---|---|---|---|

Page 10 of 16
Primary Account: ███████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-          H0


**BBVA** Compass

| Cate * | Tpeckh Ferial # | Ce. cribtion | K itp9ra) al. h Ce, it. |
|---|---|---|---|



Plea. e note2certain fee. an9 cparge. bo. te9 to your account may relate to . ervice. an9for activity from tpe brior . tatement cyclex
* Mpe Cate brovi9e9 i. tpe , u. ine. . 9ay tpat tpe tran. action i. broce. . e9x

## End of Business Day Balance Summary

| Cate | Balance | Cate | Balance | Cate | Balance |
|---|---|---|---|---|---|



## Summary of Checks

| Cate | Tpeck # | Amount | Cate | Tpeck # | Amount | Cate | Tpeck # | Amount |
|---|---|---|---|---|---|---|---|---|

Page 11 of 16
Primary Account: ███████
Beginning Febtem, er 12601-  Edn9ing Febtem, er H02601-                    H0

**BBVA** Compass

| Cate | T peck # | Amount | Cate | T peck # | Amount | Cate | T peck # | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|
| ████ | ███████ | ██████ |      |          |        |      |          |        |

*\* Indicates break in check sequence*

HCMS000154

**Appx. 02475**

Page 16 of 16
Primary Account: ████████
Beginning Febtem, er 12601- Edn9ing Febtem, er H02601-     H0

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter all cpeck. 29ebo. it. 2an9 otper automate9 teller
car9 WAMS Vtran. action. in your regi. terx
• Recor9 all automate9 9e9uction. 29e, it car9
tran. action. an9 electronic , ill bayment. x
• Recor9 an9 9e9uct . ervice cparge. 2cpeck brinting
cparge. 2or otper , ank fee. x
• Cyou pave an intere. t , earing account2a99 any
intere. t earne9 . po) n on tpi. . tatementx

**Step 2** • Cabblica, le2. ort cpeck. in numerical or9er an9 mark
in your regi. ter eacp cpeck or otper tran. action tpat i.
li. te9 on tpi. . tatementx

**Step 3** • N. t any 9ebo. it. or cre9it. your pave ma9e tpat 9o not
abbear on tpi. . tatement Wee . bace brovi9e9 , elo) \k

**Step 4** • N. t any cpeck. 2an9 ) ritten29e, it car9
tran. action. 2electronic bayment. an9 otper
9e9uction. tpat 9o not abbear on tpi. . tatement Wee
. bace brovi9e9 , elo) \k

| CateíCe. cribtion | Amount |
|---|---|
| | j |
| | j |
| | j |
| | j |
| | j |
| Fteb HMbtal | Q    j |

| CateíCe. cribtion | Tpeck # | Amount |
|---|---|---|
| | | j |
| | | j |
| | | j |
| | | j |
| | | j |
| Fteb 8 Mbtal | Q | j |

## Balancing Your Register to this Statement

**Step 5** | dnter tpe Scurrent , alanceS. po) n on tpi.
. tatement                                        j
| A99 total from Fteb H                            j
| Fu, total                                        j
| Fu, tract total from Fteb 8                      j
| Mpi. , alance . poul9 e• ual your regi. ter
, alance                                          j
| Git 9oe. not agree2e. te. teb. , elo)     Q    j

Cyour account 9oe. not , alance2revie) tpe follo) ing:
- Tpeck all your a99ition an9 . u, traction a, ove in your regi. terx
- Sake . ure you remem, ere9 to . u, tract . ervice cparge. li. te9 on
tpi. . tatement an9 a99 any intere. t earne9 to your regi. terx
- Amount . of 9ebo. it. an9 ) itp9ra) al. on tpi. . tatement . poul9
matcp your regi. ter entrie. x
- Cyou pave • ue. tion. or nee9 a. . i. tance2blea. e refer to tpe bpone
num, er on tpe front of tpi. . tatementx

## Change of Address

Plea. e call u. at tpe telebpone num, er li. te9 on tpe front of tpi.
. tatement to tell u. a, out a cpange of a99re. . x

**Electronic Transfers** *(for consumer accounts only)*
Gi ca. e of error. or • ue. tion. a, out your 9lectronic Mran. fer. 2) rite to
BBs A Tomba. . Bank2Oberation. Tombliance Fubtort2P2OxBo(
10X- 2Birmingpam2AN HX64- xOr . imbly call your local cu. tomer
. ervice num, er brinte9 on tpe front of tpi. . tatementxTall or ) rite a.
. oon a. you can2if you tpink your . tatement or receibt i. ) rong or if
you nee9 more information a, out a tran. fer on tpe . tatement or
receibtxK e mu. t pear from you no later tpan - 0 9ay. after ) e . ent
tpe fir. t . tatement on ) picp tpe error or bro, lem abbeare9x

| Mell u. your name an9 account num, er an9  amount \k
| Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can
| ) py you , elieve it i. an error or ) py you nee9 more informationx
| Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

K e ) ill inve. tigate your complaint an9 ) ill correct any error brombtlyx(S) e take more tpan 10
, u. ine. . 9ay. V80 on claim. on account. obene9 le. . tpan H0 calen9ar 9ay. Vto 9o tpi. 2) e ) ill
cre9it your account for tpe amount you tpink i. in error2. o tpat you ) ill pave tpe u. e of tpe
money 9uring tpe time it take. u. to complete our inve. tigationx

*" or DonÉT on. umer Account cu. tomer. 2blea. e refer to your current DonÉT on. umer Account
Agreement for 9etail. regar9ing 9lectronic " un9 Mran. fer. x

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate** xMpe intere. t cparge i.
combute9 u. ing your annual bercentage rate 9ivi9e9 , y H X or2in tpe ca. e of a leab year2H - 2
) picp give. you tpe zAbblica, le Rate X Altpougp ) e calculate tpe intere. t cparge , y abblying tpe
Abblica, le Rate to eacp 9aily , alance2tpe intere. t cparge can al. o , e calculate9 , y multiblying
tpe Abblica, le Rate , y tpe zaverage 9aily , alanceVWalance Fu, "ect to 9tere. t RateV. po) n on
tpi. . tatement2tpen multiblying tpat . um , y tpe num, er of 9ay. in tpe , illing cyclexMo get tpe
zBalance Fu, "ect to 9tere. t Rate" , po) n on tpi. . tatement2) e take tpe , eginning , alance of
your account le. . any unbai9 finance cparge. eacp 9ay2a99 any ne) a9vance. or 9e, it. 2an9
. u, tract any bayment. or cre9it. xMpi. give. u. tpe 9aily , alancexMpen ) e a99 all tpe 9aily
, alance. for tpe , illing cycle an9 9ivi9e , y tpe num, er of 9ay. in tpe , illing cyclexMpi. give. u.
tpe zaverage 9aily , alance" , po) n on tpe . tatement a. zBalance Fu, "ect to 9tere. t Rate"x
Payment. xPayment. to your over9raft brotection loan account ma9e tprougp our teller. or
9ebo. ite9 at our automate9 teller macpine. WAMS . VS on9ay tprougp " ri9ay , efore tpe bo. te9
cutEoff time ) ill , e bo. te9 to your account on tpe 9ate tpey are accebte9xOtper) i. e2tpey ) ill , e
bo. te9 on tpe ne(t , u. ine. . 9ayxPayment. ma9e tprougp our AMS . via a fun9. tran. fer ) ill , e
bo. te9 on tpe 9ate tpey are receive9 or on tpe ne(t , u. ine. . 9ay if ma9e after - bm TM Wbm S M
for Ariwona account. an9 - bm PM for Talifornia account. VS on9ay tprougp " ri9ay or anytime
Fatur9ay2Fun9ay or , ank poli9ay. xBBs A Tomba. . Bank , u. ine. . 9ay. are Son9ay tprougp
" ri9ay2e( clu9ing poli9ay. x

**In Case of Errors or Questions About Your Statement** VOver9raft Protection OnlyV
Cyou tpink your . tatement i. ) rong2or if you nee9 more information a, out a tran. action on your
. tatement2) rite your i. . ue on a . ebarate 9ocument an9 . en9 it to Bankcar9 Tenter2P2OxBo(
66102Cecatur2AN HX- 44E0001xMelebpone in• ueire. may , e ma9e , y calling your local BBs A
Tomba. . , rancp li. te9 on tpe front of tpi. . tatement to . beak ) itp a Tu. tomer Fervice
Rebre. entativexPlea. e note: a telebpone in• ueiry on your rigpt. un9er fe9eral la) x
K e mu. t pear from you no later tpan . i( ty W0V9ay. after ) e . ent you tpe fir. t . tatement on
) picp tpe error or bro, lem abbeare9x

- Mell u. your name an9 account num, er W" any\k
- Ce. cri, e tpe error or tpe tran. fer you are un. ure a, out2an9 e(blain a. clearly a. you can
) py you , elieve it i. an error or ) pat you nee9 more informationx
- Mell u. tpe 9ollar amount of tpe . u. becte9 errorx

/ ou can . tob tpe automatic 9e9uction of tpe S inimum Payment from you cpecking account if
you tpink your . tatement i. ) rongxMo . tob tpe bayment2your letter mu. t reacp u. tpree VMV
, u. ine. . 9ay. , efore tpe automatic 9e9uction i. . cpe9ule9 to occurx

## Reporting Other Problems

Plea. e revie) your . tatement carefullyx Gi. e. . ential tpat any account error. or any improber
tran. action. on your account . or reborte9 to u. a. . oon a. . rea. ona, ly bo. . i, lexGyou fail to
notify u. of any . u. becte9 bro, lem. 2error. or unautporive9 tran. action. ) itpin tpe time berio9.
. becifie9 in tpe 9ebo. it account agreement2) e are not lia, le to you for any lo. . relate9 to tpe
bro, lem2error or unautporive9 tran. actionx

BBs A Tomba. . i. a tra9e name of Tomba. . Bank2a mem, er of tpe BBs A L roubx
Tomba. . Bank2Sem, er " CG'x

# EXHIBIT 141

NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                          Date 12/30/16          Page    1
                                          Primary Account
                                          Enclosures
```

```
            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201
```

```
     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.
```

```
     Checking Account/s

            Account Type:  Highland Capital Management LP

     Analysis Checking w/ Interest
     Account Number                         Statement Dates  12/01/16 thru 12/31/16
     Last Statement Balance                 Days in the statement period
        14 Deposits/Credits                 Average Ledger
        11 Checks/Debits                    Average Collected
     Service Charge                         Interest Earned
     Interest Paid                          Annual Percentage Yield Earned
     This Statement Balance                 2016 Interest Paid
```



```
     Deposits and Additions
     Date       Description                              Amount
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                            each banking day will be credited as of that date.



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



Date 12/30/16          Page    2

file:///G|/.../1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000177

**Appx. 02478**

NexBank SSB

Primary Account
Enclosures

Analysis Checking w/ Interest                    (Continued)

Deposits and Additions
Date        Description                                    Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date        Description                                    Amount

12/12       IB Transfer from D ****130 to        7,700,000.00-
            D ****656

--------------------------------------------------------------------------------

MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                    Date 12/30/16        Page    3
                                    Primary Account
                                    Enclosures

Analysis Checking w/ Interest                    (Continued)

--------------------------------------------------------------------------------

Daily Balance Information

HCMS000178

Appx. 02479

NexBank SSB

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

-------------------------------------------------------------------------------

Interest Rate Summary

| Date | Rate |
|------|------|

End of Statement



MEMBER FDIC

NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

| OUTSTANDING CHECKS | | RECONCILIATION INSTRUCTIONS | | | |
|---|---|---|---|---|---|
| **Reconciliation of Account** | | Date _____ | | | |
| CHECKS WRITTEN BUT NOT PAID | | Please examine this statement and items at once and refer any exceptions immediately. | | | |
| NUMBER | AMOUNT | | | | |
| | | Sort your checks numerically or by date issued. | | | |
| | | | | | |
| | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | | |
| | | | | | |
| | | Reconcile your statement in the space provided below. | | | |
| | | | | | |
| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | | |

file:///G|/.../1.%20Audit/Audit%202016/Bank%20Statements/NexBank%20MM%20130/12-16%20HCM%20MM%20NexBank%20130.html[3/15/2019 4:45:15 PM]

HCMS000179

Appx. 02480

NexBank SSB

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total of Checks not paid | | | | Subtract total of checks not paid | | | |
| | THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE-> | | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
   (1) Tell us your name and account number (if any).
   (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
   (3) Tell us the dollar amount of the suspected error.
   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000180

Appx. 02481

# EXHIBIT 142

Appx. 02482

5/18/2021                                     NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   3/31/17        Page    1
                                    Primary Account
                                    Enclosures
```

```
        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201
```

```
    NexBank's Privacy Notice, which has not changed, is available on our website
    at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
    Privacy Notice mailed to you, please call us at 972-934-4700.
```

Checking Account/s

        Account Type:  Highland Capital Management LP

Analysis Checking w/ Interest

| | | | |
|---|---|---|---|
| Account Number | ▉ | Statement Dates   3/01/17 thru  4/02/17 | |
| Last Statement Balance | ▉ | Days in the statement period | ▉ |
| 5 Deposits/Credits | ▉ | Average Ledger | |
| 20 Checks/Debits | ▉ | Average Collected | |
| Service Charge | ▉ | Interest Earned | ▉ |
| Interest Paid | ▉ | Annual Percentage Yield Earned | ▉ |
| This Statement Balance | ▉ | 2017 Interest Paid | ▉ |

--------------------------------------------------------------------------------

Deposits and Additions
Date        Description                              Amount

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

--------------------------------------------------------------------------------

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000078

Appx. 02483

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  3/31/17      Page   2
                                        Primary Account
                                        Enclosures


        Analysis Checking w/ Interest         ██████    (Continued)

        Checks and Withdrawals
        Date      Description                        Amount
```



```
        3/31      IB Transfer from D ****130 to        150,000.00-
                  D ****656

        -----------------------------------------------------------------

        Daily Balance Information
        Date          Balance       Date        Balance     Date       Balance


        -----------------------------------------------------------------
```

MEMBER FDIC NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
each banking day will be credited as of that date.

HCMS000079

**Appx. 02484**

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date   3/31/17        Page    3
                                        Primary Account
                                        Enclosures
```

```
        Analysis Checking w/ Interest           ████████   (Continued)

                        Interest Rate Summary
                        Date              Rate
                        ████████████████████████████████

        End of Statement
```

MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000080
**Appx. 02485**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | | |
|---|---|---|---|

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

*Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable*
*Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.*

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000081
**Appx. 02486**

# EXHIBIT 143

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                      Date   3/30/18          Page    1
                                      Primary Account     ▮▮▮▮▮▮▮▮
                                      Enclosures


          Highland Capital Management Services Inc
          Attn Kristin Hendrix
          300 Crescent Court Suite 700
          Dallas TX 75201


     NexBank's Privacy Notice, which has not changed, is available on our website
     at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
     Privacy Notice mailed to you, please call us at 972-934-4700.


     Checking Account/s


          Account Type:  Highland Capital Management Services Inc
                         Attn Kristin Hendrix


     Business Checking
     Account Number          ▮▮▮▮▮       Statement Dates   3/01/18 thru  4/01/18
     Last Statement Balance  ▮▮▮▮▮▮▮     Days in the statement period    ▮▮▮▮▮▮
         1 Deposits/Credits  ▮▮▮▮▮▮▮▮    Average Ledger           ▮▮▮▮▮▮▮▮
         5 Checks/Debits     ▮▮▮▮▮       Average Collected        ▮▮▮▮▮▮▮▮
     Service Charge            ▮▮▮▮
     Interest Paid
     This Statement Balance  ▮▮▮▮▮▮▮

     -------------------------------------------------------------------------------

     Deposits and Additions
     Date    Description                         Amount
      3/26   IB Transfer from D ****130 to      150,000.00
             D ****656

     -------------------------------------------------------------------------------

     Checks and Withdrawals
     Date    Description                         Amount
```



---

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

HCMS000181
**Appx. 02488**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date   3/30/18        Page     2
                                    Primary Account
                                    Enclosures           ████████


     Business Checking          ████████   (Continued)

     --------------------------------------------------------------------

                      --- CHECKS IN NUMBER ORDER ---
     Date    Check No            Amount
     ███████████████████████████████████
     ████████████████████████████████

     --------------------------------------------------------------------

     Daily Balance Information
     Date         Balance     Date       Balance    Date      Balance
     ██████████████████████████████████████████████████████████████
     ██████████████████████████████████████████████████████████████

     End of Statement
```



MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

HCMS000182

Appx. 02489

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | | |
|---|---|---|---|---|---|
| | | Enter bank balance from statement | | | |
| | | Add deposits not credited by bank (if any) | | | |
| | | TOTAL | | | |
| Total of Checks not paid | | Subtract total of checks not paid | | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000183
**Appx. 02490**

# EXHIBIT 144

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date   6/29/18          Page    1
                                    Primary Account     ██████████
                                    Enclosures


           Highland Capital Management Services Inc
           Attn Kristin Hendrix
           300 Crescent Court Suite 700
           Dallas TX 75201


       NexBank's Privacy Notice, which has not changed, is available on our website
       at www.NexBank.com/files/privacynotice.pdf.  If you would like a copy of our
       Privacy Notice mailed to you, please call us at 972-934-4700.


    Checking Account/s

           Account Type:  Highland Capital Management Services Inc
                          Attn Kristin Hendrix

    Business Checking
    Account Number          ████████    Statement Dates   6/01/18 thru  7/01/18
    Last Statement Balance  ████████    Days in the statement period   ████
    ████████████            ████████    Average Ledger
                            ████████    Average Collected       ████████████
    Service Charge          ███
    Interest Paid
    This Statement Balance  ████████


    --------------------------------------------------------------------------------

    Deposits and Additions
    Date     Description                        Amount
    6/25     IB Transfer from D ****130 to      200,000.00
             D ****656


    --------------------------------------------------------------------------------

    Checks and Withdrawals
    Date     Description                        Amount
    ████████████████████████████████  ████████████████████████████
    ████████████████████████████████  ████████████████████████████
    ████████████████████████████

    --------------------------------------------------------------------------------
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                           each banking day will be credited as of that date.

HCMS000184
**Appx. 02492**

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                    Date   6/29/18        Page    2
                                    Primary Account
                                    Enclosures                ████████
```

```
        Business Checking                ██████  (Continued)

        Daily Balance Information
        Date          Balance         Date          Balance        Date          Balance
        █████████████████████████████████████████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                        each banking day will be credited as of that date.

HCMS000185

**Appx. 02493**

5/18/2021                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT |  |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

    Please examine this statement and items at once and refer any exceptions immediately.

    Sort your checks numerically or by date issued.

    Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

    Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

    Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
    (1) Tell us your name and account number (if any).
    (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
    We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

HCMS000186
**Appx. 02494**

# EXHIBIT 145

**BBVA** Compass

, 1   9HI 9GALN  DAPHCAG  F ALAI EF ELC  GP
FATCEM SPEMACHLI   ADDSRLC
622  DMETDELC  DC  TCE  O22
NAGGAT  CU  O3, 21-O7X0

### Contacting Us

A5aiä-48c 4y vI one , XpO

Pl one    1-722-, hh-Q OO

Sn9ne    445acomva/ / scom

, rite    BBVA Domva/ /
Du/ tomer Ter5ice
PsS sBoV 123hh
Birmingl ambAG63, 0h

## Tummary of Account/

### Deposit Accounts/ Other Products

| Account | Account num4er | Ending 4a8ance 8i/ t / tatement | Ending 4a8ance tl i/ / tatement |
|---|---|---|---|
| ██████████████ | ██████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

HCMS000100
**Appx. 02496**

Page , of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

# CMEATRMx F AL AI EF EL C AL AGx THT D9 EDYHLI

Account Lum4er: ████████ - 9 HI 9 GAL N DAPHCAGF AL AI EF EL C GP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 3pf p10 | ████████ |
| Nevo/ it/ pDredit/ KOQ | ████████ |
| . itl dra) a8 pNe4it/ KOh( | ████████ |
| **Ending Balance on 5/31/19** | ████████ |

## Deposits and Other Credits

| Nate " | DI ecwp Teria8" | Ne/ crivtion | | Nevo/ it/ p Dredit/ |
|---|---|---|---|---|
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | |
| ██ | | ████████████ | | ██████ |
| ██ | | ████████████ | | |
| ██ | | ████████████ | | ██████ |

**BBVA** Compass



Page X of 16
Primary Account:
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

BBVA Compass



HCMS000103
**Appx. 02499**

BBVA Compass



Page h of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page Oof 16
Primary Account: █████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                    61

**BBVA** Compass



| Nate " | Dl ecwp Teria8" | Ne/ crivtion | | Nevo/ it/ p Dredit/ |
|---|---|---|---|---|

Plßa/ e notebcertain fee/ and cl arge/ vo/ ted to your account may re8te to / er5ice/ andpor acti5ity from tl e vrior / tatement cyc8es
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## Withdrawals and Other Debits

| Nate " | Dl ecwp Teria8" | Ne/ crivtion | . itl dra) a8p Ne4it/ |
|---|---|---|---|



HCMS000106

**Appx. 02502**

Page 7 of 16
Primary Account:
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61





HCMS000107

**Appx. 02503**

Page 0 of 16
Primary Account: ████████
Beginning F ay 1b, 210 - Ending F ay 61b, 210　　　　61





Page 12 of 16
Primary Account: ████████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61



Page 11 of 16
Primary Account: 
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass



Page 1, of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210                   61





P8a/ e notebcertain fee/ and cl arge/ vo/ ted to your account may re8te to / er5ice/ andpor acti5ity from tl e vrior / tatement cyc8s
" Cl e Nate vro5ided i/ tl e 4u/ ine/ / day tl at tl e tran/ action i/ vroce/ / eds

## End of Business Day Balance Summary



## Summary of Checks



*Indicates break in check sequence*

Page 16 of 16
Primary Account: ███████
Beginning F ay 1b, 210 - Ending F ay 61b, 210          61

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter a8cl ecw bdevo/ it/ band otl er automated te8er card HACF ( tran/ action/ in your regi/ ters
• Mecord a8automated deduction/ bde4it card tran/ action/ and e8ectronic 4i8payment/ s
• Mecord and deduct / er8ice cl arge/ bcl ecwvrinting cl arge/ bor otl er 4anwfee/ s
• Hf you l a5e an intere/ t 4earing accountbadd any intere/ t earned / l o) n on tl i/ / tatements

**Step 2** • Hf any 8ca48b/ otl cl ecw/ in numerica8order and marw in your regi/ ter eacl cl ecwor otl er tran/ action tl at i/ 8/ ted on tl i/ / tatements

**Step 3** • G// t any devo/ it/ or credit/ your l a5e made tl at do not avvear on tl i/ / tatement K ee / vace vro5ided 4e8) (s

**Step 4** • G// t any cl ecw/ you l a5e ) rittenbde4it card tran/ action/ be8ectronic vayment/ and otl er deduction/ tl at do not avvear on tl i/ / tatement K ee / vace vro5ided 4e8) (s

| Nate Ne/ crivtion | Amount |
|---|---|
| | q |
| | q |
| | q |
| | q |
| | q |
| Ttev 6 Cota8 # | q |

| Nate Ne/ crivtion | DI ecw" | Amount |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Ttev X Cota8 # | | q |

## Balancing Your Register to this Statement

**Step 5** | Z Enter tl e "current 4a8ance" / l o) n on tl i/ / tatement | q |
|---|---|
| Z Add tota8from Ttev 6 | q |
| Z Tu4tota8 | q |
| Z Tu4tract tota8from Ttev X | q |
| Z Cl i/ 4a8ance / l ou8 eQua8your regi/ ter 4a8ance | q |
| Hf it doe/ not agreeb/ ee / tev/ 4e8) # | q |

Hf your account doe/ not 4a8ancebre5ie) tl e fo8o) ing:
- DI ecwa8your addition and / u4traction a4o5e in your regi/ ters
- F awe / ure you remem4ered to / u4tract / er5ice cl arge/ 8/ ted on tl i/ / tatement and add any intere/ t earned to your regi/ ter
- Amount/ of devo/ it/ and / ) itl dra) a8 on tl i/ / tatement / l ou8 matcl your regi/ ter entrie/ s
- Hf you l a5e Que/ tion/ or need a/ / i/ tancebv8ea/ e refer to tl e vl one num4er on tl e front of tl i/ / tatements

**Change of Address**
P8ea/ e ca88u/ at tl e te8evl one num4er 8/ ted on tl e front of tl i/ / tatement to te88u/ a4out a cl ange of addre/ / s

**Electronic Transfers** *(for consumer accounts only)*
H ca/ e of error/ or Que/ tion/ a4out your E8ectronic Cran/ fer/ b) rite to BBVA Domva// Banwb5veration/ Domv8ance Tuvvort PsSsBoV 123hhbBirming ambAG63, 0hsS r / imv8/ ca88your 8ca8cu/ tomer / er5ice num4er vrinted on tl e front of tl i/ / tatementsDa8on ) rite a/ / oon a/ you can8if you tl inwyour / tatement or receivt i/ / rong or if you need more information a4out a tran/ fer on tl i/ / tatement or receivt... e mu/ t l ear from you no 8ater tl an h2 day/ after ) e / ent tl e fir/ t / tatement on ) l ic l tl e error or vro48em avveared:

Z Ce88u/ your name and account num4er Hf any(s
Z Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e W8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l y you need more informations
Z Ce88u/ tl e do88ar amount of tl e / u/ vected errors

. e ) i88in5e/ tigate your comv8aint and ) i88correct any error vromvt8ysHi ) e) e ta8e more tl an h2 4u/ ine// day/ K2 on c8aim/ on account/ ovened 8i// tl an 62 ca8endar day/ ( to do tl i/ b) e ) i88 credit your account for tl e amount you tl inwi/ in error/ o tl at you ) i88l a5e tl e u/ e of tl e money during tl e time it tawe/ u/ to comv8ete our in5e/ tigations

"$or L on-D on/ umer Account cu/ tomer/ 8v8ea/ e refer to your current L on-D on/ umer Account Agreement for detai8/ regarding E8ectronic $und Cran/ fer/ s

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rates** Cl e intere/ t cl arge i/ comvuted u/ ing your annua8vercentage rate di5ided 4y 6h3 orbin tl e ca/ e of a 8eav yearb6hhb ) l i cl gi5e/ you tl e "Avv8ca48e Mate" A88 ougl ) e ca8cu8ate tl e intere/ t cl arge 4y avv8ying tl e Avv8ca48e Mate to eacl dai8y 4a8ancebtl e intere/ t cl arge can a88o 4e ca8cu8ated 4y mu8iiv8ying tl e Avv8ca48e Mate 4y tl e "a5erage dai8y 4a8ance"HBa8ance Tu4ject to Intere/ t Mate/ ( / l o) n on tl i/ / tatement on mu8iiv8ying tl at / um 4y tl e num4er of day/ in tl e 4i88ing cyc8esCo get tl e "Ba8ance Tu4ject to Intere/ t Mate/ / l o) n on tl i/ / tatement ) e ave h 4eginning 4a8ance of your account 8i// any unvaid finance cl arge/ eacl daybadd any ne) ad5ance/ or de4it/ band / u4tract any vayment/ or credit/ sCl i/ gi5e/ u/ tl e dai8y 4a8ancesCl en ) e add a88tl e dai8y 4a8ance/ for tl e 4i88ing cyc8e and di5ide 4y tl e num4er of day/ in tl e 4i88ing cyc8esCl i/ gi5e u/ tl e "a5erage dai8y 4a8ance" / l o) n on tl e / tatement / "Ba8ance Tu4ject to Intere/ t Mate/ s Payment/ sPayment/ to your o5erdraft vrotection 8oan account made tl rougl our te88er/ or devo/ ited at our automated te88er mac l ine/ HACF / ( F onday tl rougl $riday 4efore tl e vo/ ted cut-off time ) i884e vo/ ted to your account on tl e date tl ey are acce vtedsStl er) i/ ebtl ey ) i884e vo/ ted on tl e ne W 4u/ ine// daysPayment/ made tl rougl our ACF / 5ia a fund/ tran/ fer ) i884e vo/ ted on tl e date tl ey are recei5ed or on tl e ne W 4u/ ine// day if made after hvm DC Hvm F C for Arizona account/ and hvm PC for Da8fornia account/ ( F onday tl rougl $riday or anytime Taturdayb Tunday or 4anwl o8day/ sBBVA Domva// Banwu4u/ ine// day/ are F onday tl rougl $ridaybe Vc8uding l o8day/ s

**In Case of Errors or Questions About Your Statement** KSerdraft Protection Sn8( Hf you tl inwyour / tatement i/ ) rongbor if you need more information a4out a tran/ action on your / tatementb) rite your i// ue on a / evarate document / and end it to Banwcard DenterbPsSsBoV , , 12bNecaturbAG63h00-2221sCe8evl one inQuire/ may 4e made 4y ca88ing your 8ca8BBVA Domva// 4rancl 8/ ted on tl e front of tl i/ / tatement to / veaw) itl a Du/ tomer Ter5ice Mevre/ entati5esP8ea/ e note: a te8evl one inQuiry ) i88not re/ er5e your rigl t/ under federa88a) s . e mu/ t l ear from you no 8ater tl an / iVty H 62( day/ after ) e / ent you tl e fir/ t / tatement on ) l ic l tl e error or vro48em avveared:

• Ce88u/ your name and account num4er Hf any(s
• Ne/ cri4e tl e error or tl e tran/ fer you are un/ ure a4outand e W8ain a/ c8ear8y a/ you can ) l y you 4e8ie5e it i/ an error or ) l at you need more informations
• Ce88u/ tl e do88ar amount of tl e / u/ vected errors

x ou can / tov tl e automatic deduction of tl e F inimum Payment from your cl ecwing account if you tl inwyour / tatement i/ ) rongsCo / tov tl e vaymentbyour 8etter mu/ t reacl u/ tl ree H3( 4u/ ine// day/ 4efore tl e automatic deduction i/ / cl edu8ed to occurs

**Reporting Other Problems**
P8ea/ e re5ie) your / tatement carefu8ysHi/ e/ / entia8tl at any account error/ or any imvrover tran/ action/ on your account 4e revorted to u/ a/ / oon a/ 4ea/ ona48y vo// i48esHf you fai8to notify u/ of any / u/ vected vro48em/ berror/ or unaut l orized tran/ action/ ) itl in tl e time veriod/ / vecified in tl e devo/ it account agreement8) e are not a84e to you for any 8o// / re8ated to tl e vro48emberror or unaut l orized tran/ actions

BBVA Domva// i/ a trade name of Domva// Banwba mem4er of tl e BBVA I rouvs
Domva// Banwb F em4er $NI Ds

# EXHIBIT 146

Appx. 02509

Page 1 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019                30

**BBVA**

21    HIGHLAND CAPITAL MANAGEMENT LP
      MASTER OPERATING ACCOUNT
      300 CRESCENT CT STE 700
      DALLAS TX 75201-7849

**Contacting Us**

Available by phone 24/7

| | |
|---|---|
| Phone | 1-800-266-7277 |
| Online | bbvausa.com |
| Write | BBVA<br>Customer Service<br>P.O. Box 10566<br>Birmingham, AL 35296 |

## Your BBVA Account(s)

Please see important message regarding your
TREASURY MANAGEMENT ANALYSIS CHECKING
account

## Summary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| ██████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

BBVA Compass is now BBVA. Transforming banking to put the world's opportunities in your hands.

———

HCMS000113

**Appx. 02510**

Page 2 of 9
Primary Account: ▮▮▮▮▮▮
Beginning June 1, 2019 - Ending June 30, 2019          30



# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ▮▮▮▮▮▮ - HIGHLAND CAPITAL MANAGEMENT LP

## Account Information

We have updated the Treasury Management Service Agreement. These terms and conditions will become effective as of August 1, 2019.  You can find a current version of the agreement by going to:
http://www.bbvausa.com/commercial/treasury-management/resource-central/
 The user ID is "treasury" and the password is "management."

## Activity Summary

| | |
|---|---|
| Beginning Balance on 6/1/19 | ▮▮▮▮ |
| Deposits/Credits (26) | ▮▮▮▮ |
| Withdrawals/Debits (154) | ▮▮▮▮ |
| **Ending Balance on 6/30/19** | ▮▮▮▮ |

## Deposits and Other Credits

| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

**Appx. 02511**

Page 3 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits |
|--------|-------------------|-------------|---------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|--------|-------------------|-------------|------------------------|



Page 4 of 9
Primary Account: █████████
Beginning June 1, 2019 - Ending June 30, 2019          30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████ | ████ |
| ██ | | ██████████████████ | ███ |
| ██ | | ████ ██████ | ████ |
| ██ | | ████ █████ | ████ |
| ██ | | ███ ██████ | █████ |
| ██ | | ██████████████ | █████ |
| ██ | | ████████ | █████ |
| ██ | | ████████ | █████ |
| ██ | | ██ ███ ███████ | ███ |
| ██ | | ██████████████ | █████ |
| ██ | | ████████████████ | █████ |
| ██ | | ███████████████ | █████ |
| ██ | | ██ | ████ |
| ██ | | █████ | ████ |
| ██ | | ████████ | █████ |
| ██ | | ████████ | ████ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | ███████ | █████ |
| ██ | | █████████████ | ████ |
| ██ | | ██████ █████ | ████ |
| ██ | | █████ █████ | ████ |

Page 5 of 9
Primary Account: ████████
Beginning June 1, 2019 - Ending June 30, 2019                    30





Page 6 of 9
Primary Account: ███████
Beginning June 1, 2019 - Ending June 30, 2019    30



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|--------|----------------|-------------|--|--------------------|

Page 7 of 9
Primary Account: ██████
Beginning June 1, 2019 - Ending June 30, 2019                    30





| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|---|---|---|---|
| 6/26 | | OUT WT EBANKING REF  20190626F2QCZ60C003151 BNF Highland Capital M | $150,000.00 |

Page 8 of 9
Primary Account: ▋▋▋▋
Beginning June 1, 2019 - Ending June 30, 2019                    30



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|



* Indicates break in check sequence



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 |  |  |
|---|---|---|
|  | • Enter the "current balance" shown on this statement |  |
|  | • Add total from Step 3 |  |
|  | • Subtotal |  |
|  | • Subtract total from Step 4 |  |
|  | • This balance should equal your register balance |  |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
• Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

# EXHIBIT 147

Page 1 of 13
Primary Account: ▮▮▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019                    31

**BBVA** Compass

21     HIGHLAND CAPITAL MANAGEMENT LP
MASTER OPERATING ACCOUNT
300 CRESCENT CT STE 700
DALLAS TX 75201-7849

### Contacting Us

Available by phone 24/7

Phone    1-800-266-7277

Online   bbvacompass.com

Write    BBVA Compass
Customer Service
P.O. Box 10566
Birmingham, AL 35296

# Summary of Accounts

## Deposit Accounts/ Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| TREASURY MANAGEMENT ANALYSIS CHECKING | ▮▮▮▮▮ | $3,117,777.78 | $1,004,810.25 |
| **Total Deposit Accounts** | | **$3,117,777.78** | **$1,004,810.25** |

Appx. 02520

**BBVA** Compass

# TREASURY MANAGEMENT ANALYSIS CHECKING

Account Number: ██████ - HIGHLAND CAPITAL MANAGEMENT LP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 5/1/19 | ████ |
| Deposits/Credits (97) | ████ |
| Withdrawals/Debits (176) | ████ |
| **Ending Balance on 5/31/19** | ████ |

## Deposits and Other Credits



| Date * | Check/ Serial # | Description | Deposits/ Credits |
|---|---|---|---|

**BBVA** Compass



**BBVA** Compass



**BBVA** Compass



| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|

Page 6 of 13
Primary Account:
Beginning May 1, 2019 - Ending May 31, 2019                31

**BBVA** Compass



**BBVA** Compass

| Date * | Check/Serial # | Description | Deposits/Credits |
|--------|----------------|-------------|------------------|
| ██ | | ████████████ | ████████ |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
  * The Date provided is the business day that the transaction is processed.

## Withdrawals and Other Debits

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| ██ | | ████████████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ███████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ████████████ | ████ |
| ██ | | ███ ██████ | ████ |
| ██ | | ████████████ | ████ |
| 5/2 | | OUT WT EBANKING REF  20190502F2QCZ60C001496 BNF Highland Capital M | $2,400,000.00 |
| ██ | | █████████████ | ████ |
| ██ | | ██████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | █████████████ | ████ |
| ██ | | ██████████████ | ██ |
| ██ | | ██████ ████ | ████ |
| ██ | | ████ | ████ |
| ██ | | ██ ████████ | ████ |
| ██ | | ██████████ | ████████ |
| 5/3 | | OUT WT EBANKING REF  20190503F2QCZ60C004047 BNF Highland Capital M | $5,000,000.00 |
| ██ | | ███ ███ | ████ |
| ██ | | ██ ██████ | ████ |
| ██ | | ██ ████ | ████ |





Page 9 of 13
Primary Account: ▮▮▮▮▮▮
Beginning May 1, 2019 - Ending May 31, 2019                    31





| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|----------------|-------------|---------------------|

**BBVA** Compass



| Date * | Check/Serial # | Description | | Withdrawals/Debits |
|---|---|---|---|---|

**BBVA Compass**



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|

Page 12 of 13
Primary Account: ██████
Beginning May 1, 2019 - Ending May 31, 2019          31



**BBVA** Compass

| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|

## Summary of Checks

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|

*Indicates break in check sequence*

Appx. 02531

**BBVA** Compass

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
   • Record all automated deductions, debit card transactions and electronic bill payments.
   • Record and deduct service charges, check printing charges, or other bank fees.
   • If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (use space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | Step 4 Total | $ |

### Balancing Your Register to this Statement

| Step 5 | Enter the "current balance" shown on this statement | |
|---|---|---|
| | • Add total from Step 3 | |
| | • Subtotal | |
| | • Subtract total from Step 4 | |
| | • This balance should equal your register balance | |
| | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA Compass Bank, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate.** The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATM s) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATM s via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA Compass Bank business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquiries may be made by calling your local BBVA Compass branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group. Compass Bank, Member FDIC.

# EXHIBIT 148

Appx. 02533

NexBank SSB



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com



```
              HIGHLAND CAPITAL MANAGEMENT LP        Date  11/29/13      Page  1
              300 CRESCENT COURT SUITE 700          Account Number     ████████
              DALLAS TX 75201                       Enclosures


                      ---- CHECKING ACCOUNT ----


              For 24-hour service please
              call our telephone banking
              number 877-538-BANK (2265)
     BUSINESS ANALYSIS W/ INTEREST          Item Truncation
     Account Number         ███████        Statement Dates 11/01/13 thru 11/30/13
     Previous Balance     ██████████       Days in the statement period     ██
      5 Deposits/Credits   █████████       Average Ledger           █████████
      3 Checks/Debits      █████████       Average Collected        ██████████
     Service Charge           ████
     Interest Paid        ████████
     Ending Balance      ██████████        2013 Interest Paid       █████████
     Deposits and Additions
         Date   Description                          Amount
     ████   ██████████████████████        ██████████
            ██████████████████████        █████████
     ████   ███████████                   ██████████
            ███████████                   █████████
     ████   █████████████                 ██████

     Checks and Withdrawals
         Date   Description                          Amount
     ████   ██████████████               ██████████

     11/27   WIRE TRANSFER                     100,000.00
             CHICAGO TITLE CO.
```



MEMBER FDIC        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION

CONFIDENTIAL

D-HCRE-000114

Appx. 02534



13455 NOEL ROAD, 22nd Floor
DALLAS, TEXAS 75240
972-934-4700
www.NexBank.com



```
        HIGHLAND CAPITAL MANAGEMENT LP          Date  11/29/13        Page   2
        300 CRESCENT COURT SUITE 700            Account Number  ████
        DALLAS TX 75201                         Enclosures


        BUSINESS ANALYSIS W/ INTEREST  ████              (Continued)
        Checks and Withdrawals
            Date   Description                          Amount
```



https://nbdtx.secure.fundsxpress.com/piles/fxweb.pile/accounts/get_statement?_request_id...   2/12/2014

CONFIDENTIAL                                                          D-HCRE-000115

                                                                    Appx. 02535

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS | | |
|---|---|---|---|---|---|
| **Reconciliation of Account** | | | Date _____ | | |
| CHECKS WRITTEN BUT NOT PAID | | | Please examine this statement and items at once and refer any exceptions immediately. | | |
| NUMBER | AMOUNT | | | | |
| | | | Sort your checks numerically or by date issued. | | |
| | | | | | |
| | | | Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements. | | |
| | | | | | |
| | | | Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement. | | |
| | | | | | |
| | | | Reconcile your statement in the space provided below. | | |
| | | | Enter bank balance from statement | | |
| | | | Add deposits not credited by bank (if any) | | |
| | | | | TOTAL | |
| Total of Checks not paid | | | Subtract total of checks not paid | | |
| | | **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

### EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED

We calculate the **FINANCE CHARGE** on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

### BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information.
  1. Your name and account number.
  2. The dollar amount of the suspected error.
  3. Describe the error and explain, if you can, why you believe there is an error. If you need more information,
describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question.
While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

### IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is
an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.

CONFIDENTIAL

D-HCRE-000116

**Appx. 02536**

# EXHIBIT 149

Appx. 02537

Page 1 of 7
Primary Account: ███████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1

**BBVA** Compass

, 1    3HI3GALN DAPHCAG TALAI - T- LC GP
       TAMC- S RP- SACHLI  ADDRULC
       d22 DS- MD- LC DC MC-  722
       NAGGAM CX 78 , 2157409

## Contacting Us

Available py h/ one , 06ꞌ

P/ one   154225 ss5ꞌ, 77

Rnline   ppvacomha. . Wom

V rite   BBx A Domha. .
         Du. tomer Mervice
         PWRVBoY 128ss
         Birming/ ambAGd8, 9s

## Mummary of Account.

### Deposit Accounts/ Other Products

| Account | Account numper | - nEing palance la. t. tatement | - nEing palance t/ i. . tatement |
|---|---|---|---|
| ████████████ | █████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

CONFIDENTIAL

D-HCRE-000100

**Appx. 02538**

Page , of 7
Primary Account: ███████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1

**BBVA** Compass

# CS- AMUSK T AL AI - T - L C AL AGKMHMD3 - D( HLI

Account Lumper: ███████ 53H 3 GAL N DAPKCAGT AL AI - T - LC GP

## Activity Summary

| | |
|---|---|
| Beginning Balance on 16 0 | ███████ |
| Neho. it. 6DreEit. )d1w | ███████ |
| V it/ Erak al. 6Nepit. )10, w | ███████ |
| **Ending Balance on 1/31/14** | |

## Transaction History )eYcluEing c/ ec*. w



| Nate # | D/ ec*6 Merial F | Ne. crihtion | Neho. it. 6 DreEit. | V it/ Erak al. 6 Nepit. |
|---|---|---|---|---|

16 9          RUC V C - 5ADD- MM S- Q , 2102129Q  Z D$s2D221794          J122 222 2
               BL Q RIE Sehuplic L atio

Page d of 7
Primary Account: ████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210          d1





CONFIDENTIAL

**BBVA** Compass



Page 8 of 7
Primary Account: ███████
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210          d1


**BBVA** Compass



Plea. e notebcertain fee. anE c/ arge.  ho. teE to your account may relate to . ervice.  anEBor activity from t/ e hrior . tatement cycleW
#C/ e Nate hroviEeE i.  t/ e pu. ine. .  Eay t/ at t/ e tran. action i.  hroce. . eEW

## End of Business Day Balance Summary



## Summary of Checks



D-HCRE-000104
**Appx. 02542**

Page s of 7
Primary Account: ███████
Beginning Qanuary 1b, 210 5- nEing Qanuary d1b, 210        d1

**BBVA** Compass

| Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount | Nate | D/ ec* F | Amount |
|------|----------|--------|------|----------|--------|------|----------|--------|

* Indicates break in check sequence

CONFIDENTIAL

Page 7 of 7
Primary Account: ▮▮▮▮▮▮
Beginning Oanuary 1b, 210 5- nEing Oanuary d1b, 210                    d1

**BBVA** Compass

## How to Balance Your Account

**Step 1**
- - nter all c/ ec*. bEeho. it. banE ot/ er automateE teller carE )ACT wtran. action. in your regi. terW
- SecorE all automateE EeEuction. bEepit carE tran. action. anE electronic pill hayment. W
- SecorE anE EeEuct . ervice c/ arge. bc/ ec* hrinting c/ arge. bor ot/ er pan* fee. W
- Hf you / ave an intere. t pearing accountbaEE any intere. t earneE . / ok n on t/ i. . tatementW

**Step 2**
- Hf ahhlicapleb. ort c/ ec*. in numerical orEer anE mar* in your regi. ter eac/ c/ ec* or ot/ er tran. action t/ at i. li. teE on t/ i. . tatementW

**Step 3**
- G. t any Eeho. it. or creEit. your / ave maEe t/ at Eo not ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok wW

**Step 4**
- G. t any ot/ er c/ ec*. you / ave k rittenbEepit carE tran. action. belectronic hayment. anE ot/ er EeEuction. t/ at Eo not ahhear on t/ i. . tatement ). ee . hace hroviEeE pelok wW

| NateNo. crihtion | | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | Meh d Cotal | J |

| NateNo. crihtion | | D/ ec* F | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Meh 0 Cotal | J |

## Balancing Your Register to this Statement

**Step 5**
- - nter t/ e "current palance" . / ok n on t/ i. . tatement

| | | |
|---|---|---|
| • AEE total from Meh d | | |
| • Muptotal | | |
| • Muptract total from Meh 0 | | |
| • C/ i. palance . / oulE equal your regi. ter palance | | |
| Hf iit Eoe. not agreeb. ee . teh. pelok | J | |

Hf your account Eoe. not palanceE breviek t/ e follok ing:
- D/ ec* all your aEEition anE . uptraction apove in your regi. terW
- T a*e . ure you rememgereE to . uptract . ervice c/ arge. . liteE on your regi. terW
- Amount. of Eeho. it. anE k it/ Erak al. on t/ i. . tatement . / oulE matc/ your regi. ter entrie. W
- Hf you / ave que. tion. or neeE a. . i. tanceb hlea. e refer to t/ e h/ one numper on t/ e front of t/ i. . tatementW

## Change of Address
Plea. e call u. at t/ e teleh/ one numper li. teE on t/ e front of t/ i. . tatement to tell u. apout a c/ ange of aEEre. . W

## Electronic Transfers *(for consumer accounts only)*
Hn ca. e of error. or que. tion. apout your . lectronic Cran. fer. bk rite to BBx A Eomha. Ban* bCr heration. Eomhliance MuhhortbPW PW BoY 128sbsbBirming/ ambAGd8, 9sWr. imhly call your local cu. tomer . ervice numper hrinteE on t/ e front of t/ i. . tatementWball or k rite a. . oon a. you camif you t/ in* your . tatement or receiht i. k rong or if you neeE more information apout a tran. fer on t/ e . tatement or receihtW e mu. t / ear from you no later t/ an s2 Eay. after k e . ent t/ e fir. t . tatement on k ic/ t/ e error or hroplem ahheareEW

- Cell u. your name anE account numper )if anyW
- Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e Yhlain a. clearly a. you can k / y you pelieve it i. an error or k / y you neeE more informationW
- Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

V e k ill inve. tigate your comhlaint anE k ill correct any error hromhtlyWHk e ta*e more t/ an 12 pu. ine. . Eay. ), 2 on claim. on account. oheneE le. . t/ an d2 calenEar Eay. wto Eo t/ i. bk e k ill creEit your account for t/ e amount you t/ in* i. in error. o t/ at you k ill / ave t/ e u. e of t/ e money Euring t/ e time it ta*e. u. to comhlete our inve. tigationW

#Cor Lon Eon. umer Account cu. tomer. bhlea. e refer to your current Lon Eon. umer Account Agreement for Eetail. regarEing - lectronic QunE Cran. fer. W

## Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate**WC/ e intere. t c/ arge i. comhuteE u. ing your annual hercentage rate EiviEeE py ds8 orbin t/ e ca. e of a leah yearbdssb k / ic/ give. you t/ e "Ahhlicaple SateWAIt/ oug/ k e calculate t/ e intere. t c/ arge py ahhlying t/ e Ahhlicaple Sate to eac/ Eaily palancebt/ e intere. t c/ arge can al. o pe calculateE py multihlying t/ e Ahhlicaple Sate py t/ e "average Eaily palance"WBalance Mupject to Intere. t Satew. / ok n on t/ i. . tatementbif en multihlying t/ at . um py t/ e numper of Eay. in t/ e pilling cycleWCo get t/ e "Balance Mupject to Intere. t Sate" . / ok n on t/ i. . tatement k e ta*e t/ e princihal palance of your account Ee. . any unhaiE finance c/ arge. eac/ EaybaEE any nek aEvance. or Eepit. banE . uptract any hayment. or creEit. WC/ i. give. u. t/ e Eaily palanceWC/ en k e aEE all t/ e Eaily palance. for t/ e pilling cycle anE EiviEe py t/ e numper of Eay. in t/ e pilling cycleWC/ i. give. u. t/ e "average Eaily palance" . / ok n on t/ i. . tatementWOverdraft hrotection loan account maEe t/ roug/ our teller. or Eeho. iteE at our automateE teller mac/ ine. )ACT . wT on Eay t/ roug/ QriEay pefore t/ e ho. teE cutEoff time k ill pe ho. teE to your account on t/ e Eate t/ ey are accehteEVWr t/ erk i. ebt/ ey k ill pe ho. teE on t/ e neYt pu. ine. . EayWPayment. maEe t/ roug/ our ACT . via a funE. tran. fer k ill pe ho. teE on t/ e Eate t/ ey are receiveE or on t/ e neYt pu. ine. . Eay. if maEe after shm DC )shm T C for Arizona account. anE shm PC for California account. wT on Eay t/ roug/ QriEay or anytime MaturEaybMunEay or pan* / oliEay. WBBx A Eomha. Ban* pu. ine. . Eay. are T on Eay t/ roug/ QriEaybexclu Eing / oliEay. W

### In Case of Errors or Questions About Your Statement )RverEraft Protection Rnlyw
Hf you t/ in* your . tatement i. k rongbor if you neeE more information apout a tran. action on your . tatementbk rite your i. . ue on a . eharate Eocument . enE . t to Ban* carE DenterbPW PW BoY , , 12bNecaturbAGd8s9952221WCeleh/ one inquire. may pe maEe py calling your local BBx A Eomha. . pranc/ li. teE on t/ e front of t/ i. . tatement to . hea* k it/ a Cu. tomer Mervice Sehre. entativeWPlea. e note: a teleh/ one inquiry k ill not hre. erve your rig/ t. unEer feEeral lak W V e mu. t / ear from you no later t/ an . iYty )s2wEay. after k e . ent you t/ e fir. t . tatement on k / ic/ t/ e error or hroplem ahheareEW

- Cell u. your name anE account numper )if anyW
- Ne. cripe t/ e error or t/ e tran. fer you are un. ure apoutbanE e Yhlain a. clearly a. you can k / y you pelieve it i. an error or k / y you neeE more informationW
- Cell u. t/ e Eollar amount of t/ e . u. hecteE errorW

Kou can . toh t/ e automatic EeEuction of t/ e T inimum Payment from you c/ ec*ing account if you t/ in* your . tatement i. k rongWCo . toh t/ e haymentbyour letter mu. t reac/ u. t/ ree )dw pu. ine. . Eay. pefore t/ e automatic EeEuction i. . c/ eEuleE to occurW

## Reporting Other Problems
Plea. e reviek your . tatement carefullyWHf i. . . ential t/ at any account error. or any imhroher tran. action. on your account pe rehorteE to u. a. . oon a. rea. onaply ho. . ipleWHf you fail to notify u. of any . u. hecteE hroplem. berror. or unaut/ orizeE tran. action. k it/ in t/ e term e herioE. . hecifieE in t/ e Eeho. it account agreementbk e are not liaple to you for any lo. . relateE to t/ e hroplembberror or unaut/ orizeE tran. actionW

BBx A Eomha. i. a traEe name of Eomha. . Ban* ba memper of t/ e BBx A I rouhW Eomha. . Ban* bT emper QNHDW

# EXHIBIT 150

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



FDIC

```
          HIGHLAND CAPITAL MANAGEMENT LP       Date    1/31/14    Page    1
          300 CRESCENT COURT SUITE 700         Account Number        ██████
          DALLAS TX  75201                     Enclosures

                    ---- CHECKING ACCOUNT ----
          For 24-hour service please
          call our telephone banking
          number 877-538-BANK (2265)
   BUSINESS ANALYSIS W/ INTEREST              Item Truncation
   Account Number         ████████            Statement Dates  1/01/14 thru  1/31/14
   Previous Balance     █████████             Days in the statement period    ██
      4 Deposits/Credits ████████             Average Ledger              ████████
      4 Checks/Debits     ████████            Average Collected          █████████
   Service Charge          ██████
   Interest Paid          ███████
   Ending Balance       █████████             2014 Interest Paid         █████████
```



```
   Deposits and Additions
   Date      Description                         Amount
```

```
   Checks and Withdrawals
   Date      Description                         Amount
```

MEMBER FDIC          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                          each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    1/3

CONFIDENTIAL                                    D-HCRE-000060
                                                           Appx. 02546

5/18/2021                                        NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
          HIGHLAND CAPITAL MANAGEMENT LP        Date    1/31/14    Page    2
          300 CRESCENT COURT SUITE 700          Account Number
          DALLAS TX  75201                      Enclosures

     BUSINESS ANALYSIS W/ INTEREST        1614130  (Continued)
     Checks and Withdrawals
     Date     Description                             Amount
     1/30     IB Transfer from D ****130 to       500,000.00
              D ****415

     Daily Balance Information
     Date          Balance        Date        Balance        Date        Balance


                        Interest Rate Summary
```

MEMBER FDIC                       NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                    Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                    each banking day will be credited as of that date.

CONFIDENTIAL                                    D-HCRE-000061
                                                              **Appx. 02547**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT | |
|---|---|---|
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | |
|---|---|---|
| Enter bank balance from statement | | |
| Add deposits not credited by bank (if any) | | |
| TOTAL | | |
| Total of Checks not paid | Subtract total of checks not paid | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-HCRE-000062
**Appx. 02548**

# EXHIBIT 151

Appx. 02549

Page 1 of 6
Primary Account: ████████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

21    I G I NADC TAPGWAN FADAL dF dDM NP
      FASMdR OPdRAMGL ATTOUDM
      H00 TRdSTdDM TM SMd  600
      CANNAS MB  67201EBX- 5

### Contacting Us

A8ai4av4e vy l bone 2- p6

Pbone    1B00B2hhB5266

On4ne    vv8acoml a/ / scom

.  rite   BBWA Toml a/ /
         Tu/ tomer Ser8ice
         PSOsBoV107hh
         Birmingbam, ANH725h

## Summary of Account/

### Deposit Accounts/ Other Products

| Account | Account numver | dn9ing va4nce 4a/ t/ tatement | dn9ing va4nce tbi/ / tatement |
|---|---|---|---|
| ██████████████ | ███████ | ████ | ████ |
| **Total Deposit Accounts** | | ████ | ████ |

D-HCRE-000107
**Appx. 02550**

Page 2 of 6
Primary Account: ████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1

**BBVA** Compass

# MRdASURx F ADAL dF dDMADANx SG TI dTYG L

Account Dumver: ████████████

## Activity Summary

| | |
|---|---|
| Beginning Ba4nce on H1pl - | ████ |
| Cel o/ it/ pTre9it/ K1( | ████ |
| . itb9ra) a4 pCevit/ K1X2( | ████- |
| **Ending Balance on 1/13/34** | ████ |

## Transaction History k Vc4 9ing cbecw (

| Cate " | Tbecvp Seria4" | Ce/ cril tion | Cel o/ it/ p Tre9it/ | . itb9ra) a4 p Cevit/ |
|---|---|---|---|---|
| ██ | | ████ ████ | | |
| ██ | | ████ ████ | ████ | |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | |
| ██ | | ████ ████ | | ████ |
| ██ | | ██ ████ | | |
| ██ | | ████ ████ | | |
| ██ | | ████ | | |
| ██ | | ████ ████ | | |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |
| ██ | | ████ ████ | | ████ |

Page H of 6
Primary Account:
Beginning F arcb 1, 201-  Edn9ing F arcb Hl, 201-                    Hl

**BBVA** Compass



CONFIDENTIAL

Page - of 6
Primary Account: ███████
Beginning F arcb 1, 201- Edn9ing F arcb H1, 201-          H1


**BBVA** Compass

| Cate " | Tbecwp Seria4" | Ce/ cril tion | Cel o/ it/ p T re9it/ | . itb9ra) a4 p Cevit/ |
|---|---|---|---|---|



| H)2X | | OUM. MdEATTdSS Rd$ 201- 0H2X$2k T" h0T00H02- BD$ Werita/ Mt4e Part | | #70,000s00 |

CONFIDENTIAL

D-HCRE-000110
**Appx. 02553**

Page 7 of 6
Primary Account: ███████
Beginning F arcb 1, 201-  Edn9ing F arcb H1, 201-                    H1





P4a/ e note, certain fee/ an9 cbarge/ I o/ te9 to your account may re4te to / er8ice/ an9pr acti8ity from tbe I rior / tatement cyc4es
" Mbe Cate I ro8i9e9 i/ tbe vu/ ine// 9ay tbat tbe tran/ action i/ I roce/ / e9s

## End of Business Day Balance Summary



## Summary of Checks



Page h of 6
Primary Account: ██████████
Beginning F arcb 1, 201- Edn9ing F arcb Hf, 201-                    Hf

BBVA Compass

| Cate | Tbecw" | Amount | Cate | Tbecw" | Amount | Cate | Tbecw" | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|

*Indicates break in check sequence*

**BBVA** Compass

## How to Balance Your Account

**Step 3** • dnter a4¢cbecw / , 9el o/ it/ , an9 otber automate9 te4¢r car9 HMF / tran/ action/ in your regi/ ters

• Recor9 a4¢automate9 9e9uction/ , 9evit car9 tran/ action/ an9 e¢ectronic vi4¢l ayment/ s

• Recor9 any 9e9uct / er8ice cbarge/ , cbecwl rinting cbarge/ , or otber vanwfee/ s

• ¢you ba8e an intere/ t vearing account, a99 any intere/ t earne9 / bo) n on tbi/ / tatements

**Step 2** • ¢al l 4cav4¤, / ort cbecw/ in numerica4or9er an9 marw in your regi/ ter eacb cbecwor otber tran/ action tbat i/ 4/ te9 on tbi/ / tatements

**Step 1** • N/ t any 9el o/ it/ or cre9it/ your ba8e ma9e tbat 9o not al l ear on tbi/ / tatement Kee / l ace l ro8i9e9 ve4¤) (s

**Step 4** • N/ t any tran/ action/ , e¢ectronic l ayment/ an9 otber 9e9uction/ tbat 9o not al l ear on tbi/ / tatement Kee / l ace l ro8i9e9 ve4¤) (s

| CatepCe/ cril tion | Amount |
|---|---|
| | q |
| | q |
| | q |
| | q |
| | q |
| Stel HMbta4 # | q |

| CatepCe/ cril tion | Tbecw" | Amount |
|---|---|---|
| | | q |
| | | q |
| | | q |
| | | q |
| | | q |
| Stel - Mbta4 # | | q |

## Balancing Your Register to this Statement

**Step 5** Z¿nter the "current va4ance" / bo) n on tbi/ / tatement                    q

ZA99 tota4from Stel H                    q

ZSuvtota4                    q

ZSuvtract tota4from Stel -                    q

ZMbi/ va4ance / bou9 eQua4your regi/ ter va4ance                    q

¢it 9oe/ not agree, / ee / tel / ve4) #                    q

¢your account 9oe/ not va4ance, re8ie) the fo4¤b) ing:

· Tbecwa4¤your a99ition an9 / uvtraction avo8e in your regi/ ters
· F awe / ure you rememvere9 to / uvtract / er8ice cbarge/ 4/ te9 on tbi/ / tatement an9 a99 any intere/ t earne9 to your regi/ ter
· Amount/ of 9el o/ it/ an9 itb9ra) a4 on tbi/ / tatement / bou4 matcb your regi/ ter entrie/ s
· ¢you ba8e Que/ tion/ or nee9 a/ / i/ tance, l 4ea/ e refer to tbe l bone numver on tbe front of tbi/ / tatements

## Change of Address

P4ea/ e ca44u/ at tbe te44l bone numver 4/ te9 on tbe front of tbi/ / tatement to te44u/ avout a cbange of a99re/ / s

## Electronic Transfers *(for consumer accounts only)*

¢ ca/ e of error/ or Que/ tion/ avout your e4ectronic Man/ fer/ , ) rite to BBVA Toml a/ / Banw, Ol eration/ Toml 4ance Sul l ort, PsOsBoV 107hh, Birmingbam, AN·H725hsOr / im1 4y ca44your 4ca4cu/ tomer / er8ice numver l rinte9 on tbe front of tbi/ / tatementsTa4¤or ) rite a/ / oon a/ you can, if you tbinwyour / tatement or receil t i/ ) rong or if you nee9 more information avout a tran/ fer on tbe / tatement or receil ts. ) e mu/ t bear from you no 4¤ter tban h0 9ay/ after ) e / ent tbe fir/ t / tatement on ) bicb tbe error or l rov4¤m al l eare9s

Z M4u/ your name an9 account numver Kif any(s

Z Ce/ crive tbe error or tbe tran/ fer you are un/ ure avout, an9 e\/ 4¤in a/ c4¤ar4y a/ you can ) by you ve4¤8e it i/ an error or ) by you nee9 more informations

Z M4u/ tbe 9o44¤r amount of tbe / u/ l ecte9 errors

. e ) i4¤in8e/ tigate your coml 4¤int an9 ) i4¤correct any error l roml t4y s¢( ) e ta8e more tban 10 vu/ ine/ / 9ay/ K20 on c4¤im/ on account/ ol ene9 4e/ / tban h0 ca4en9ar 9ay/ ( to 9o tbi/ , ) e i4¤ cre9it your account for tbe amount you tbinwi/ in error, / o tbat you ) i4¤ba8e tbe u/ e of tbe money 9uring tbe time it tawe/ u/ to coml 4¤te our in8e/ tigations

"$or DonEf on/ umer Account cu/ tomer/ , l 4ea/ e refer to your current DonEf on/ umer Account Agreement for 9etai4 regar9ing e4ectronic $un9 Man/ fer/ s

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rate** Mbe intere/ t cbarge i/ coml ute9 u/ ing your annua4l ercentage rate 9i89e9 vy Hh7 or, in the ca/ e of a 4¤al year, Hhh, ) bicb gi8e/ you •Al l 4cav4¤ Rate\$ A4¤boug9 ) e ca4¤u4¤te tbe intere/ t cbarge vy al l 4ying tbe Al l 4cav4¤ Rate to eacb 9ai4y va4¤nce, tbe intere/ t cbarge can a4 o ve ca4¤u4¤te9 vy mu4i4 4ying tbe Al l 4cav4¤ Rate vy tbe •a8erage 9ai4y va4¤nceKHBa4¤nce Suvject to 9itere/ t Rate( / bo) n on tbi/ / tatement, tben mu4il 4ying tbat / um vy tbe numver of 9ay/ in tbe vi44ng cyc4¤sMb get the •Ba4¤nce Suvject to 9itere/ t Rate( / bo) n on tbi/ / tatement ) e tawe tbe veginning va4¤nce of your account 4¤ny / um/ un9il ai9 finance cbarge/ eacb 9ay, a99 any ne) a98ance/ or 9evit/ , an9 / uvtract any l ayment/ or cre9it/ sMbi/ gi8e/ u/ tbe 9ai4y va4¤ncesMben ) e a99 a4¤tbe 9ai4y va4¤nce/ for tbe vi44ng cyc4¤ an9 9i8i9e vy tbe numver of 9ay/ in tbe vi44ng cyc4¤sMbi/ gi8e u/ tbe •a8erage 9ai4y va4¤nceK 9ai4 va4¤nce( 9uring tbe vi44ng cyc4¤sBa4¤nce Suvject to 9itere/ t Rate\$ Payment/ sPayment/ ty your o8er9raft l rotection 4¤an account ma9e tbrougb our te4¤r/ or 9el o/ ite9 at our automate9 te4¤r macbine/ KAMF / ( F on9ay tbrougb $ri9ay vefore tbe l o/ te9 cutEoff time ) i44ve l o/ te9 to your account on tbe 9ate tbey are accel te9sOtber) i/ e, tbey ) i44ve l o/ te9 on tbe ne\ vu/ ine/ / 9aysPayment/ ma9e tbrougb our AMF / 8ia a fun9/ tran/ fer ) i4¤ve l o/ te9 on tbe 9ate tbey are recei8e9 or on tbe ne\ vu/ ine/ / 9ay if ma9e after hl m TMK01 m F M for Arizona account/ an9 hl m PM for Ta4¤fornia account/ ( F on9ay tbrougb $ri9ay or anytime Satur9ay, Sun9ay or vanwbo49ay/ sBBVA Toml a/ / Banwvu/ ine/ / 9ay/ are F on9ay tbrougb $ri9ay, e\c4u9ing bo49ay/ s

## In Case of Errors or Questions About Your Statement

IO8er9raft Protection On4¤(

¢you tbinwyour / tatement ) rong, or if you nee9 more information avout a tran/ action on your / tatement, ) rite your i/ / ue on a / el arate 9ocument an9 / en9 it to Banwcar9 Tenter, PsOsBoV 2210, Cecatur, ANH7h55E0001sM44¤l bone inQuire/ may ve ma9e vy ca44ng your 4¤ca4BBVA Toml a/ / vrancb 4/ te9 on tbe front of tbi/ / tatement ( to l eave) itb a Tu/ tomer Ser8ice Rel re/ entati8esP4ea/ e note: a te44l bone inQuiry ) i4¤not l re/ er8e your rigbt/ un9er fe9era4 4¤) s. e mu/ t bear from you no 4¤ter tban / i\ty Kh0 ( 9ay/ after ) e / ent you tbe fir/ t / tatement on ) bicb tbe error or l rov4¤m al l eare9s

• M4u/ your name an9 account numver Kif any(s

• Ce/ crive tbe error or tbe tran/ fer you are un/ ure avout, an9 e\/ 4¤in a/ c4¤ar4y a/ you can ) by you ve4¤8e it i/ an error or ) bat you nee9 more informations

• M4u/ tbe 9o44¤r amount of tbe / u/ l ecte9 errors

\ ou can / tol tbe automatic 9e9uction of tbe F inimum Payment from you cbecwing account if you tbinwyour / tatement i/ ) rongsMbi/ tol tbe l ayment, your 4¤tter mu/ t reacb u/ tbree Kh( vu/ ine/ / 9ay/ vefore tbe automatic 9e9uction i/ / cbe9u4e9 to occurs

## Reporting Other Problems

P4ea/ e re8ie) your / tatement carefu44y s¢i/ e/ / entia4tbat any account error/ or any iml rol er tran/ action/ on your account ve rel orte9 to u/ al / oon a/ rea/ ona4¤y l o/ / iv4¤sIf you fai4to notify u/ of any l / l ecte9 l rov4¤m/ , error/ or unautborize9 tran/ action/ ) itbin tbe time l erio9/ l ecifie9 in tbe 9el o/ it account agreement, ) e are not 4¤ave to you for any 4o/ / re4¤te9 to tbe l rov4¤m, error or unautborize9 tran/ actions

BBVA Toml a/ / i/ a tra9e name of Toml a/ / Banw, a memver of tbe BBVA L rou s Toml a/ / Banw, F emver \$CG's

# EXHIBIT 152

Appx. 02557

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                    Date  1/30/15          Page    1
                                    Primary Account        ██████
                                    Enclosures


        Highland Capital Management LP
        300 Crescent Court Suite 700
        Dallas TX 75201


     NexBank's Privacy Policy is accessible at www.NexBank.com


   Checking Account/s

        Account Type:  Highland Capital Management LP

   Analysis Checking w/ Interest
   Account Number            ████████    Statement Dates   1/01/15 thru  2/01/15
   Last Statement Balance    ████████    Days in the statement period
      6 Deposits/Credits     ████████    Average Ledger          ████████
      2 Checks/Debits        ████████    Average Collected       ████████
   Service Charge            ████████    Interest Earned
   Interest Paid             ████████    Annual Percentage Yield Earned ████████
   This Statement Balance    ████████    2015 Interest Paid
   -----------------------------------------------------------------------

   Deposits and Additions
   Date     Description                              Amount
   ██████████████████████████████        ████████████████████
   ██████████████████████████            ████████████████████
   ██████████████████████████            ████████████████████
   ████████████████████████████          ████████████████████
   ████████████████████████████████████  ████████████████████
   ██████████████████████████████████    ████████████████████
   ████████████████████████              ████████████████████
   ██████████████████████████████████████████████████████████
   -----------------------------------------------------------------------
```

MEMBER FDIC                          NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                                each banking day will be credited as of that date.

CONFIDENTIAL                                                     D-HCRE-000063
                                                                **Appx. 02558**

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  1/30/15        Page    2
                                          Primary Account  ████████
                                          Enclosures
```

Analysis Checking w/ Interest        ████████   (Continued)

Checks and Withdrawals
Date     Description                          Amount
████████████████████████████████████████████

 1/26     wire request- Loan from HCMLP         1,500,000.00-
          approved by F. Waterhouse

--------------------------------------------------------------------

Daily Balance Information
Date     Balance      Date       Balance      Date       Balance
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

--------------------------------------------------------------------

                    Interest Rate Summary
                    Date            Rate
                    ████████████████████

End of Statement

---

MEMBER FDIC            NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

file:///C:/Users/JDonohue/Development Specialists, Inc/Highland Capital Management - Documents (1)/General/Legal/Demand Note Collections/2. Ba…    2/3

CONFIDENTIAL

D-HCRE-000064
Appx. 02559

5/18/2021         NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

| CHECKS WRITTEN BUT NOT PAID | |
|---|---|
| NUMBER | AMOUNT |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

---

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

---

**EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

---

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT**

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  (1) Tell us your name and account number (if any).
  (2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
  (3) Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

CONFIDENTIAL

D-HCRE-000065
**Appx. 02560**

# EXHIBIT 153

Appx. 02561

Compass e-Access                                                                    Page 1 of 6



ERD Report Filename - 7202015121002782.TXT
Batch # - 2015121002782
Printed on May 04, 2015 at 08:02 AM

[ CLOSE ]

1
+@ Primary Account: ▮▮▮▮▮▮▮
Page 1 of 10
Primary Account ▮
Beginning April 1, 2015 - Ending April 30, 2015

        HIGHLAND CAPITAL MANAGEMENT LP
        MASTER OPERATING ACCOUNT
        300 CRESCENT CT STE 700
        DALLAS TX 75201-7849

                                                          Contacting Us

                                              Phone: 1-800-266-7277

S u m m a r y   o f   A c c o u n t s

Deposit Accounts/Other Products

Account                          Account number          Ending balance      Ending balance
                                                         last statement      this statement
===========================================================================================

Total Deposit Accounts
1
+@ Primary Account: ▮▮▮▮▮▮
Page 2 of 10
Primary Account: ▮
Beginning April 1, 2015 - Ending April 30, 2015

T R E A S U R Y   M A N A G E M E N T   A N A L Y S I S   C H E C K I N G
Account Number: 0025876342 - HIGHLAND CAPITAL MANAGEMENT LP

Activity Summary
=================================================
Beginning Balance on 4/1/15
Deposits/Credits (33)
Withdrawals/Debits (189)

Ending Balance on 4/30/15

Deposits and Other Credits

Date*   Serial#   Description                              Deposits/
                                                           Credits
=================================================================

1
+@ Primary Account: ▮▮▮▮▮▮
Page 3 of 10
Primary Account: ▮▮▮▮▮
Beginning April 1, 2015 - Ending April 30, 2015

Deposits and Other Credits - continued

CONFIDENTIAL                                                         D-HCRE-000066

                                                                         **Appx. 02562**





Doughert

1
+⊛ Primary Account
Page 5 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/<br>Debits |
|-------|---------|-------------|------------------------|

4/2          OUT WT E-ACCESS REF  20150402F2QCZ60C002636 BNF HCRE          $1,500,000.00
             Partners, LLC

1
+⊛ Primary Account
Page 6 of 10
Primary Account
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

| Date* | Serial# | Description | Withdrawals/<br>Debits |
|-------|---------|-------------|------------------------|



+@ Primary Account:
Page 7 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                                      Withdrawals/
                                                                                         Debits

+@ Primary Account:
Page 8 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Withdrawals and Other Debits - continued

Date*    Serial#    Description                                                      Withdrawals/
                                                                                         Debits

Shawn Raver



*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|



+@ Primary Account:
Page 9 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 4/10 | 15325 | $271.03 | 4/14 | 15475* | $2,992.50 | 4/2 | 15484* | $1,900.50 |



CONFIDENTIAL                                                        D-HCRE-000070

Appx. 02566



```
1
+@ Primary Account:
Page 10 of 10
Primary Account:
Beginning April 1, 2015 - Ending April 30, 2015

Summary of Checks - continued

Date      Check#          Amount    Date      Check#          Amount    Date      Check#          Amount
=====================================    =====================================    =====================================
4/21      15624       $6,500.00    4/23      15625         $550.00    4/21      15626       $3,157.38
```

* Indicates break in check sequence

# EXHIBIT 154

Appx. 02568

Page 1 of 11
P6i a6ny AAocurt
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210                91

**BBVA** Compass

, 1    HIGHLy ND Cy PITy L MyNy GEMENT LP
       MySTER BPERy TING yCCBONT
       922 CRESCENT CT STE 022
       DyLLy S TU 03, 21-07X5

**Contacting Us**

y 8ar4F4e Fmvl oue , Xp0

Pl oue    1-722-, hh-0, 00

Bu4ue    FF8aAoi va/ /sAoi

. 6rre    : : Vly Coi va/ /
          Cc/ roi e6Se6BrAe
          PsBs: oV123hh
          : r6 rugl ai by L 93, 5h

## Sci i a6mof y AAocun/

### Deposit Accounts/ Other Products

| y AAocun | y AAocunuci Fe6 | Eudrug Fa4uAe 4a/ n/ rarei eun | Eudrug Fa4uAe rl r/ /rarei eun |
|---|---|---|---|
| ███████████████████ | ████████ | ██████ | ██████ |
| **Total Deposit Accounts** | | ██████ | ██████ |

CONFIDENTIAL                                                    D-HCRE-000080

**Appx. 02569**

**BBVA** Compass

# TREy SORx  My Ny GEMENT y Ny Lx SIS CHECYING

y AᴀᴏcunNci  Fe6⬛⬛⬛⬛⬛⬛ - HIGHLy ND Cy PITy L My Ny GEMENT LP

### Actil itf  muv v arf

| | |
|---|---|
| : eɡɾuuɾug : a4uAe ou 12pʃpѴ0 | ⬛⬛⬛⬛⬛ |
| Devo/ mⱼ pCੳ edmⱼ K3h( | ⬛⬛⬛⬛⬛ |
| . mⱼ d⬚a) a4 ⱼPeFmⱼ K77( | ⬛⬛⬛⬛⬛ |
| **y nding Salance on Eℬ/4E/E3** | ⬛⬛⬛⬛⬛0 |

## Deposits and Other Credits

| Dare " | Cl eAⱽp Seℬa4" | De/ A⬚vⁿou | | Devo/ mⱼ p Cੳ edmⱼ |
|---|---|---|---|---|
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ | | ⬛⬛⬛⬛ |
| ⬛⬛ | | ⬛⬛⬛⬛⬛⬛ ⬛⬛⬛⬛⬛ | | |

**BBVA** Compass

| Dane " | Cl eAvp Se6a4" | De/ A6vnou | | Devo/ ml p C6edm' |
|---|---|---|---|---|
| | | | | |

Page X of 11
Péï a6ny AAocurt ▮▮▮▮▮
: egruurug B AroFe61b, 210 - Eudrug B AroFe691b, 210          91

**BBVA** Compass

| Dare " | Cl eAvp Se6a4" | De/ A6vnou | Devo/ ml p C6edm' |
|---|---|---|---|

**BBVA Compass**



91



## 1 ithdra6 als and Other DeWts

Page h of 11
Pēi aēmy AAocurt
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210                   91

**BBVA** Compass



CONFIDENTIAL

Page 0 of 11
P6i a6ny AAocurt ▮▮▮▮▮
: egruurug BAᴦᴏFe61b, 210 - Eudrug BAᴦᴏFe691b, 210          91

**BBVA** Compass

| Dare " | Cl eAvp Se6a4" | De/ A6vᴦᴏou | | . ᴍi d6a) a4 p DeFᴍ/ |
|---|---|---|---|---|
| 12p̸, | | BOT . T E-y CCESS CSTREP REk , 210121, k, * C#h2C222hhh : Nk HCRE Pa6ue6' LLC | | $, ̸322̸222s22 |

CONFIDENTIAL

**BBVA** Compass



**BBVA Compass**



CONFIDENTIAL

Page 12 of 11
Pଶ଼ iaଶ଼my AAocurଶ଼ 
: egruurug BAroFe61b, 210 - Eudrug BAroFe691b, 210          91



P4ଶa/e uorebAeଶaru fee/ aud Al aଶge/ vo/ red ro roc6aAAocuni amଶ6ଶ4re ro / eଶ8ଶAe/ audpଶ6aArଶ8rrmf6bi ri e vଶ6o6/ rarei eunArnAes
" Tl e Dare vଶ6o8ଶded ti ri e Fc/ rue// damri anri e rଶau/ aArrou ti vଶ6oAe// eds

## ynd owSusiness Daf Salance muv v arf



## muv v arf owChecbs



* Indicates break in check sequence

CONFIDENTIAL

**BBVA** Compass

## k o6  to Salance Hour Account

mtep E  Y  Eure6a4Al eAw/ bdevo/ mí baud orí e6acroi ared re46
Aa6ð Ky TM( nðau/ aAnou/ ru m6oc66egrí re6

Y  ReAo6ð a44acroi ared dedcAmou/ bdeFmAa6ð
nðau/ aAnou/ aud e4eAróburÁ Fr4ívamí eurí s

Y  ReAo6ð aud dedcAn/ e6e4e Al aðge/ bAl eAvv4unnug
Al aðge/ bo6orí e6Fauwfee/ s

Y  If moc l a8e au rure6e/ nFea6ug aAAocurbadd aum
rure6e/ nea6ued / l o) u ou rl rí / narei eurs

mtep •  Y  If avv4Fa4Feb/ o6nAl eAw/ ru uci e6e4o6e8eaud i a6w
ru moc66egrí re6ea4l Al eAwo6orí e6nðau/ aAnou rl anr/
4/ red ou rl rí / narei eurs

mtep 4  Y  Lr/ naumdevo/ mí o6A6edmí moc6l a8e i ade rl ando uon
avvea6ou rl rí / narei eunK ee / vaAe v6o8rded Fe4) (s

mtep 0  Y  Lr/ naumAl eAw/ moc l a8e ) 6mreubdeFmAa6ð
nðau/ aAnou/ aud e4eAróburÁvamí eurí aud orí e6
dedcAmou/ rl ando uonavvea6ou rl rí / narei eunK ee
/ vaAe v6o8rded Fe4) (s

| Darep De/ Aêvnrou |  | yi ocun |
|---|---|---|
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
| Srev 9 Tora4 |  | q |

| Darep De/ Aêvnrou | Cl eAw" | yi ocun |
|---|---|---|
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
| Srev X Tora4 | $ | q |

## Salancing Hour Register to this ntatev ent

| mtep 5 | ZEure6rí e "Ac6êeunFa4uAe" / l o) u ou rl rí / narei eurun |  | q |
|---|---|---|---|
|  | Zy dd nora4f6oi  Srev 9 |  | q |
|  | ZScFrora4 |  | q |
|  | ZScFr6ðAnrora4f6oi  Srev X |  | q |
|  | ZTl rí Fa4uuAe / l o4í eQca4moc66egrí re6 Fa4uuAe |  | q |
|  | If mdoe/ uonag6eeb/ee / rev/ Fe4) | $ | q |

If moc6aAAocundoe/ uonFa4uAeb68re) rí e fo46) rugt
· Cl eAwa4nmoc6addmou aud / cFr6êAnou aFo8e ru mc66egrí re6s
· Mawe / cðe 6ei eí Fe6eð ro / cFr6êAn/ e6e4e Al aðge/ 4/ red ou
rl rí / narei eunaud add aumrure6e/ nea6ued ru moc66egrí re6s
· yi ocurí of devo/ mí aud ) rí rdða) a4í ou rí rí / narei eun/ I oc4í
i anAl moc66egrí re6eurðe/ s
· If moc l a8e Qce/ mou/ o6ueed a/ / rí muAebv4ea/ e 6efe6rl rí e vl oue
uci Fe6ou rí e 6fbunof rl rí / narei eurs

## Change owAddress

P4a/ e Aa44c/ anrí e re4vl oue uci Fe64í red ou rí e 6bunof rl rí /
narei eunno re44c/ aFocna Al auge of add6a/ / s

## ylectronic Transfers (for consumer accounts only)

lu Aa/ e of e66oð 66Qce/ nou/ aFocnnmc6E4êAn6urÁ T6au/ fe6í b) 6me no
: : Wy Coi va/ / : auwbEv48wuau/ Coi v4auAe Scvvo6bP4Bs: oV
123hhb: 6ð rugí aí byL 93, 5hsB6/í ví4nA4nmc64Aa4Ac/ roí e6
/ e68eAe uci Fe6v6ured ou rí e f6bunof rl rí / narei eursCa4o6) 6me a/
/ oou a/ moc Aaubrí moc rí ruwmoc6/ narei eun66eAervní ) 6bug o6rí
moc ueed i o6ê ru6o6 amou aFocna nðau/ fe6ou rí e / narei eun66
6eAenvrs. eí c/ rl ea6f6bi moc uo 4re6rí au h2 danrí afre6) / eun
rl e frð ní narei eunou ) I r4í rl e e66o6v6orF4i  avvea6eds

Z  Te44c/ moc6uai e aud aAAocunuci Fe6Kí aunts
Z  De/ A6Fe rí e e6ð6o6oí e nðau/ fe6mc aw cu/ cê6 aFocrbaud eW4aru a/ A6a6êna/ mc Aau
) I mmc Fe4e8e mrí au e6ð6o6o6) I annmc ueed i o6ê ru6o6  amous
Z  Te44c/ rí e do46a6ai ocunof rí e / c/ veAred e6ð6s

. eí r4ru8e/ ngare moc6Aoi v4êrunaud ) r4l4oêe8eAnaume6ð6v6oi vr4nslf) e nawe i o6ê rí au 12
Fc/ rue/ / danrí K 2 ou Aêrí / ou aAAocurí oveued e6/ rí au 92 6e4uda6danrí( ro do rl rí b) e) r41
A6edmnmc6aAAocunfo6rí e ai ocunnmc rí ruwrí narei eun/ r41 a8e rí e c/ e of rí e
i ouerndc8ug rí e mí e mnawe/ c/ no Aoi v4ere oc6u8e/ ngamous

"k o6Nou-Cou/ ci e6y AAocunAc/ roi e6y6vaoAe6mo moc6Ac66eunNou-Cou/ ci e6y AAocun
y g6êei eunfo6deran4í 66ga8ðrug E4êAnburÁ Akcud T6au/ fe6's

## Ol erdraw Protection

**Calculation ow-2nterest Charge and Salance mu₩ect to 2nterest Rates**Tl e rure6í / nAl aðge rí/
Aoi vcred c/ rug moc6auuca4ve6êeurage 6are d8rded Fm9h3 o6bru rí e Aa/ e of a 4aav mea6b9hhb
) l r4í  gí8e/ moc rí e •yvv4Fa4Fe Rares] y r4í ocgl ) e Aa4Camê rí e rure6e/ nAl aðge Fmavv4mug rí e
y vv4Fa4Fe Rare ro eaAl  danmFa4uAebrí e rure6e/ nAl aðge Aau a4o Fe Aa4Acared Fmí c4mv4mug
rí e yvv4Fa4Fe Rare Fmrí e •a8eðage danmFa4uAeK F4au4e ScFje/ Anro rure6í/ nRare( / l o) u ou rí
rí / narei aurbed au/ ci  rr/ danmuci Fe6of danrí ru rí e F4tug AnMesTl ei/ g6êe c/
• a4uAe ScFje4nro lure6b/ nRare( / l o) u ou rí / narei eunau4Aes Tl eu ) e add a44rí e danm
Fa4uuAe/ fo6rí e Fr4tug AnMe aud d8rde Fmrí e uci Fe6of danrí ru rí e Fr4tug AnMesTl rí/ g6êe c/
rí e •a8eðage danmFa4uAe( / l o) u ou rí / narei euna/ •a4uAe ScFje4nro lure6b/ nRare)s
Pami euri sPani euri ro moc6aAAocunou rí e dare rí ema8e aAevreds8rí e6) r4l4Fe
devo/ red anoc6acroi ared re46ði aAí rue/ Ky TM( / Moudamí 6bcgl  k8danmFe6o8e rí e vo/ red
Acnoff mí e ) r4lFe vo/ red ro moc6aAAocunou rí e dare rí ema8e aAevreds8rí e6) r4lFe
vo/ red ou rí e unFc/ rue/ / danmPani euri i ade rí 6bcgl  oc6y TM/ 8ta a fcud/ nðau/ fe6) r41Fe
vo/ red ou rí e dare rí ema8e 8e48ed o6ou rí e unrnFc/ rue/ / damrí i ade aFmacroi  CT Hvví  MT
fo6y 6tzoua aAocurí aud hví  PT fo6Ca4fo6ua aAocurí/ Moudamí 6bcgl  k8danmo6aumi e
Samc6damb5cudamo6Fauwl o4damís: : Wy Coi va/ / : auwFc/ rue/ / danrí a6e Moudamí 6bcgl
k8dante VA4cdrug l o4danís

## 2n Case owrrors or Questions AWout Hour ntatev ent

If moc rí ruwmoc6/ narei eunrí / 6bugbo6rí moc ueed i o6ê rufo6ð amou aFocna nðau/ aAnou ou moc6
/ narei eurb) 6me moc6í / ce ou a / eva8are doAci eunaud / eud mro : auw6adð Ceure6bP4Bs: oV
, , 12bDeAemdby L 93h55-2221s Te4vl oue ruQcð6e) i amFe i ade FmAa4êug moc66aAA: : Wy
Coi va/ / F8auAl 4f red ou rí e f6bunof rl rí / narei eunro / veaw) rí a Cc/ roi e6Se6êrÁe
Rev4e/ eurann8esP4a/ e uorer a re4vl oue ruQcð6m) r41úonv6e/ e88e moc6êbgl rí cu6b6b6e8e6a44a) s
. eí c/ rl ea6f6bi  moc uo 4re6rí au / Vmrí4t2( danrí afre6) e / eunmoc rí e frð ní narei eunou
) I r4í rl e e66o6v6orF4i  avvea6eds

· Te44c/ moc6uai e aud aAAocunuci Fe6Kí aunts
· De/ A6Fe rí e e6ð6o6oí e nðau/ fe6mc aw cu/ cê6 aFocrbaud eW4aru a/ A6a6êna/ mc Aau
) I mmc Fe4e8e mrí au e6ð6o6o6) I annmc ueed i o6ê ru6o6  amous
· Te44c/ rí e do46a6ai ocunof rí e / c/ veAred e6ð6s

x oc Aau/ rov rí e acroi  amÁdedcAmou of rí e Muri cí  Pami eunf6bi  moc Al eAwrug aAAocurnf
moc rí ruwmoc6/ narei eunrí / 6bugbo5 / rov rí e vami eurbnmoc6e46ncí c/ nðeaAl c/ rí 6ee l9(
Fc/ rue/ / danrí Fe6o8e rí e acroi  amÁdedcAmou rí/ Al edc4ed ro oAAc6s

## Reporting Other ProWev s

P4a/ e 6b9mí  moc6/ narei eunAa6fc4êrsInf/ e/ / euma4rí anauma AAocune6b6/ o6aumrí v6ove6
nðau/ aAnou/ ou moc66oe8eAce/ / moc6ueed ro c/ a/ / ou a/ 8a/ ou aF4mvo/ rí bi mí f6bi nmc fao6
uonfmc/ of acrí c/ veAred v6bF4i / 6e68o6  o6cuacrí oðzed nðau/ aAnou/ ) rí rul rí e re ve8od/
/ ve4Fred rí rí e devo/ maAocunag6êei eurb) ade uon4aF4e ro moc fo6aumrí c/ / 6e48ared rorí e
v6bF4i  6e8b6o6cuacrí oðzed nðau/ aAnous

: : Wy Coi va/ / rí a m6ade uai e of Coi va/ / : auwbai eí Fe6of rí e : : Wy G6bcvs
Coi va/ / : : auwbMei Fe6k DICs

# EXHIBIT 155

Appx. 02580

Page 1 of 6
Primary Account: █████████
Beginning Fctober 1, 201-  Edn9ing Fctober H1, 201-                    H1

**BBVA** Compass

21    I GI NADC TAPGWAN SADAL dS dDM NP
      SARMdO FPdOAMBL ATTFUDM
      H00 TOdRTdDM TM RMd 300
      CANNAR M7 3X201B3- 56

## Contacting Us

A8ai4b4 by vl one 25p8

Pl one    1E 00B2VVB233

Fn4ne     bb8acomvassxcom

K rite    BB/ A Tomvass
          Tustomer Rer8ice
          PxF xBo( 10XVV
          Birmingl am, AN HX26V

## hour BB/ A Tomvass Account.sW

P4ease see imvortant message regar9ing your
MOdARUOh S ADAL dS dDMADANh RGR TI dTYGBL
account

## Rummary of Accounts

### Deposit Accounts/ Other Products

| Account | Account number | dn9ing ba4ance 4ast statement | dn9ing ba4ance tl is statement |
|---|---|---|---|
| MOdARUOh S ADAL dS dDMADANh RGR TI dTYGBL | ████████ | ████████ | ████████ |
| **Total Deposit Accounts** | | ████████ | ████████ |

D-HCRE-000091
**Appx. 02581**

Page 2 of 6
Primary Account: ▮▮▮▮
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                      H1

**BBVA** Compass

# MOdARUOh SADALdSdDMADANhRRTIdTYL

Account Dumber: ▮▮▮▮  El G.I NADC TAPGANSADALdSdDMNP

## Account Information

K e l a8e uv9ate9 tl e Measury Sanagement Rer8ice AgreementxM ese terms an9
con9itions ) i4become effecti8e as of Do8ember HD, 201- x hou can fin9 a current 8ersion
of tl e agreement by going to:

l ttv:p) ) )bb8acomvassxcompcommercia4treasuryEmanagementresourceEcentra4p

M e user GC is wtreasurywan9 tl e vass) or9 is wmanagementxw

## Activity Summary

Beginning Ba4nce on 10pt pt-
Cevositsp Tre9its .22W
K itl 9ra) a4pCebits .1V3W
**Ending Balance on 10/31/18**

## Deposits and Other Credits



| Cate " | Tl ec"p Reria4$ | Cescrivtion | Cevositsp Tre9its |
|---|---|---|---|

Page H of 6
Primary Account: ████████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    Hf

**BBVA** Compass



| Cate ʼʼ | Tl ecʼʼp Reria4$ | Cescrivtion | Cevositsp Tre9its |
|---|---|---|---|

P4ease note, certain fees an9 cl arges voste9 to your account may re4te to ser8ices an9por acti8ity from tl e vrior statement cyc4x
ʼʼ M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## Withdrawals and Other Debits



| Cate ʼʼ | Tl ecʼʼp Reria4$ | Cescrivtion | K itl 9ra) a4p Cebits |
|---|---|---|---|
|  |  | 66665 |  |

D-HCRE-000093
Appx. 02583

Page 5 of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-               H1

**BBVA** Compass

| Cate " | Tl ec" p Reria4$ | Cescrivtion | K itl 9ra) a4p Cebits |
|---|---|---|---|

Page X of 6
Primary Account: ███████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                          H1

**BBVA** Compass

| Cate " | Tl ec" p Reria4$ | Cescrivtion | K itl 9ra) a4p Cebits |
|--------|------------------|-------------|----------------------|
| ██ | | ██████████████ | ██ |
| ██ | | ███████████ | ██ |
| ██ | | █████████████ | |
| ██ | | ███████████████ | |
| ██ | | █████████████ | |
| ██ | | █████████████ | ██ |
| ██ | | █████████████████ | ██ |
| ██ | | ██████████ | |
| ██ | | ██████████████ | |
| ██ | | ████████████ | |
| ██ | | ███████████████ | ██ |
| ██ | | ██████████████ | ██ |
| ██ | | █████████ | ██ |
| ██ | | ██████████ | ██ |
| ██ | | █████████████ | |
| ██ | | ██████████ | ██ |
| ██ | | ███████████████ | ██ |
| ██ | | ████████████████ | ██ |
| ██ | | ██████████████ | |
| 10pl X | | F UM. F ⑤L K ⑥d K pAC/ ⑥ d Odk | * 3X0,000X00 |
| | | 201- 101Xk2# T QV/0T 00HXV0 BDk I T Od Partners NNT | |
| ██ | | ██████████████ | ██ |
| ██ | | ██████████████ | ██ |
| ██ | | ██████████████ | ██ |
| ██ | | ██████████████ | ██ |
| ██ | | ███████████ | ██ |
| ██ | | ██████████████ | ██ |
| ██ | | ██████████ | ██ |
| ██ | | ████████████ | ██ |
| ██ | | ██████████ | ██ |

Page V of 6
Primary Account: █████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

Page 3 of 6
Primary Account: ████████
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                    H1

**BBVA** Compass

| Cate " | Tl ec"p Reria4$ | Cescrivtion | K itl 9ra) a4sp Cebits |
|--------|-----------------|-------------|------------------------|

Page - of 6
Primary Account: 
Beginning F ctober 1, 201-  Edn9ing F ctober H1, 201-                H1





P4ease note, certain fees an9 cl arges voste9 to your account may re4ate to ser8ices an9pr acti8ity from tl e vrior statement cyc4ex
" M e Cate vro8i9e9 is tl e business 9ay tl at tl e transaction is vrocesse9x

## End of Business Day Balance Summary



## Summary of Checks



* Indicates break in check sequence

**BBVA** Compass

## How to Balance Your Account

**Step 1** • dnter a4cl ec"s, 9evosits, an9 otl er automate9 te48r car9 .AMS Wtransactions in your registerx
• Oecor9 a4automate9 9e9uctions, 9ebit car9 transactions an9 e4ectronic bi4vaymentsx
• Oecor9 an9 9e9uct ser8ice cl arges, cl ec" vrinting cl arges, or otl er ban" feesx
• Gyou l a8e an interest bearing account, a99 any interest earne9 sl o) n on tl is statementx

**Step 2** • Gavv4cab4e, sort cl ec"s in numerica4or9er an9 mar" in your register eacl cl ec" or otl er transaction tl at is 4ste9 on tl is statementx

**Step 3** • Nst any 9evosits or cre9its your l a8e ma9e tl at 9o not avvear on tl is statement .see svace vro8i9e9 be4) W

**Step 4** • Nst any cl ec"s you l a8e ) ritten, 9ebit car9 transactions, e4ectronic vayments an9 otl er 9e9uctions tl at 9o not avvear on tl is statement .see svace vro8i9e9 be4) W

| Cate9 Oescrivtion | Amount |
|---|---|
|  | • |
|  | • |
|  | • |
|  | • |
|  | • |
| Rtev HMbta4 | • |

| Cate9 Oescrivtion | Tl ec" \$ | Amount |
|---|---|---|
|  |  | • |
|  |  | • |
|  |  | • |
|  |  | • |
|  |  | • |
| Rtev 5 Mbta4 | • | • |

## Balancing Your Register to this Statement

| Step 5 | qdnter tl e vcurrent ba4ncewsl o) n on tl is statement |  |
|---|---|---|
|  | qA99 tota4 from Rtev H | • |
|  | qRubtota4 | • |
|  | qRubtract tota4 from Rtev 5 | • |
|  | qM is ba4ance sl ou49 eZua4 your register ba4ance | • |
|  | Git 9oes not agree, see stevs be4) | * • |

Gyour account 9oes not ba4ance, re8ie) tl e fo4o) ing:
- Tl ec" a4 4your a99ition an9 subtraction abo8e in your registerx
- Sa"e sure you remember9 to subtract ser8ice cl arges 4ste9 on tl is statement an9 a99 any interest earne9 to your register
- Amounts of 9evosits an9 ) itl 9ra) a4s on tl is statement sl ou49 matcl your register entriesx
- Gyou l a8e Zuestions or nee9 assistance, v4ease refer to tl e vl one number on tl e front of tl is statementx

### Change of Address
P4ease ca44us at tl e te4evl one number 4ste9 on tl e front of tl is statement to te44us about a cl ange of a99ressx

### Electronic Transfers *(for consumer accounts only)*
G case of errors or Zuestions about your e4ectronic Mransfers, ) rite to BB/ A Tomvass Ban", F versions Tomv4ance Ruvvort, P>F xBo(10XVV, Birming am, AN HX26VxF r simv4y ca44your 4ca4customer ser8ice number vrinte9 on tl e front of tl is statementxTa48or ) rite as soon as you can, if you tl in" your statement or receivt is ) rong or if you nee9 more information about a transfer on tl e statement or receivtxK e must l ear from you no 4ter tl an V0 9ays after ) e sent tl e first statement on ) l icl tl e error or vrob4em avveare9x

- Q Me44us your name an9 account number .if anyW
- Q Cescribe tl e error or tl e transfer you are unsure about, an9 e(v4ain as c4ear4y as you can ) l y you be4ie8e it is an error or ) l y you nee9 more informationx
- Q Me44us tl e 9o44ar amount of tl e susvecte9 errorx

K e ) i44in8estigate your comv4aint an9 ) i44correct any error vromvt4yx(Si) e take" more tl an 10 business 9ays .20 on c4aims on accounts ovene9 4ess tl an H0 ca4en9ar 9aysWto 9o tl is, ) e ) i44cre9it your account for tl e amount you tl in" is in error, so tl at you ) i44l a8e tl e use of tl e money 9uring tl e time it ta"es us to comv4ete our in8estigationx

"kor DonE Consumer Account customers, v4ease refer to your current DonE Consumer Account Agreement for 9etai4s regar9ing e4ectronic kun9 Mransfersx

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate**xM e interest cl arge is comvute9 using your annua4vercentage rate 9i8i9e9 by H/X or, in tl e case of a 4eav year, H/V, ) l icl gi8es you tl e (Avv4cab4e Oate)x A44 roug4 ) e ca4cu4te tl e interest cl arge by avv4ying tl e Avv4cab4e Oate to eacl 9ai4y ba4ance, tl e interest cl arge can a4so be ca4cu4te9 by mu4tiv4ying tl e Avv4cab4e Oate by tl e (a8erage 9ai4y ba4ance). Ba4ance Rubact to Gnterest OateV44sl o) n on tl is statement, in mu4tiv4ying it an y number of 9ays in tl e bi44ing cyc4exMb get tl e )Ba4ance Rubact to Gnterest Oate( sl o) n on tl is statement ) na"e tl e beginning ba4ance of your account 4ess any unvai9 finance cl arges eacl 9ay, a99 any ne) a98ances or 9ebits, an9 subtract any vayments or cre9itsxM is gi8es us tl e 9ai4y ba4ancexM en ) e a99 a44tl e 9ai4y ba4ances for tl e bi44ing cyc4e an9 9i8i9e by tl e number of 9ays in tl e bi44ing cyc4exM is gi8e us tl e (a8erage 9ai4y ba4ance) sl o) n on tl e statement as )Ba4ance Rubact to Gnterest Oate(x Paymentx Payments to your o8er9raft vrotection 4ban account ma9e tl roug4 our te44ers or 9evosite9 at our automate9 te44er macl ines .AMS sW Son9ay tl roug4 kri9ay before tl e voste9 cutEoff time ) i44be voste9 to your account on tl e 9ate tl ey are accevte9xF tl er) ise, tl ey ) i44be voste9 on tl e ne(t business 9ayxPayments ma9e tl roug4 our AMS s 8ia a fun9s transfer ) i44be voste9 on tl e 9ate tl ey are recei8e9 or on tl e ne(t business 9ay if ma9e after Vvm T.M. Vvm S M for Ari" ona accounts an9 Vvm PMfor Ta4fornia accountsVS on9ay tl roug4 kri9ay or anytime Ratur9ay, Run9ay or ban" l o49aysxBB/ A Tomvass Ban" business 9ays are S on9ay tl roug4 kri9ay, e( c4u9ing l o49aysx

### In Case of Errors or Questions About Your Statement
.F 8er9raft Protection F n4yW
Gyou tl in" your statement is ) rong, or if you nee9 more information about a transaction on your statement, ) rite your issue on a sevarate 9ocument an9 sen9 it to Ban" car9 T enter, P>F xBo(2210, Cecatur, AN HXV66E001xMv4ev1 one inZuires may be ma9e by ca44ng your 4bca4BB/ A Tomvass brancl 4ste9 on tl e front of tl is statement to svea" ) itl a Tustomer Rer8ice OevresentativexTease note: a te4ev1 one inZuiry ) i44not vreser8e your rigl ts un9er tl e 4av9era44aw) x K e must l ear from you no 4ter tl an si(ty .V0W9ays after ) e sent you tl e first statement on ) l icl tl e error or vrob4em avveare9x

- Me44us your name an9 account number .if anyW
- Cescribe tl e error or tl e transfer you are unsure about, an9 e(v4ain as c4ear4y as you can ) l y you be4ie8e it is an error or ) l at you nee9 more informationx
- Me44us tl e 9o44ar amount of tl e susvecte9 errorx

hou can stov tl e automatic 9e9uction of tl e S inimum Payment from your cl ec" ing account if you tl in" your statement is ) rongxMb stov tl e vayment, your 4etter must reacl us tl ree .HW business 9ays before tl e automatic 9e9uction is scl e9u4e9 to occurx

### Reporting Other Problems
P4ease re8ie) your statement carefu44yxGis essentia4tl at any account errors or any imvrover transactions on your account be revorte9 to us as soon as reasonab4y vossib4exGyou fai4to notify us of any susvecte9 vrob4ems, errors or unaut1 ori"e9 transactions) itl in tl e time verio9s svecifie9 in tl e 9evosit account agreement, ) e are not 4iab4e to you for any 4oss re4ate9 to tl e vrob4em, error or unaut1 ori"e9 transactionx

BB/ A Tomvass is a tra9e name of Tomvass Ban", a member of tl e BB/ A L rouvx Tomvass Ban", S ember kCGTx

# EXHIBIT 156

Appx. 02590

Page 1 of 6
Primary Account: ▉▉▉▉▉
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -



01    GlNGDACT MAPLSAD RACAN9R9CS DP
      RAFS9O UP9OASLCN AMMU3CS
      I - - MO9FM9CS MS FS9 7- -
      TADDAF SX 750- 1d768E

### Contacting Us

A4aina, ve , y bl one 08p̃

Pl one    1d6- - d0hhd7077

Unvine    , , 4au/ ascom

.  rite    BBWA
          Mu/ tomer Fer4ice
          PsUsBoV1- 5hh
          Birmingl am2ADI 50Eh

## Fummary of Account/

### Deposit Accounts/ Other Products

| Account | Account num, er | 9nHng , avance va/ t / tatement | 9nHng , avance tl i/ / tatement |
|---|---|---|---|
| SO9AF3 Ox  RACAN9R9CS ACADx FlF MG9 MYlCN | ▉▉▉▉▉ | ▉▉▉▉ | ▉▉▉▉ |
| **Total Deposit Accounts** | | ▉▉▉▉ | ▉▉▉▉ |

CONFIDENTIAL

Page 0 of 6
Primary Account: 
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -

**BBVA**

# SO9 AF3 Ox  R ACAN9 R 9CS ACADx FLF MG9 MYLCN

Account Cum, er:      dGINGDACT MAPLSAD R ACAN9 R 9CS DP

## Activity Summary

| | |
|---|---|
| Beginning Bavance on EpfpfE | ▬▬▬ |
| Tebo/ it/ pMreHt/ K0- ( | ▬▬▬ |
| . itl Hra) av pTe, it/ K180( | ▬▬▬ |
| **Ending Balance on 9/30/19** | ▬▬ |

## Deposits and Other Credits



Page I of 6
Primary Account: 

Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                    I -



| Tate " | MI ecwp Feriav" | Te/ cribtion | Tebo/ it/ p MreHt/ |
|---|---|---|---|



Pvea/ e note2certain fee/ anHcl arge/ bo/ teHto your account may revate to / er4ice/ anHpor acti4ity from tl e brior / tatement cyc\ves
" SI e Tate bro4iHeHi/ tl e , u/ ine/ / Hay tl at tl e tran/ action i/ broce/ / eHs

## Withdrawals and Other Debits

| Tate " | MI ecwp Feriav" | Te/ cribtion | . itl Hra) aV p Te, it/ |
|---|---|---|---|



Page 8 of 6
Primary Account:
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E                I -





CONFIDENTIAL

Page 5 of 6
Primary Account: ██████████
Beginning Febtem, er 120- 1 E d9nHng Febtem, er I - 20- 1 E          I -





Page h of 6
Primary Account: ██████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E          I -









Pvea/ e note2certain fee/ anHcl arge/ bo/ teHto your account may revate to / er4ice/ anHpr acti4ity from tl e brior / tatement cyc√es
" Sl e Tate bro4iHoHi/ tl e , u/ ine// Hay tl at tl e tran/ action i/ broce/ / eHs

## End of Business Day Balance Summary



## Summary of Checks



*Indicates break in check sequence*

Page 6 of 6
Primary Account: ████████
Beginning Febtem, er 120- 1E d9nHng Febtem, er I - 20- 1E



## How to Balance Your Account

**Step 1**
- 9nter awcl ecw/ 2Hebo/ it/ 2anHotl er automateHtewer carrHKASR ( tran/ action/ in your regi/ ters
- OecorHawautomatel HHbHuction/ 2He, it carH tran/ action/ anHvectronic, iwbayment/ s
- OecorHanHHbHuct/ er/ 4ioc cl arge/ 2cl ecwbrinting cl arge/ 2or otl er / anwfee/ s
- If you I a4e an intere/ t, earing account2aHHany intere/ t earneH/ I o) n on tl i/ / tatements

**Step 2**
- If abbivca, w2/ ort cl ecw/ in numericavorHer anHmarw in your regi/ ter eacl cl ecwor otl er tran/ action tl at i/ w/ teHon tl i/ / tatements

**Step 3**
- D/ t any Hebo/ it/ or creHt/ your I a4e maHe tl at Hb not abbear on tl i/ / tatement Kee / bace bro4iHeH, evo) (s

**Step 4**
- D/ t any cl ecw/ you I a4e ) ritten2He, it carH tran/ action/ 2evectronic bayment/ anHotl er HeHuction/ tl at Hb not abbear on tl i/ / tatement Kee / bace bro4iHeH, evo) (s

| Tatep Te/ cribtion | Amount |
|---|---|
|  | q |
|  | q |
|  | q |
|  | q |
|  | q |
| Fteb I Sotav | # q |

| Tatep Te/ cribtion | Mi ecw" | Amount |
|---|---|---|
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
|  |  | q |
| Fteb 8 Sotav | # | q |

## Balancing Your Register to this Statement

**Step 5**

| | |
|---|---|
| Z9nter tl e "current, avance" / I o) n on tl i/ / tatement |  |
| ZAHHtotavfrom Fteb I | q |
| ZFu, totav | q |
| ZFu, tract totavfrom Fteb 8 | q |
| ZSI i/, avance / I ounHeQuavyour regi/ ter, avance | q |
| If it Hbe/ not agree2ee / teb/, evo) | # q |

If your account Hbe/ not, avance2re4ie) it fo eno) ing):
- Mi ecwavyour aHHition anH/ u, traction a, o4e in your regi/ ters
- Rawe / ure you remem, ereHto / u, tract / er4ice cl arge/ w/ teHon tl i/ / tatement anHaHHany intere/ t earneHto your regi/ ter
- Amount/ of Hebo/ it/ anH) itl Hra) av/ on tl i/ / tatement / I ounH matcl your regi/ ter entrie/ s
- If you I a4e Que/ tion/ or neeHa/ / i/ tance2bea/ e refer to tl e bl one num, er on tl e front of tl i/ / tatements

## Change of Address

Pea/ e cawu/ at tl e tewebl one num, er w/ teHon tl e front of tl i/ / tatement to tewu/ a, out a cl ange of aHHre/ / s

**Electronic Transfers** *(for consumer accounts only)*

In ca/ e of error/ or Que/ tion/ a, out your 9vectronic Sran/ fer/ 2) rite to BBWA2Ub eration/ Membrane Fubbort2PsUsBoV1- 5hh2 Birmingl am2AD1 50EhsUr / imbw cawyour vocavcu/ tomer / er4ice num, er brinteHon tl e front of tl i/ / tatementsMawor ) rite a/ / oon a/ you can2if you tl inwyour / tatement or receibt i/ ) rong or if you neeH more information a, out a tran/ fer on tl e / tatement or receibts. e mu/ t I ear from you no vater tl an Hb- Hay/ after ) e / entyou tl e fir/ t / tatement on ) I icl tl e error or bro, vem abbeareHs
- Sewu/ your name anHaccount num, er Kif any(s
- Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHe\vbvain a/ c\vearwy a/ you can ) I y you, e\ve4e it I/ an error or ) I y you neeHmore informations
- Sewu/ tl e Hbvar amount of tl e / becteHerrors

. e ) iwin4e/ tigate your com\vbvaint anH) iw correct any error brom\vtwysI.) e tawe more tl an 1- , u/ ine/ / Hay/ K0- on cvaim/ on account/ obeneHve/ / tl an I - cavenHar Hay/ ( to Hb tl i/ 2) e ) iw creHt your account for tl e amount you tl inw\i/ in error2 / o tl at you ) iwl a4e tl e u/ e of tl e money Huring tl e time it tawe/ u/ / to combvete our in4e/ tigations

"$or CondMon/ umer Account cu/ tomer/ 2bea/ e refer to your current CondMon/ umer Account Agreement for Hetaiv/ regarHng 9vectronic $unHSran/ fer/ s

## Overdraft Protection

**Calculation of Interest Charge and Balance Subject to Interest Rates**SI e intere/ t cl arge i/ combuteHu/ ing your annuavbercentage rate H4iHbH, y I h5 or2in tl e ca/ e of a weab year2I hh2 ) I icl gi4e/ you tl e •Abbivca, ve Oate\ Antl ougl ) e cavcuvate tl e intere/ t cl arge, y abbywing tl e Abbivca, ve Oate to eacl Haiw, avance2tl e intere/ t cl arge can av o, e cavcuvateH, y mu\vtibwing tl e Abbivca, ve Oate , y tl e •a4erage Haiw, avance\Hbavance Fu, ject to Intere/ t Oate( / I o) n on tl i/ / tatement2tl en mu\vtibwing tl at / um, y tl e num, er of Hay/ in tl e, iwing cycve\So get tl e •Bavance Fu, ject to Intere/ t Oate( / I o) n on tl i/ / tatement ) e tawe tl e, eginning, avance of your account \e/ / any unbaiHfinance cl arge/ eacl Hay2aHHany ne) aHHance/ or He, it/ 2anH / u, tract any bayment/ or creHt/ sSI i/ gi4e/ u/ tl e Haiw, avancesSI en ) e aHHawtl e Haiw, avance/ for tl e, iwing cycve anHH4iHe, y tl e num, er of Hay/ in tl e, iwing cycvesSI i/ gi4e u/ tl e •a4erage Haiw, avance\Hbavance Fu, ject to Intere/ t Oate\s Payment/ sPayment/ to your o4erHaft brotection voan account maHe tl rougl our tewer / Hebo/ iteHat our automateHtewer macl ine/ HASR / ( RonHay tl rougl $riHay, efore tl e bo/ teH cutoff time ) iw, e bo/ teHto your account on tl e Hate tl ey are accebteHsUtl er( ) e/ 2tl ey ) ni, e bo/ teHon tl e ne\vt , u/ ine/ / HaysPayment/ maHe tl rougl our ASR / 4ia a funH/ tran/ fer) iw, e bo/ teHon tl e Hate tl ey are recei4eHon / ore ne\vt , u/ ine/ / Hay/ if maHe after bm MS Htbm RS for Arizona account/ anHHbm PS for Mavifornia account/ ( RonHay tl rougl $riHay or anytime FaturHay2FunHay or , anwl ovi Hay/ sBBWA, u/ ine/ / Hay/ are RonHay tl rougl $riHay2e\vcvuHng I ovi Hay/ s

## In Case of Errors or Questions About Your Statement KU4erHraft Protection Unw(

If you tl inwyour / tatement i/ ) rong2or if you neeHmore information a, out a tran/ action on your / tatement2) rite your i/ / ue on a / ebarate Hbcument anH enHit to BanwcarHMenter2PsUsBoV 001- 2Tecatur2AD1 5hEEd- - 1sSewebl one inQuire/ may , e maHe, , y cawing your vocavBBWA , ranci w/ teHon tl e front of tl i/ / tatement to ) beaw) itl a Mu/ tomer Fer4ice Oebre/ entati4es Pea/ e note: a tewebl one inQuiry ) iw not bre/ er4e your rigl t/ unHer tl e Herava\ s. e mu/ t I ear from you no vater tl an i Mty Hb- ( Hay/ after ) e / entyou tl e fir/ t / tatement on ) I icl tl e error or bro, vem abbeareHs
- Sewu/ your name anHaccount num, er Kif any(s
- Te/ cri, e tl e error or tl e tran/ fer you are un/ ure a, out2anHe\vbvain a/ c\vearwy a/ you can ) I y you, e\ve4e it I/ an error or ) I at you neeHmore informations
- Sewu/ tl e Hbvar amount of tl e / becteHerrors

x ou can / tob tl e automatic HeHuction of tl e R inimum Payment from your cl ecwing account if you tl inwyour / tatement i/ ) rongsSo / tob tl e bayment2your vetter mu/ t reacl u/ tl ree K ( , u/ ine/ / Hay/ , efore tl e automatic HeHuction i/ / cl eHuveHto occurs

## Reporting Other Problems

Pea/ e re4ie) your / tatement carefuwysIt i/ e/ / entiavtl at any account error/ or any imbrober tran/ action/ on your account , e reborteHto u/ a/ / oon a/ bo/ / i, ve2 wu/ i vesIf you faivto notify u/ of any u/ becteHbro, vem/ 2error/ or unautl orizeHtran/ action/ ) itl in tl e time berioH/ / becifieHin tl e Hebo/ it account agreement2 e are not va, ve to you for any vo/ / revateHto tl e bro, vem2error or unautl orizeHtran/ actions

BBWA anHBBWA Momba/ / are trasHe name/ of BBWA 3 FA2a mem, er of tl e BBWA Nroubs BBWA 3 FA2Rem, er $TLMs

# EXHIBIT 157

Appx. 02599

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date  8/29/14          Page    1
                                    Primary Account        ██████
                                    Enclosures
```

```
            Highland Capital Management LP
            300 Crescent Court Suite 700
            Dallas TX 75201
```

```
        Checking Account/s

            Account Type:  Highland Capital Management LP

        Analysis Checking w/ Interest
        Account Number        ████████    Statement Dates   8/01/14 thru  9/01/14
        Last Statement Balance ████████    Days in the statement period    ████
             14 Deposits/Credits  ████████  Average Ledger            ████████
              4 Checks/Debits     ████████  Average Collected         ████████
        Service Charge          ████████    Interest Earned           ████████
        Interest Paid           ████████    Annual Percentage Yield Earned  ████████
        This Statement Balance  ████████    2014 Interest Paid        ████████

        -----------------------------------------------------------------------

        Deposits and Additions
        Date    Description                      Amount
```



MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

CONFIDENTIAL                                                              D-NNL-029156
                                                                         **Appx. 02600**

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  8/29/14          Page    2
                                          Primary Account        ████████
                                          Enclosures
```

```
        Analysis Checking w/ Interest    ████████  (Continued)

        Deposits and Additions
        Date     Description                         Amount
        ████████████████████████████████████████████████
        ██████████████████                  ████████████
        ████████████████████████            ████████████
        █████████████████████               ████████████
        ███████████████████████████         ████████████

        ------------------------------------------------------------

        Checks and Withdrawals
        Date     Description                         Amount
        ████████████████████████████████████████████████

         8/21    IB Transfer from D ****130 to    4,000,000.00-
                 D ****171

        ████████████████████████████████████████████████
        ██████████████████                  ████████████
        ████████████████████████            ████████████

        ------------------------------------------------------------

        Daily Balance Information
        Date        Balance        Date      Balance      Date      Balance
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████
        ████████████████████████████████████████████████████████

        ------------------------------------------------------------

                     Interest Rate Summary
                   Date              Rate
                   ██████████████████████
```



MEMBER FDIC                        NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                     Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                     each banking day will be credited as of that date.

CONFIDENTIAL                                              D-NNL-029157

                                                         **Appx. 02601**

5/18/2021                                         NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                            Date  8/29/14        Page    3
                                            Primary Account
                                            Enclosures           ████████


        Analysis Checking w/ Interest          ████████     (Continued)

        End of Statement

MEMBER FDIC               NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
          Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
          each banking day will be credited as of that date.

CONFIDENTIAL                                    D-NNL-029158

                                                          **Appx. 02602**

5/18/2021                                                    NexBank SSB

| OUTSTANDING CHECKS | | | RECONCILIATION INSTRUCTIONS |

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|--------|--------|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

Enter bank balance from statement

Add deposits not credited by bank (if any)

TOTAL

| Total of Checks not paid | | Subtract total of checks not paid | | |

**THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->**

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

## EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is
an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL                                    D-NNL-029159

**Appx. 02603**

# EXHIBIT 158

Appx. 02604

# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 1 of 7 |

**MARKET INDICES**

Index

HIGHLAND CAPITAL MANAGEMENT LP
300 CRESCENT COURT
SUITE 700
DALLAS TX 75201-7849

**ACCOUNT VALUE SUMMARY**

| Description | As of 09/30/14 | This Period |

| Subtotal | | |
| Margin | | |
| **TOTAL** | | |

**DIVIDENDS, INTEREST, AND TAX ACTIVITY SUMMARY**

| Description | This Statement | Year to Date |

| **TOTAL INCOME** | | |

| **TOTAL EXPENSES** | | |

THIS SUMMARY IS FOR INFORMATIONAL PURPOSES ONLY. IT IS NOT INTENDED AS A TAX DOCUMENT.
THIS STATEMENT SHOULD BE RETAINED FOR YOUR RECORDS.

CONFIDENTIAL

D-NNL-029160

**Appx. 02605**

| Customer Account Number: ███████ | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 2 of 7 |

Please review this statement carefully. If it does not reflect your understanding of your transactions or balances, or there are any errors or omissions on this statement, promptly notify Jefferies LLC ("Jefferies") by calling 201-761-7610. Any oral communications should be re-confirmed in writing to further protect your rights, including those under the Securities Investors Protection Act (SIPA). All written inquiries and re-confirmations should be addressed to Jefferies LLC Attn: Customer Reporting Group, 101 Hudson Street, 11th Floor, Jersey City, NJ 07302-3915.

- You may have received a confirmation for a trade that does not appear on this statement. If the statement date of the trade as shown on the confirmation is later than the closing date of this statement (as shown above), that trade will appear on your next regular monthly statement.
- Transactions appearing on this statement may include those, if any, that have been executed by an affiliated broker-dealer but cleared through this account. Please check your confirmations to identify such transactions.
- If you are subject to 1099 reporting requirements, we are required by law to report to the Internal Revenue Service ("IRS") all gross proceeds of sales transactions (including short sales), cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest and interest earned on credit balances. Your Consolidated Form 1099 rather than your monthly statements is the authoritative document for tax reporting purposes and is used to report information to the IRS.
- If this statement is for a margin account and we maintain a special miscellaneous account for you, this statement is a combined statement of your general account and the special miscellaneous account maintained for you under section 4(f)(6) of Regulation T, issued by the Board of Governors of the Federal Reserve System. As required by Regulation T, the permanent record of the special miscellaneous account is available for your inspection upon request.
- A free credit balance represents funds payable upon demand, which although properly accounted for on Jefferies books are not segregated and may be used in the conduct of Jefferies business. Jefferies offers to routinely transfer ("sweep") your free credit balance into a money market fund at your election. The balance in such fund may be liquidated pursuant to your order and the proceeds returned to your securities account to be held as a free credit balance or remitted to you.
- The prices of securities displayed on your statement are derived from various sources and in some cases may be higher or lower than the price that you would actually receive in the market. Although we attempt to use reliable sources of information, we do not guarantee the accuracy of any securities prices.
- If this statement contains month-end valuations for Direct Participation Programs or Real Estate Investment Trusts, such values may be estimated, and obtained from pricing services or from the issuer in its annual report. If this statement does not contain month-end valuations for such instruments, it may be because accurate valuation information is not available. Please note that such securities are often illiquid and any estimated value may not be realized upon sale. The actual value of such instruments will most likely be different from the original purchase price.
- Jefferies is a member of the Securities Investor Protection Corporation ("SIPC") SIPC currently protects the securities and cash in your account up to $500,000 of which $250,000 may be in cash. Jefferies has secured additional protection of up to $24,500,000 per account with an aggregate limit of $100,000,000 for all accounts. Neither the SIPC nor the additional coverage protects against the market risks associated with investing. Positions that are held are not in the custody or control of Jefferies nor are they covered by SIPC or the additional protection secured by Jefferies.
- In order to assist us in maintaining current background and financial information concerning our customers, we request that you promptly advise us in writing of any material change in your investment objectives or financial situation.
- Jefferies' Financial Statements are available for your personal inspection at any of Jefferies' offices, at the regional office of the Securities and Exchange Commission in New York or a copy will be mailed to you upon your written request. A most recent copy of the Audited and Unaudited Consolidated Statement of Financial Condition of Jefferies can be found by visiting the firm's website at www.jefferies.com and go to Investor Relations or call 1-888-JEFFERIES.
- Information with respect to commission and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your account executive.

- Exercise assignment notices for option contracts are allocated among client short positions pursuant to a procedure that randomly selects those contracts which are subject to exercise from among all client short option positions, including positions established on the day of the assignment. All short positions are subject to assignment at any time. A more detailed description of our random allocation procedure is available upon written request.
- In the event there has been any change in your investment objective(s), financial situation and/or risk tolerance, please contact your Account Executive.
- Call features shown on any fixed income security indicate the next regularly scheduled call date and price. Your holdings may be subject to other redemption features, including sinking funds, extraordinary calls or other call provisions. Unrealized gains and losses on bonds, if shown, have been adjusted to account for the accretion of original issue discount, the amortization of premium, and/or the accretion of market discount. For foreign bonds, amounts shown are denominated in the currency of the issue, price is a function of exchange rate and market price, market value is denominated in U.S. dollars, and changes in the exchange rate will affect the face value in U.S. dollars and market value.
- With respect to estimated yield figures shown, such as Estimated Annual Interest and Estimated Yield be advised that: (i) they are estimates, not actual amounts scheduled to be paid; (ii) for certain types of securities the amounts shown could include a return of principal or capital gains, in which case those estimated figures would be overstated; and (iii) the actual income and yield paid might be lower or higher than the estimated amounts. Estimated Yield reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate.
- Market Linked Investments ("MLIs") are buy and hold investments and are valued at par to reflect 100% principal protection in the investment currency at maturity. MLIs denominated in a currency other than U.S. dollars may be marked to market to reflect changes in the par value of the MLI in U.S. dollar terms.
- Please preserve this statement as it will be helpful in preparing your income tax returns and may be needed along with subsequent statements to verify activity in your account.
- For purposes of computing interest payable by you, balances in all types of accounts (except short, DVP and other) are combined. Credit balances, where applicable, are subtracted from debit balances in determining the daily debit balance, but only to the extent such credit balances do not exceed such debit balances.
- Short accounts are marked-to-the-market. Excess funds are credited to, and deficiencies of funds are debited from, the margin account.
- Interest charged on debit balances (and the applicable interest rate) will appear as a line item in the activity section for those accounts that incurred interest charges during any statement period. This statement should be retained and used in conjunction with the prior and next statement received to determine the amount of interest charged for each interest computation period. Interest will be charged on an average daily net debit balance computed on the basis of a 360-day year. For further information on how to compute interest, refer to the "Truth in Lending Statement". Interest in all months, except for December, is computed two days prior to the last business day of the current month through two days prior to the last business day of the following month and will be processed in your account (debited or credited) one day prior to the last business day of each month. In December, interest will accrue through December 31st and will be processed on the last business day of the calendar year.
- For purposes of any interest earned with respect to credit balances in your account, your statement will display an aggregate credit amount based on your net average daily free credit balance beginning with the day the credit balance begins and for each day during the period displayed.

JEF Rev 2/2014 S1032B06

CONFIDENTIAL

D-NNL-029161

Appx. 02606



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300

SiPC

| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 3 of 7 |
|---|---|---|---|

## BUY SELL TRANSACTIONS

Credit ratings are subjective opinions and not statements of fact and should not be relied on as investment advice. S&P shall not be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, legal fees, or losses (including lost income or profits and opportunity costs or losses caused by negligence) in connection with any use of credit ratings.

| Date | Transaction | Account Type | Quantity | Description | Price | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| **TOTAL BUY SELL TRANSACTIONS:** | | | | | | **$65,203.60** | |

## INCOME AND DISTRIBUTION ACTIVITY

| Date | Transaction | Account Type | Quantity | Description | Rate | Debit | Amount Credit |
|---|---|---|---|---|---|---|---|
| 10/1 | WIRE | MARGIN | | FUNDS WIRE<br>NEXBANK SSB<br>NEXPOINT ADVISORS LP<br>REF# B1Q8154C009052 | | $6,000,000.00 | |

| **TOTAL INCOME AND DISTRIBUTION ACTIVITY:** | | | | | | | |



Customer Account Number: ▆▆▆ AE: PB2    Statement Period: October 01, 2014 to October 31, 2014    PAGE 4 of 7

**OTHER ACTIVITY**

| Date | Transaction | Account Type | Quantity | Description | Debit | Amount Credit |
|------|-------------|--------------|----------|-------------|-------|---------------|

**TOTAL OTHER ACTIVITY:** $4,908.89

**PORTFOLIO SUMMARY**

Bond ratings are provided by Moody s and Standard & Poor s, respectively.  For more information about bond ratings please contact your financial advisor. Estimated figures shown are estimates and actual yield and income may differ.

**EQUITIES - LONG POSITIONS: 85.00% of Portfolio**

| Account Type | Quantity | Description | Symbol/ Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|--------------|----------|-------------|---------------|---------------|--------------|-------------------------|-----------------|

CONFIDENTIAL

D-NNL-029163

**Appx. 02608**



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
tel 212.284.2300

SIPC

| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 5 of 7 |
|---|---|---|---|

## EQUITIES - LONG POSITIONS (Continued)

| Account Type | Quantity | Description | Symbol/Cusip | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

**MARKET VALUE OF EQUITIES - LONG POSITIONS**

## CORPORATE BONDS

| Account Type | Quantity | Description | Bond Ratings | Current Price | Market Value | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|

**MARKET VALUE OF CORPORATE BONDS**

D-NNL-029164
Appx. 02609



# Jefferies

**Jefferies LLC**
520 Madison Avenue, 12th Floor
New York, New York 10022-4213
*tel* 212.284.2300



| Customer Account Number: | AE: PB2 | Statement Period: October 01, 2014 to October 31, 2014 | PAGE 7 of 7 |
|---|---|---|---|

Customer Notice

## IMPORTANT NOTICE

► In accordance with the requirements of the Securities and Exchange Commission (the "Commission") clients may obtain a free copy of the Unaudited Consolidated Statement of Financial Condition of Jefferies LLC as of May 31, 2014 by visiting our website at http://investor-relations.jefferies.com/GenPage.aspx?IID=102756&GKP=207790 or by calling 1-888-JEFFERIES.  The Statement of Financial Condition is also available for your personal inspection at Jefferies' principal office at 520 Madison Avenue, New York, NY 10022 or at the regional office of the Securities and Exchange Commission in New York.

Jefferies is subject to the Commission's Uniform Net Capital Rule (the "Rule"), which specifies minimum net capital requirements. Jefferies computes net capital under the alternative method of the rule, which requires the Company to maintain net capital of not less than the greater of $1,500,000 or 2% of aggregate debit balances (primarily receivables from customer transactions). Compliance with the Rule could limit operations of Jefferies, such as underwriting and trading activities that require the use of significant amounts of capital, and may also restrict loans, advances, dividends and other payments by Jefferies. As of May 31, 2014, Jefferies' net capital was $1,090,453,000 which was 33% of aggregate debit balances and $1,016,424,000 in excess of required net capital.

*** END OF STATEMENT ***

CONFIDENTIAL

D-NNL-029166

**Appx. 02611**

# EXHIBIT 159

5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                  Date 11/28/14          Page    1
                                  Primary Account        ████████
                                  Enclosures


           Highland Capital Management LP
           300 Crescent Court Suite 700
           Dallas TX 75201


      NexBank's Privacy Policy is accessible at www.NexBank.com


   Checking Account/s

          Account Type:  Highland Capital Management LP

   Analysis Checking w/ Interest
   Account Number          █████████  Statement Dates  11/03/14 thru 11/30/14
   Last Statement Balance  █████████  Days in the statement period    ████
       8 Deposits/Credits  █████████  Average Ledger
       6 Checks/Debits     █████████  Average Collected
   Service Charge          ████████   Interest Earned
   Interest Paid           ████████   Annual Percentage Yield Earned  █████
   This Statement Balance  █████████  2014 Interest Paid

   --------------------------------------------------------------------

   Deposits and Additions
   Date     Description                          Amount
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ██████████████████████████████████████████
   ████████████████████████████████████████████████
   ██████████████████████████████████████
   ████████████████████████████████████████████████
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                 Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                 each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029167

                                                               Appx. 02613

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 11/28/14        Page   2
                                        Primary Account
                                        Enclosures          ████████


          Analysis Checking w/ Interest      ████████    (Continued)

          --------------------------------------------------------------

          Checks and Withdrawals
          Date    Description                      Amount
          11/14   IB Transfer from D ****130 to   2,500,000.00-
                  D ****171
```



```
          --------------------------------------------------------------

          Daily Balance Information
          Date       Balance    Date      Balance    Date      Balance


          --------------------------------------------------------------

                     Interest Rate Summary
                  Date            Rate


          End of Statement
```

MEMBER FDIC                NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029168

**Appx. 02614**

5/18/2021 NexBank SSB

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

CHECKS WRITTEN BUT NOT PAID

| NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | | | | |
|---|---|---|---|---|
| | | Enter bank balance from statement | | |
| | | Add deposits not credited by bank (if any) | | |
| | | TOTAL | | |
| Total of Checks not paid | | Subtract total of checks not paid | | |
| **THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE->** | | | | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**
**Notice: The Annual Percentage Rate and Daily Periodic Rate may vary.**

### EXPLANATION OF BALANCE ON WHICH THE INTEREST CHARGE IS COMPUTED

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances/fees, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at:
**NexBank**
2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
You may also contact us on the Web: www.nexbank.com
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar Amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 972.934.4700 or Write us at NexBank, 2515 McKinney Avenue, 11th Floor, Dallas, Texas 75201 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
(1) Tell us your name and account number (if any).
(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

CONFIDENTIAL

D-NNL-029169

Appx. 02615

# EXHIBIT 160

Appx. 02616









| 1/29 | | OUT WT E-ACCESS REF  20150129F2QCZ60C001505 BNF NexPoint<br>Advisors | $3,100,000.00 |
|---|---|---|---|

$10,000.00

*The Date provided is the business day that the transaction is processed.

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.

End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|

+8 Primary Account:
Page 7 of 7
Primary Account:
Beginning January 1, 2015 - Ending January 31, 2015

Summary of Checks

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/16 | 14386 | $2,304.00 | 1/26 | 14959* | $13.83 | 1/6 | 15110* | $40.00 |

* Indicates break in check sequence

# EXHIBIT 161

Appx. 02621

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                          Date  7/31/15        Page    2
                                          Primary Account    ████████
                                          Enclosures


          Analysis Checking w/ Interest    ██████  (Continued)

          Checks and Withdrawals
          Date     Description                         Amount
           7/22    IB Transfer from D ****130 to     1,250,000.00-
                   D ****171
          ████████████████████████████████████████████████████
          ████████████████████████████████████████████████████
          ████████████████████████████████████████████████████
          ----------------------------------------------------------------


          Daily Balance Information
          Date       Balance      Date      Balance     Date     Balance
          ████████████████████████████████████████████████████████████
          ████████████████████████████████████████████████████████████
          ----------------------------------------------------------------

                             Interest Rate Summary
                         Date              Rate
                         ████████████████████████████


          End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029171

                                                              Appx. 02622

5/18/2021                                        NexBank SSB

                                              

2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com

```
                                        Date  8/31/15          Page    2
                                        Primary Account
                                        Enclosures
```

```
        Analysis Checking w/ Interest        ███████     (Continued)

        ------------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                         Amount
        ██████████████████████████████████████████████████████████

         8/18     IB Transfer from D ****130 to       1,500,000.00-
                  D ****171
        ██████████████████████████████████████████████████████████


        ------------------------------------------------------------------

        Daily Balance Information
        Date          Balance      Date      Balance      Date      Balance
        ██████████████████████████████████████████████████████████████████


        ------------------------------------------------------------------

                        Interest Rate Summary
                        Date              Rate
                        ██████████████████████████████

        End of Statement
```

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                  Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                  each banking day will be credited as of that date.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2015/2015 HCMLP Bank Statements/NexBank MM 130/08-15 - NexBank MM 130.html          2/3

CONFIDENTIAL                                                        D-NNL-029172

                                                                   **Appx. 02623**

Page 5 of 7
Primary Account ████████████
Beginning October 1, 2015 - Ending October 31, 2015          31


**BBVA** Compass

| Date * | Check/<br>Serial # | Description | Withdrawals/<br>Debits |
|---|---|---|---|



| 10/22 | | OUT WT E-ACCESS REF  20151022F2QCZ60C000688<br>BNF NexPoint Advisors, | $200,000.00 |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

## End of Business Day Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|



5/18/2021                                          NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                      Date 11/30/15        Page    2
                                      Primary Account
                                      Enclosures            ▮▮▮▮▮▮▮


        Analysis Checking w/ Interest    ▮▮▮▮▮▮   (Continued)

        ---------------------------------------------------------------

        Checks and Withdrawals
        Date      Description                      Amount

        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        11/23    IB Transfer from D ****130 to      325,000.00-
                 D ****171
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


        ---------------------------------------------------------------

        Daily Balance Information
        Date         Balance      Date      Balance     Date      Balance
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


        ---------------------------------------------------------------

                        Interest Rate Summary
                     Date            Rate
                     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        End of Statement
```



---

MEMBER FDIC               NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

CONFIDENTIAL                                                      D-NNL-029174

                                                                 Appx. 02625

5/18/2021                                              NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 12/31/15        Page    2
                                        Primary Account      ███████
                                        Enclosures
```

Analysis Checking w/ Interest        ███████  (Continued)

Deposits and Additions
Date     Description                             Amount
███████████████████████████████████████████████

--------------------------------------------------------------------

Checks and Withdrawals
Date     Description                             Amount
12/02    IB Transfer from D ****130 to        500,000.00-
         D ****171

███████████████████████████████████████████████████████

--------------------------------------------------------------------

Daily Balance Information
Date        Balance      Date      Balance      Date      Balance
████████████████████████████████████████████████████████████

MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
         Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
         each banking day will be credited as of that date.

CONFIDENTIAL                                              D-NNL-029175
                                                         Appx. 02626

Page 6 of 9
Primary Account: ▮▮▮▮▮▮
Beginning December 1, 2015 - Ending December 31, 2015          31

**BBVA** Compass

| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|



| 12/22 | | OUT WT E-ACCESS REF  20151222F2QCZ60C003170 BNF NexPoint Advisors, | $150,000.00 |

CONFIDENTIAL

D-NNL-029176

**Appx. 02627**

Page 7 of 11
Primary Account: ███████████
Beginning January 1, 2016 - Ending January 31, 2016          31

**BBVA** Compass



| Date * | Check/Serial # | Description | Withdrawals/Debits |
|--------|----------------|-------------|--------------------|
| 1/15 | | OUT WT E-ACCESS REF  20160115F2QCZ60C001287 BNF NexPoint Advisors, | $325,000.00 |

CONFIDENTIAL

5/18/2021                                                NexBank SSB



**2515 McKinney Avenue, 11th Floor**
**Dallas, Texas 75201**
**972.934.4700**
**www.NexBank.com**





```
                                              Date   2/29/16          Page    2
                                              Primary Account
                                              Enclosures
```

Analysis Checking w/ Interest          [redacted]    (Continued)

Deposits and Additions
Date      Description                                    Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                                    Amount



```
  2/18     IB Transfer from D ****130 to          600,000.00-
           D ****171
```

---

MEMBER FDIC                   NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
               Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
               each banking day will be credited as of that date.

CONFIDENTIAL                                                                    D-NNL-029178
                                                                        Appx. 02629

5/18/2021                                      NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                   Date   3/31/16        Page    2
                                   Primary Account
                                   Enclosures
```

Analysis Checking w/ Interest     ▮▮▮▮▮      (Continued)

Deposits and Additions
Date      Description                          Amount



--------------------------------------------------------------------------------

Checks and Withdrawals
Date      Description                          Amount



```
   3/15    IB Transfer from D ****130 to       325,000.00-
           D ****171
   3/29    IB Transfer from D ****130 to       425,000.00-
           D ****171
```

MEMBER FDIC               NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                each banking day will be credited as of that date.

CONFIDENTIAL                                                  D-NNL-029179
                                                              Appx. 02630

5/18/2021                                                NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com




```
                                    Date  4/29/16        Page     2
                                    Primary Account
                                    Enclosures
```

Analysis Checking w/ Interest        ▆▆▆▆▆     (Continued)

Deposits and Additions
Date      Description                              Amount



--------------------------------------------------------------

Checks and Withdrawals
Date      Description                              Amount

    4/22    IB Transfer from D ****130 to         475,000.00-
            D ****171

--------------------------------------------------------------

Daily Balance Information
Date          Balance       Date        Balance      Date       Balance

MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
            Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
            each banking day will be credited as of that date.

CONFIDENTIAL                                                D-NNL-029180

                                                            Appx. 02631

5/18/2021                                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



                                              Date  5/31/16          Page    2
                                              Primary Account
                                              Enclosures

            Analysis Checking w/ Interest                    (Continued)

            Deposits and Additions
            Date      Description                         Amount

            ------------------------------------------------------------------

            Checks and Withdrawals
            Date      Description                         Amount

             5/25     IB Transfer from D ****130 to          425,000.00-
                      D ****171

            ------------------------------------------------------------------

            Daily Balance Information
            Date          Balance      Date      Balance    Date      Balance

            ------------------------------------------------------------------

                            Interest Rate Summary
                         Date            Rate

            End of Statement

---

MEMBER FDIC                    NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
                   Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
                   each banking day will be credited as of that date.

CONFIDENTIAL                                                    D-NNL-029181

                                                                          Appx. 02632

5/18/2021 NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com



```
                                        Date  6/30/16        Page    2
                                        Primary Account
                                        Enclosures        ▓▓▓▓▓▓
```

Analysis Checking w/ Interest      ▓▓▓▓▓▓      (Continued)

Deposits and Additions
Date      Description                           Amount

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

----------------------------------------------------------------

Checks and Withdrawals
Date      Description                           Amount

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

6/15      IB Transfer from D ****130 to         675,000.00-
          D ****171

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

----------------------------------------------------------------

Daily Balance Information
Date        Balance      Date      Balance      Date      Balance
```



MEMBER FDIC                 NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
           Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
           each banking day will be credited as of that date.

CONFIDENTIAL                                                D-NNL-029182

**Appx. 02633**

5/18/2021                                            NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date  7/29/16        Page    2
                                        Primary Account
                                        Enclosures          ████████
```

```
        Analysis Checking w/ Interest    ████████    (Continued)

        Deposits and Additions
        Date    Description                          Amount
```



```
        --------------------------------------------------------------------

        Checks and Withdrawals
        Date    Description                          Amount
```



```
        7/18    IB Transfer from D ****130 to        100,000.00-
                D ****171
```



MEMBER FDIC              NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

CONFIDENTIAL                                              D-NNL-029183
                                                          **Appx. 02634**

5/18/2021                                    NexBank SSB



2515 McKinney Avenue, 11th Floor
Dallas, Texas 75201
972.934.4700
www.NexBank.com





```
                                        Date 11/30/16          Page    2
                                        Primary Account        ▉▉▉▉▉▉
                                        Enclosures


       Analysis Checking w/ Interest    ▉▉▉▉▉▉    (Continued)

       --------------------------------------------------------------------

       Checks and Withdrawals
       Date     Description                            Amount
       11/21    IB Transfer from D ****130 to          500,000.00-
                D ****171

       --------------------------------------------------------------------

       Daily Balance Information
       Date        Balance       Date       Balance    Date      Balance
```



```
                            Interest Rate Summary
                            Date          Rate


       End of Statement
```

MEMBER FDIC                  NOTICE: SEE LAST PAGE FOR IMPORTANT INFORMATION
              Payments received at the address indicated on this statement by 3:00 pm. Central Standard Time
              each banking day will be credited as of that date.

file:///G:/Accounting/Secured/1. HCMLP/1. Audit/Audit 2016/2016 HCMLP Bank Statements/NexBank MM 130/11-16 HCM MM NexBank 130.html        2/3

Page 8 of 13
Primary Account
Beginning May 1, 2017 - Ending May 31, 2017          31



| Date * | Check/ Serial # | Description | Withdrawals/ Debits |
|--------|-----------------|-------------|---------------------|
| 5/11 | | OUT WT E-ACCESS CSTREP REF 20170511F2QCZ60C002038 BNF NexPoint Advisors | $4,200,000.00 |

CONFIDENTIAL

# EXHIBIT 162

**PACHULSKI STANG ZIEHL & JONES LLP**

146276

| RHL | | ROBERT HALF LEGAL | | 6/15/2021 |
|---|---|---|---|---|
| 0122935C | 6/15/2021 | CLIENT COSTS - 36027.002 | 500-04 | 187.50 |
| 0123564C | 6/15/2021 | CLIENT COSTS - 30627.002 | 500-04 | 1,762.50 |

**Check Amount:** $1,950.00

SUPERIOR PRESS (888) 590-7998 J84219631

HIGHLY CONFIDENTIAL

 **Robert Half**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 05/06/2021 |
| Invoice Number: | 0122935C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 04/30/2021 | Morris,John A | Sr. Attorney | 2.50 | HRS | REG | $ 75.00 | $ | 187.50 |
| | Subtotal: | | | | 2.50 | HRS | | | $ | 187.50 |

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 187.50 |
| TOTAL AMOUNT DUE: | | $ | 187.50 |

ACC PAC ADVISED

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.
Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

 **Robert Half**®

| Page: | 1 |
|---|---|
| Invoice Date: | 05/20/2021 |
| Invoice Number: | 0123564C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

## Duplicate

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 05/07/2021 | Morris,John A | Sr. Attorney | 8.75 | HRS | REG | $ | 75.00 | $ 656.25 |
| 2 | Crane,Geoffrey J | 05/14/2021 | Morris,John A | Sr. Attorney | 14.75 | HRS | REG | $ | 75.00 | $ 1,106.25 |
| | Subtotal: | | | | 23.50 | HRS | | | | $ 1,762.50 |

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 1,762.50 |
| **TOTAL AMOUNT DUE:** | $ | 1,762.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

D-CNL003823

**Appx. 02640**

# EXHIBIT 163

Appx. 02641

**PACHULSKI STANG ZIEHL & JONES LLP**

146345

| RHL | | ROBERT HALF LEGAL | | 6/24/2021 |
| --- | --- | --- | --- | --- |
| 0126707C | 6/24/2021 | CLIENT COSTS - 36027.002 | 500-04 | 937.50 |

**Check Amount:** $937.50

SUPERIOR PRESS (888) 590-7998 JB4219631

HIGHLY CONFIDENTIAL

 **rh Robert Half**®

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 06/17/2021 |
| Invoice Number: | 0126707C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 06/11/2021 | Morris,John A | Sr. Attorney | 12.50 | HRS | REG | $ | 75.00 | $ 937.50 |
| | Subtotal: | | | | 12.50 | HRS | | | | $ 937.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 937.50 |
| **TOTAL AMOUNT DUE:** | $ | 937.50 |

We provide timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0126707C | $ 937.50 |

00000002445092012670 7C000937503

# EXHIBIT 164

Appx. 02644

**PACHULSKI STANG ZIEHL & JONES LLP**

146534

| | | | | | |
|---|---|---|---|---|---|
| | RHL | | ROBERT HALF LEGAL | | 7/13/2021 |
| 0127289C | | 7/13/2021 | CLIENT COSTS - 36027.002 | 500-02 | 6,000.00 |

Check Amount: $6,000.00

SUPERIOR PRESS (888) 590-7998 J84219631

HIGHLY CONFIDENTIAL

 **Robert Half**®

Page: 1
Invoice Date: 07/01/2021
Invoice Number: 0127289C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
 John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|-----|-----|--|-----------|--|--------|
| 1 | Crane,Geoffrey J | 06/18/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| 2 | Crane,Geoffrey J | 06/25/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | | $ | 6,000.00 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

ACC PAC ADVISED

| Invoice Subtotal: | $ | 6,000.00 |
|-------------------|---|----------|
| **TOTAL AMOUNT DUE:** | $ | 6,000.00 |

We provide you timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

HIGHLY CONFIDENTIAL

D-CNL003827

Appx. 02646

# EXHIBIT 165

**PACHULSKI STANG ZIEHL & JONES LLP**

146596

| RHL | | ROBERT HALF LEGAL | | 7/20/2021 | |
| 0128616C | 7/20/2021 | CLIENT COSTS - 36027.002 | 500-04 | | 5,062.50 |

Check Amount: $5,062.50

SUPERIOR PRESS (888) 590-7998 J84219631

HIGHLY CONFIDENTIAL


**Robert Half**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 07/15/2021 |
| Invoice Number: | 0128616C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 07/02/2021 | Morris,John A | Sr. Attorney | 27.50 | HRS REG | $ | 75.00 | $ | 2,062.50 |
| 2 | Crane,Geoffrey J | 07/09/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 67.50 | HRS | | | $ | 5,062.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| **Invoice Subtotal:** | $ | 5,062.50 |
| **TOTAL AMOUNT DUE:** | $ | 5,062.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

# EXHIBIT 166

Appx. 02650

**PACHULSKI STANG ZIEHL & JONES LLP**

146925

| | RHL | | ROBERT HALF LEGAL | | 8/25/2021 | |
|---|---|---|---|---|---|---|
| 0132912C | | 8/25/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 3,243.75 |

Check Amount: $3,243.75

SUPERIOR PRESS  (888) 590-7998  JB4219631

D-CNL003830

Appx. 02651

 **Robert Half**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 08/19/2021 |
| Invoice Number: | 0132912C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 08/06/2021 | Morris,John A | Sr. Attorney | 37.50 | HRS REG | $ | 75.00 | $ | 2,812.50 |
| 2 | Crane,Geoffrey J | 08/13/2021 | Morris,John A | Sr. Attorney | 5.75 | HRS REG | $ | 75.00 | $ | 431.25 |
| | Subtotal: | | | | 43.25 | HRS | | | $ | 3,243.75 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 3,243.75 |
| **TOTAL AMOUNT DUE:** | $ | 3,243.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

# EXHIBIT 167

Appx. 02653

**PACHULSKI STANG ZIEHL & JONES LLP**

147165

RHL                    ROBERT HALF LEGAL                                    9/22/2021

0136354C          9/22/2021              CLIENT COSTS - 36027.003          500-03                    3,693.75

Check Amount:          $3,693.75

SUPERIOR PRESS  (888) 590-7998  J84219631

 **Robert Half**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 09/16/2021 |
| Invoice Number: | 0136354C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

**Personal & Confidential**
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 09/03/2021 | Morris,John A | Sr. Attorney | 32.50 | HRS REG | $ | 75.00 | $ | 2,437.50 |
| 2 | Crane,Geoffrey J | 09/10/2021 | Morris,John A | Sr. Attorney | 16.75 | HRS REG | $ | 75.00 | $ | 1,256.25 |
| | Subtotal: | | | | 49.25 | HRS | | | $ | 3,693.75 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | | |
|---|---|---|---|
| Invoice Subtotal: | | $ | 3,693.75 |
| **TOTAL AMOUNT DUE:** | | $ | 3,693.75 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

D-CNL003833

Appx. 02655

# EXHIBIT 168

Appx. 02656

**PACHULSKI STANG ZIEHL & JONES LLP**

147320

| | RHL | | ROBERT HALF LEGAL | | 10/8/2021 | |
|---|---|---|---|---|---|---|
| O134543C | | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 5,737.50 |
| O138413C | | 10/7/2021 | CLIENT COSTS - 36027.003 | 500-04 | | 6,000.00 |

Check Amount:     $11,737.50

SUPERIOR PRESS (888) 590-7998   J84219631

D-CNL003834

**Appx. 02657**

 **Robert Half**

| | |
|---|---|
| Page: | 1 |
| Invoice Date: | 09/02/2021 |
| Invoice Number: | 0134543C |
| Customer Number: | 002445092 |
| Fed Tax ID: | 94-1648752 |

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
 John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:**https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crane,Geoffrey J | 08/20/2021 | Morris,John A | Sr. Attorney | 36.50 | HRS REG | $ | 75.00 | $ | 2,737.50 |
| 2 | Crane,Geoffrey J | 08/27/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS REG | $ | 75.00 | $ | 3,000.00 |
| | Subtotal: | | | | 76.50 | HRS | | | $ | 5,737.50 |

**Project/Engagement: Highland/Pachulski Discovery Assistance**

| | | |
|---|---|---|
| Invoice Subtotal: | $ | 5,737.50 |
| **TOTAL AMOUNT DUE:** | $ | 5,737.50 |

We provide more timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|---|---|---|
| 00000002445092 | 0134543C | $ 5,737.50 |

00000002445092013454 3C005737504

HIGHLY CONFIDENTIAL

D-CNL003835
**Appx. 02658**

 **Robert Half**®

Page: 1
Invoice Date: 09/30/2021
Invoice Number: 0138413C
Customer Number: 002445092
Fed Tax ID: 94-1648752

**Labor Invoice – DUE UPON RECEIPT**

Personal & Confidential
John A Morris
HIGHLAND CAPITAL MANAGEMENT
Suite 700
300 Crescent Court
Dallas TX 75201

**Please Remit To:**
Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

**Pay Online:** https://www.roberthalf.com/pay

| Line | Employee Name | Wk End Dt | "Report-To" Supervisor | Description | Qty | UOM | | Bill Rate | | Amount |
|------|---------------|-----------|------------------------|-------------|-----|-----|-----|-----------|-----|--------|
| 1 | Crane,Geoffrey J | 09/17/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS | REG | $ | 75.00 | $ 3,000.00 |
| 2 | Crane,Geoffrey J | 09/24/2021 | Morris,John A | Sr. Attorney | 40.00 | HRS | REG | $ | 75.00 | $ 3,000.00 |
| | Subtotal: | | | | 80.00 | HRS | | | | $ 6,000.00 |

Project/Engagement: Highland/Pachulski Discovery Assistance

| | | |
|---|---|---|
| Invoice Subtotal: | | $ 6,000.00 |
| **TOTAL AMOUNT DUE:** | | $ 6,000.00 |

We provide you timely and accurate information to the business community by sharing our accounts receivable information with National Credit Reporting Agencies.

Any questions regarding this invoice, please call or email:
(800) 356-1994 / inquiries.srm@roberthalf.com

Please detach and return this remittance stub with your payment.

## Thank you for choosing Robert Half Legal!

Robert Half Legal
P.O. BOX 743295
Los Angeles CA 90074-3295

| Customer Number | Invoice Number | Total Amount |
|-----------------|----------------|--------------|
| 00000002445092 | 0138413C | $ 6,000.00 |

0000000244509201384l3C006000009

# EXHIBIT 169

Appx. 02660

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX 75201

December 31, 2020
Invoice    126769
Client     36027
Matter     00002
**JNP**

RE: Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  12/31/2020



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   21
Invoice 126769
December 31, 2020



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██ | ██ | BL | ██████████ | ██ | ██ | ██ |
| 12/05/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 2.20 | 895.00 | $1,969.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    22
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 12/07/2020 | IDK | BL | E-mails with G Glazer on status of Stern issues re demand note litigation vs Dondero related entities. | 0.10 | 1145.00 | $114.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    24

Invoice 126769

December 31, 2020

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | |  | | | |
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 5.50 | 895.00 | $4,922.50 |
| 12/07/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 4.30 | 895.00 | $3,848.50 |

D-CNL000982

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:   26
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2020 | GIG | BL | Research re bankruptcy court jurisdiction over note claims | 1.20 | 895.00 | $1,074.00 |
| 12/08/2020 | GIG | BL | Prepare memo re jurisdiction issue | 6.90 | 895.00 | $6,175.50 |
| 12/08/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |
| 12/09/2020 | IDK | BL | ██████ Attend conference call with J. Pomerantz, others, on ██████ , demand note upcoming litigation, ██████ | 1.30 | 1145.00 | $1,488.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:     31
Invoice 126769
December 31, 2020

|  | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 12/10/2020 | GIG | BL | Emails Ira D. Kharasch re jurisdiction memo | 0.10 | 895.00 | $89.50 |

D-CNL000984

Appx. 02666

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 33
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | BL | | | | |
| 12/11/2020 | GIG | BL | Emails with Gregory V. Demo re jurisdiction question, review memo re same | 0.20 | 895.00 | $179.00 |
| 12/11/2020 | GVD | BL | Review research re bankruptcy jurisdiction | 0.30 | 825.00 | $247.50 |

D-CNL000985

Appx. 02667

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 40

Invoice 126769

December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| 12/15/2020 | BEL | BL | Telephone conference with John A. Morris regarding complaint regarding demand notes. | 0.20 | 825.00 | $165.00 |
| 12/15/2020 | BEL | BL | Review demand notes. | 0.50 | 825.00 | $412.50 |
| | ▮▮▮ | ▮▮ | ▮ | ▮ | ▮ | ▮ |
| | ▮▮▮ | | BL | | ▮ | ▮ | ▮ |
| 12/15/2020 | JAM | BL | | 9.20 | 1075.00 | $9,890.00 |

telephone conference with B. Levine re: collection actions on demand notes (0.1);

D-CNL000986

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    43
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 12/16/2020 | BEL | BL | Review notes and draft complaint. | 3.70 | 825.00 | $3,052.50 |

D-CNL000987

Appx. 02669

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    46
Invoice 126769
December 31, 2020

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | ); review/revise complaint against Dondero for breach of demand notes (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, B. Levine re: complaint against Dondero (0.1). | | | |
| 12/20/2020 | HRW | BL | Draft HarbourVest 9019 motion (9.9). | 9.90 | 625.00 | $6,187.50 |
| 12/21/2020 | JNP | BL | Review draft complaint against Dondero for demand notes. | 0.10 | 1075.00 | $107.50 |
| 12/21/2020 | JAM | BL | Telephone conference with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: , demand notes, ); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: complaint against Dondero (demand notes) (0.1). | | 1075.00 | |

D-CNL000988

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 54
Invoice 126769
December 31, 2020



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/27/2020 | GVD | BL | Review and revise complaint re demand notes | 0.50 | 825.00 | $412.50 |

D-CNL000989

Appx. 02671

# EXHIBIT 170

Appx. 02672

## Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

January 31, 2021
Invoice    127125
Client     36027
Matter     00002
**JNP**

RE:   Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   01/31/2021



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 24
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| 01/07/2021 | JAM | BL | | 12.10 | 1245.00 | $15,064.50 |

e-mail to M. Clemente, P.
Montgomery, J. Pomerantz, G. Demo re: complaint
against defaulting demand note parties (0.2);

D-CNL000996

Appx. 02674

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    26
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



01/09/2021    IDK    BL                    Attend conference call with internal team on , prosecution of demand notes,

D-CNL000997

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    27
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/10/2021 | IDK | BL | E-mails with K Brown re overseeing demand note complaints and related litigation (.2). | 0.20 | 1325.00 | $265.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    28
Invoice 127125
January 31, 2021

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | | | | | | |
| 01/11/2021 | IDK | BL | Telephone conference and e-mails with K Brown re prosecuting demand notes vs Dondero (.2). | 0.20 | 1325.00 | $265.00 |
| 01/11/2021 | IDK | BL | E-mails with B Levine re demand notes and need to commence actions and prior draft of complaint (.2); E-mails with local counsel re same re writs of attachment for same (.3). | 0.50 | 1325.00 | $662.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2021 | IDK | BL | E-mails with K Brown, H Winograd re getting complaints filed on demand notes and logistics (.2). | 0.20 | 1325.00 | $265.00 |



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 31
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/12/2021 | KHB | BL | Emails with I. Kharasch and Hayley R. Winograd re complaints on promissory notes and writs of attachment. | 0.20 | 1225.00 | $245.00 |
| 01/12/2021 | GVD | BL | Correspondence with PSZJ litigation team re demand letters | 0.20 | 950.00 | $190.00 |
| 01/12/2021 | HRW | BL | | 8.60 | 695.00 | $5,977.00 |

D-CNL001001

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 32

Invoice 127125

January 31, 2021

|  | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| 01/13/2021 | IDK | BL | E-mails with K Brown, others re legal issues, including Stern, turnover, on draft complaint vs Dondero entities on notes, and prior memo on Stern vs Marshall (.4). | 0.40 | 1325.00 | $530.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

| 01/13/2021 | KHB | BL | Review complaint and demand letters re promissory notes (.4); consider jurisdictional and Stern issues and emails to Hayley Winpograd (HG) and Greg Demo (GD) re same (.4); review authorities re jurisdictional and Stern issues (.5); conference call with HG and GD re complaints on promissory notes and applications for writs of attachment (.6); | 6.10 | 1225.00 | $7,472.50 |



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    34
Invoice 127125
January 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 01/13/2021 | BEL | BL | Emails regarding draft Dondero complaint. | 0.20 | 950.00 | $190.00 |



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page: 35
Invoice 127125
January 31, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/13/2021 | GVD | BL | Conference with K. Brown and H. Winograd re demand note issues | 0.80 | 950.00 | $760.00 |
| 01/13/2021 | HRW | BL | Call with G. Demo and K. Brown re: demand note complaints (0.6); Call with G. Demo re: demand note complaints (0.1); Review Demand Notes and related documents (0.8) Draft Demand Note Complaints against Dondero and related entities (4.5). | 9.00 | 695.00 | $6,255.00 |
| 01/14/2021 | IDK | BL | E-mails with H Winograd and J Morris re next steps on complaints on demand notes (.1). | 0.10 | 1325.00 | $132.50 |
| 01/14/2021 | JNP | BL | Review email regarding suits against noteholders and next steps. | 0.10 | 1295.00 | $129.50 |

D-CNL001005

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    36

Invoice 127125

January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

01/14/2021  KHB  BL

call with Greg Demo (GD), J. Morris (JM) and Hayley Winograd ("HG") re litigation strategy on promissory notes (.4); confer with HG re form of complaints (.2); review and revise complaint (1.6); emails with HG re revisions to complaints (.5).

01/14/2021  JAM  BL                                    9.70    1245.00    $12,076.50

telephone conference with G. Demo re: complaints against makers of notes (0.2);

telephone conference with K. Brown, H. Winograd, G. Demo (partial participation) re: complaints against makers of notes

D-CNL001006

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:     37
Invoice 127125
January 31, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/14/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (5.5); ███████; PSZJ call re: Demand Note Complaints and litigation strategy (0.5); Review Demand Notes and related documents (1.0); Call with K. Brown re: Demand Note Complaints (0.1); | 9.60 | 695.00 | $6,672.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 38

Invoice 127125

January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2021 | KHB | BL | Work on complaints on promissory notes (4.4). emails with G. Demo re payment on NPA note (.2); review draft letter to NPA re same (.2); email from J. Pomerantz re writs of attachment (.1); email from I. Kharasch re same (.1); emails with H. Winograd and G. Demo re complaints (.2). | 5.20 | 1225.00 | $6,370.00 |
| 01/15/2021 | JAM | | | | | |
| 01/15/2021 | GVD | BL | Review and revise demand note complaint | 0.30 | 950.00 | $285.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    39
Invoice 127125
January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/15/2021 | HRW | BL | Draft Demand Note Complaints against Dondero and related entities (7.5). | 8.20 | 695.00 | $5,699.00 |
| 01/16/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (4.8). | 4.80 | 695.00 | $3,336.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 40
Invoice 127125
January 31, 2021



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|

01/17/2021 HRW BL ▮▮▮ Draft complaints against Dondero and related entities re: demand notes (4.5).

01/18/2021 JNP BL Conference with Sidley, John A. Morris, Ira D. Kharasch and Gregory V. Demo regarding litigation matters including notes, ▮▮▮▮▮

D-CNL001010

Appx. 02688

Pachulski Stang Ziehl & Jones LLP                    Page:    41
Highland Capital Management LP                       Invoice 127125
36027    - 00002                                     January 31, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/18/2021 | KHB | BL | | | | |

review comments to complaints on promissory notes by J. Morris and email to J. Morris and H. Winograd re same (.2); work on complaints (.7); call with Committee counsel, J. Morris and J. Pomerantz re litigation strategy (.7).

| 01/18/2021 | JAM | BL | | 8.00 | | |

review/revise draft Complaint against Dondero for recovery under demand notes (0.9); e-mail to K. Brown, H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Complaint against Dondero for recovery under demand notes (0.2);

e-mails to Sidley, J. Pomerantz, G. Demo, H. Winograd re: complaints for recovery under demand notes (0.3);

D-CNL001011

Appx. 02689

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    42
Invoice 127125
January 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | | | | | | |
| 01/18/2021 | HRW | BL | Draft complaints against Dondero and related entities re: demand notes (7.5); Call with Committee re: litigation strategy (0.8). | 8.30 | 695.00 | $5,768.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

| | Hours | Rate | Amount |
|---|---|---|---|



D-CNL001013

**Appx. 02691**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    45
Invoice 127125
January 31, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/22/2021 | KHB | BL | Emails with H. Winograd and J. Morris re complaints on promissory notes. | 0.20 | 1225.00 | $245.00 |
| 01/22/2021 | JAM | BL | ... review complaints concerning demand notes and send e-mail to Z. Annable, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd concerning the same (0.2); | | | |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

|  | Hours | Rate | Amount |
|---|---|---|---|



e-mail to Z. Annable re: note complaints and cover sheets (0.1); telephone conference with J. Seery re: note complaints (0.1);

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    53
Invoice 127125
January 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/28/2021 | JMF | BL | Review complaints and background re notes receivables re HCMS, HCRE, and HCMFA. | 1.10 | 1050.00 | $1,155.00 |



D-CNL001016

Appx. 02694

# EXHIBIT 171

Appx. 02695

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

February 28, 2021
Invoice    127314
Client     36027
Matter     00002
**JNP**

RE:   Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  02/28/2021



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 23
Invoice 127314
February 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|



| | | | | | | |
|---|---|---|---|---|---|---|
| 02/02/2021 | HRW | BL | Draft letters to HCRE and HCMS re: partial payments and | 1.90 | 695.00 | $1,320.50 |

D-CNL000991

Appx. 02697

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    24
Invoice 127314
February 28, 2021

| | Hours | Rate | Amount |
|---|---|---|---|

demand letters (1.3).



Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    26
Invoice 127314
February 28, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2021 | IDK | BL | E-mails with G Demo re correspondence with Gov Re reps on counsel, as well as with CEO on demand notes (.2). | 0.20 | 1325.00 | $265.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 27
Invoice 127314
February 28, 2021



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/08/2021 | HRW | BL | Draft follow-up to demand letters for HCRE and HCSM | 0.20 | 695.00 | $139.00 |
| | | BL | | 4.30 | 1245.00 | $5,353.50 |

D-CNL000994

Appx. 02700

# EXHIBIT 172

Appx. 02701

**Pachulski Stang Ziehl & Jones LLP**

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX 75201

March 31, 2021
Invoice   127522
Client   36027
Matter   00002
**JNP**

RE:   Postpetition

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH  03/31/2021



D-CNL001080

**Appx. 02702**

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027  - 00002

Page:    13

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/02/2021 | GVD | BL | Draft checklist of open litigation items | 0.50 | 950.00 | $475.00 |
| 03/02/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement | 0.40 | 950.00 | $380.00 |
| 03/02/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings involving HCMFA and NPA (1.2); PSZJ WIP call (0.8); Review adversary proceedings and critical dates (0.6); Review NPA and HCMFA answer to complaints (0.4); Review Advisors motion to stay pending appeal (0.6). | 3.60 | 695.00 | $2,502.00 |
| 03/03/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein, G Demo on UBS latest markup and problems with same (1.4). | 1.40 | 1325.00 | $1,855.00 |
| 03/03/2021 | IDK | BL | Review of correspondence from UBS re its new markup of settlement, and brief review (.2); E-mails with J Pomerantz, R Feinstein re problems with same, as well as J Pomerantz list of issues on same and need for call (.2). | 0.40 | 1325.00 | $530.00 |
| 03/03/2021 | JNP | BL | Emails with Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding call to discuss UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Email to Board with latest UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Review and comment on latest UBS settlement agreement. | 0.30 | 1295.00 | $388.50 |
| 03/03/2021 | JNP | BL | Review emails regarding SOHC and authority issues. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Lengthy call with Ira D. Kharasch, Robert J. Feinstein and Gregory V. Demo regarding UBS settlement agreement. | 1.40 | 1295.00 | $1,813.00 |
| 03/03/2021 | JNP | BL | Review and respond to email regarding outstanding notes litigation. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | JNP | BL | Conference with J. Seery regarding UBS, Plan issues and related. | 0.50 | 1295.00 | $647.50 |
| 03/03/2021 | JNP | BL | Review Dondero response to Committee preservation motion. | 0.10 | 1295.00 | $129.50 |
| 03/03/2021 | RJF | BL | Review UBS markup of settlement agreement. | 0.60 | 1395.00 | $837.00 |
| 03/03/2021 | RJF | BL | Internal call regarding UBS agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/03/2021 | JAM | BL | Analysis of Hunter Mountain claim and related notes litigation and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.8); draft amended deposition notices for HCRE litigation (0.2); e-mails with Z. Annable, H. | 1.80 | 1245.00 | $2,241.00 |

D-CNL001081

Pachulski Stang Ziehl & Jones LLP

Page:    14
Invoice 127522

Highland Capital Management LP

36027   - 00002

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Winograd re: amended deposition notices for HCRE litigation (0.1);e-mails with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain claim, Rand guaranty, and default under the notes (0.2); telephone conference with J. Seery re: litigation update (0.5). | | | |
| 03/03/2021 | EAW | BL | Draft discovery requests (RCT) and related email to R. Feinstein. | 5.50 | 925.00 | $5,087.50 |
| 03/03/2021 | EAW | BL | Emails to/from G. Demo re: UBS judgment against Funds. | 0.10 | 925.00 | $92.50 |
| 03/03/2021 | GVD | BL | Correspondence with Z. Annable re scheduling order | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | GVD | BL | Conference with PSZJ team re status of UBS settlement agreement and next steps | 1.40 | 950.00 | $1,330.00 |
| 03/03/2021 | GVD | BL | Review revised UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/03/2021 | GVD | BL | Schedule board call re UBS settlement | 0.10 | 950.00 | $95.00 |
| 03/03/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (0.8); | 0.80 | 695.00 | $556.00 |
| 03/04/2021 | IDK | BL | Review briefly G Demo markup of UBS settlement agreement, including feedback of J Pomerantz re same | 0.40 | 1325.00 | $530.00 |
| 03/04/2021 | IDK | BL | Attend part of call with CEO, J Dubel, J Pomerantz, others on how to respond to UBS markup and our proposed counter markup (1.0); E-mails with J Pomerantz, others re his draft response to UBS on our settlement issues (.2); | 1.20 | 1325.00 | $1,590.00 |
| 03/04/2021 | IDK | BL | E-mails with G Demo re Gov Re payment re Sentinel and consider (.2). | 0.20 | 1325.00 | $265.00 |
| 03/04/2021 | JNP | BL | Review and comment on redline of UBS settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/04/2021 | JNP | BL | Conference with J. Seery, J. Dubel, Robert J. Feinstein, Ira D. Kharasch and Gregory V. Demo regarding UBS settlement agreement. | 1.60 | 1295.00 | $2,072.00 |
| 03/04/2021 | JNP | BL | Draft email to Latham regarding issues on settlement agreement. | 0.60 | 1295.00 | $777.00 |
| 03/04/2021 | RJF | BL | Review revised settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/04/2021 | RJF | BL | Internal call regarding revised settlement agreement. | 1.40 | 1395.00 | $1,953.00 |
| 03/04/2021 | RJF | BL | Call BOD regarding revised settlement agreement. | 0.50 | 1395.00 | $697.50 |
| 03/04/2021 | JAM | BL | Review/revise model scheduling order for notes litigation (0.3); e-mails with H. Winograd re: model scheduling order for notes litigation (0.1); e-mail to. L. Hogewood, D. Rukavina re: proposed scheduling | 0.60 | 1245.00 | $747.00 |

D-CNL001082

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 15
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | orders for HCMFA and Nexpoint notes litigation (0.2). | | | |
| 03/04/2021 | EAW | BL | Draft 2004 motion (RCT). | 4.30 | 925.00 | $3,977.50 |
| 03/04/2021 | GVD | BL | Conference with J. Morris re subpoena and follow up re same | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Revise UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/04/2021 | GVD | BL | Further revise UBS settlement agreement re changes from J. Pomerantz and R. Feinstein | 0.30 | 950.00 | $285.00 |
| 03/04/2021 | GVD | BL | Attend conference with J. Seery and J. Dubel re UBS settlement | 1.60 | 950.00 | $1,520.00 |
| 03/04/2021 | GVD | BL | Review draft email to UBS re settlement | 0.10 | 950.00 | $95.00 |
| 03/04/2021 | HRW | BL | Prepare joint proposed scheduling order for demand note adversary proceedings (1.8); | 1.80 | 695.00 | $1,251.00 |
| 03/05/2021 | JNP | BL | Conference with John A. Morris regarding subpoena and response. | 0.20 | 1295.00 | $259.00 |
| 03/05/2021 | JMF | BL | Review opposition to motion to dismiss (.3) and scheduling stipulation and order re upcoming hearing (.1). | 0.40 | 1050.00 | $420.00 |
| 03/05/2021 | JAM | BL | Review United Development subpoena (0.2); telephone conference with T. Surgent re: United Development subpoena (0.4); telephone conference with J. Pomerantz re: United Development subpoena (0.2); e-mail to N. Stephens, J. Pomerantz re: United Development subpoena (0.2); analysis and preparation of cross-examination for Dondero in connection with contempt hearing (2.3); e-mail to L. Drawhorn, H. Winograd re: proposed scheduling orders for HCRE and HCMS notes litigation (0.2); e-mail to D. Rukavina re: proposed scheduling orders for Nexpoint and HCMFA notes litigation (0.1). | 3.60 | 1245.00 | $4,482.00 |
| 03/05/2021 | EAW | BL | Research and draft 2004 motion (RCT). | 5.60 | 925.00 | $5,180.00 |
| 03/07/2021 | JAM | BL | Review/revise proposed scheduling orders for HCMFA and NexPoint notes litigation (0.4); e-mail to D. Rukavina, L. Hogewood, H. Winograd re: revised proposed scheduling orders for HCMFA and NexPoint notes litigation (0.2); review Hunter Mountain note, Rand guaranty, and draft default letters (0.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain default under Note (0.3); work on cross-examination for J. Dondero for contempt hearing (2.1). | 3.70 | 1245.00 | $4,606.50 |
| 03/07/2021 | GVD | BL | Correspondence with J. Morris re term note defaults | 0.20 | 950.00 | $190.00 |

D-CNL001083

Pachulski Stang Ziehl & Jones LLP                                   Page:      16
Highland Capital Management LP                                      Invoice 127522
36027   - 00002                                                    March 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2021 | IDK | BL | Review of Reid Collins reply to UBS opposition to its withdrawal motion. | 0.10 | 1325.00 | $132.50 |
| 03/08/2021 | IDK | BL | Review briefly Dondero petition for writ of mandamus, and related E-mails with J Pomerantz, H Winograd re same. | 0.30 | 1325.00 | $397.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris and lawyers regarding third party subpoena. | 0.30 | 1295.00 | $388.50 |
| 03/08/2021 | JNP | BL | Conference with John A. Morris regarding promissory note litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Reid Collins reply regarding motion to withdraw. | 0.10 | 1295.00 | $129.50 |
| 03/08/2021 | JNP | BL | Review Writ of Mandamus regarding Dondero preliminary injunction and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/08/2021 | RJF | BL | Review Reid Collins reply on motion to withdraw. | 0.20 | 1395.00 | $279.00 |
| 03/08/2021 | JMF | BL | Review scheduling orders re adversary motions and opposition to preservation of documents re 3/22 hearing. | 0.40 | 1050.00 | $420.00 |
| 03/08/2021 | JAM | BL | Telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails with D. Rukavina, H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA notes litigation (0.2); telephone conference with P. Keiffer re: Hunter Mountain adversary proceeding (0.1); telephone conference with D. Klos, G. Demo re: HCRE deal structure concerning litigation (0.7); telephone conference with G. Demo re: HCRE deal structure concerning litigation (0.1); telephone conference with J. Pomerantz, counsel to United re: subpoena (0.3); communications with J. Seery, J. Pomerantz, J. Bonds re: Dondero request for extension of time to respond to notes litigation (0.2); communications with J. Seery, J. Kathman re: status of Daugherty settlement documents (0.1). | 1.80 | 1245.00 | $2,241.00 |
| 03/08/2021 | EAW | BL | Draft 2004 motion (RCT). | 2.10 | 925.00 | $1,942.50 |
| 03/08/2021 | GVD | BL | Review filed response of Reid Collins to withdrawal motion | 0.20 | 950.00 | $190.00 |
| 03/08/2021 | HRW | BL | Review and draft joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (1.5); Research issues relating to Dondero petition for writ of mandamus (0.6); Review adversary proceeding and appeals critical deadlines and dates (1.0). | 2.10 | 695.00 | $1,459.50 |
| 03/09/2021 | JNP | BL | Conference with J. Dubel regarding call with | 0.10 | 1295.00 | $129.50 |

D-CNL001084

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 17

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Latham. | | | |
| 03/09/2021 | JNP | BL | Conference with DSI, Gregory V. Demo, Robert J. Feinstein and J. Seery in preparation for call with Latham. | 0.50 | 1295.00 | $647.50 |
| 03/09/2021 | JNP | BL | Participate on call with Latham, J. Seery, J. Dubel and Robert J. Feinstein regarding settlement and related issues. | 1.80 | 1295.00 | $2,331.00 |
| 03/09/2021 | JNP | BL | Review proposed request for production. | 0.10 | 1295.00 | $129.50 |
| 03/09/2021 | RJF | BL | Internal calls regarding UBS settlement. | 0.60 | 1395.00 | $837.00 |
| 03/09/2021 | RJF | BL | Call with UBS counsel regarding settlement. | 1.90 | 1395.00 | $2,650.50 |
| 03/09/2021 | JAM | BL | Review exhibit lists for Dondero contempt hearing and send e-mail to L. Canty re: specific exhibit for review (0.5); e-mails with H. Winograd, Z. Annable re: scheduling orders for the HCRE and HCMS adversary proceedings (0.2); e-mails with H. Winograd, Z. Annable re: scheduling orders for NexPoint and HCMFA adversary proceedings (0.1); review Dondero motion for Writ of Mandamus (0.7); e-mails with H. Winograd, Z. Annable re: issues concerning opposition brief to Dondero motion for Writ of Mandamus (0.4). | 4.80 | 1245.00 | $5,976.00 |
| 03/09/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.60 | 925.00 | $1,480.00 |
| 03/09/2021 | EAW | BL | Review exhibits to letter and potential exhibits to 2004 motion | 1.20 | 925.00 | $1,110.00 |
| 03/09/2021 | LSC | BL | Preparation of materials for upcoming hearings for J. Morris. | 3.20 | 460.00 | $1,472.00 |
| 03/09/2021 | GVD | BL | Review writ of mandamus | 0.30 | 950.00 | $285.00 |
| 03/09/2021 | GVD | BL | Conference with J. Seery, J. Romey, J. Pomerantz, and R. Feinstein re preparation for UBS call | 0.90 | 950.00 | $855.00 |
| 03/09/2021 | GVD | BL | Compile and send exhibits to UBS | 0.40 | 950.00 | $380.00 |
| 03/09/2021 | HRW | BL | Review adversary proceeding and appeals critical deadlines and dates (1.0); Draft response to Dondero petition for writ of mandamus (6.8); Call with J. Morris re: Dondero petition for writ of mandamus (0.1); Review joint proposed scheduling orders for Demand Note adversary proceedings relating to HCRE, HCMFA, NPA, HCMS (0.8). | 8.70 | 695.00 | $6,046.50 |
| 03/10/2021 | IDK | BL | Review of J Morris memo to Board on Dondero writ and our potential response, as well as CEO feedback re same and re other litigation (.2). | 0.20 | 1325.00 | $265.00 |
| 03/10/2021 | JNP | BL | Conference with J. Seery and Gregory V. Demo regarding Arizona and employee. | 0.30 | 1295.00 | $388.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    18
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/10/2021 | JNP | BL | Conference with John A. Morris regarding contempt motion hearing and email from J. Bonds and call regarding continue. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Conference with J. Dubel regarding UBS. | 0.20 | 1295.00 | $259.00 |
| 03/10/2021 | JNP | BL | Review motion for continuance of contempt hearing and emails regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/10/2021 | RJF | BL | Review and comment on draft 2004 request | 0.40 | 1395.00 | $558.00 |
| 03/10/2021 | JMF | BL | Review writ of mandamus and motion to continue 3/22 hearing. | 0.50 | 1050.00 | $525.00 |
| 03/10/2021 | JAM | BL | Telephone conference with J. Kathman re: comments to Daugherty draft settlement agreements (0.4); telephone conference with B. Sharp, Sidley re: document preservation issues (0.7); communications with J. Pomerantz, J. Bonds re: Dondero request for continuance of Contempt Hearing (0.2); review Dondero's motion for continuance of Contempt Hearing (0.1); e-mail to Board, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero petition for writ of mandamus and motion for continuance (0.2); communications with Z. Annable, D. Rukavina, H. Winograd re: scheduling matters for notes litigation (0.2); prepare for contempt hearing (0.5). | 2.30 | 1245.00 | $2,863.50 |
| 03/10/2021 | EAW | BL | Draft 2004 motion (RCT). | 1.90 | 925.00 | $1,757.50 |
| 03/10/2021 | GVD | BL | Review stipulation re transfer of privilege | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | GVD | BL | Review motion to continue hearing | 0.20 | 950.00 | $190.00 |
| 03/10/2021 | HRW | BL | Draft response to Dondero petition for writ of mandamus (9.5). | 9.50 | 695.00 | $6,602.50 |
| 03/11/2021 | EAW | BL | Draft 2004 motion (RCT). | 0.60 | 925.00 | $555.00 |
| 03/11/2021 | GVD | BL | Conference with J. Morris re open litigation issues | 0.10 | 950.00 | $95.00 |
| 03/12/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: stipulations withdrawing proofs of claim and dismissing adversary proceeding without prejudice for Hunter Mountain (0.2). | 0.20 | 1245.00 | $249.00 |
| 03/12/2021 | LSC | BL | Research discovery documents, conduct legal research, and prepare hearing materials for G. Demo and J. Pomerantz. | 4.80 | 460.00 | $2,208.00 |
| 03/13/2021 | JAM | BL | Work in connection with admittance to Fifth Circuit for Dondero petition for writ of mandamus (0.3); e-mail to L. Canty, J. Pomerantz, G. Demo, Z. Annable re: UBS designations for appeal of Acis settlement (0.2); e-mails with G. Demo, T. Surgent, | 0.70 | 1245.00 | $871.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    21

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/17/2021 | JMF | BL | Review reply to Motion to dismiss complaint against advisors. | 0.30 | 1050.00 | $315.00 |
| 03/17/2021 | JAM | BL | Telephone conference with J. Seery re: status of litigation (0.2); e-mails with J. Pomerantz, I. Kharasch, G. Demo re: Leventon request for documents (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery of Dondero on notes litigation (0.7). | 1.00 | 1245.00 | $1,245.00 |
| 03/17/2021 | EAW | BL | Emails to/from R. Feinstein re: 9019 motion (UBS). | 0.10 | 925.00 | $92.50 |
| 03/17/2021 | GVD | BL | Conference with J. Morris re open litigation issues | 0.20 | 950.00 | $190.00 |
| 03/17/2021 | GVD | BL | Conference with Latham, J. Pomerantz, and R. Feinstein re draft settlement agreement | 1.10 | 950.00 | $1,045.00 |
| 03/17/2021 | GVD | BL | Multiple conferences with J. Seery re UBS settlement issues | 0.20 | 950.00 | $190.00 |
| 03/17/2021 | GVD | BL | Conference with R. Feinstein re UBS settlement issues | 0.10 | 950.00 | $95.00 |
| 03/17/2021 | HRW | BL | Review Dondero answer to demand note complaint (0.4); Draft email to Seery re: demand note litigation scheduling (1.0); Draft discovery demands directed to Dondero for demand note litigation (2.5). | 3.90 | 695.00 | $2,710.50 |
| 03/18/2021 | IDK | BL | E-mails with J Pomerantz re his correspondence with UBS on their further markup of settlement and issues (.2). | 0.20 | 1325.00 | $265.00 |
| 03/18/2021 | IDK | BL | Review of Dondero motion to disqualify judge, related correspondence re same and my feedback re same (.4). | 0.40 | 1325.00 | $530.00 |
| 03/18/2021 | JNP | BL | Email to J. Dubel and J. Seery  regarding UBS. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS email regarding filing and other issues (2x). | 0.30 | 1295.00 | $388.50 |
| 03/18/2021 | JNP | BL | Conference with J. Seery regarding UBS, litigation and other case issues. | 0.40 | 1295.00 | $518.00 |
| 03/18/2021 | JNP | BL | Email to J. Seery regarding status of UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | JNP | BL | Conference with J. Dubel regarding UBS, motion to recuse. | 0.30 | 1295.00 | $388.50 |
| 03/18/2021 | JNP | BL | Briefly review motion to recuse and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/18/2021 | JNP | BL | Conference with Ira D. Kharasch regarding claims transfer issues, motion to recuse and UBS. | 0.20 | 1295.00 | $259.00 |
| 03/18/2021 | JNP | BL | Email to and from A. Clubock regarding Settlement Agreement. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 22
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/18/2021 | JNP | BL | Review emails regarding provision of information to UBS. | 0.10 | 1295.00 | $129.50 |
| 03/18/2021 | RJF | BL | Several calls with Jeffrey N. Pomerantz, Seery regarding impending UBS motion. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | RJF | BL | Prepare draft response to UBS motion. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Telephone conferences and emails with Seery regarding documents delivered to UBS. | 0.50 | 1395.00 | $697.50 |
| 03/18/2021 | RJF | BL | Review UBS exhibits for privilege, related emails. | 0.40 | 1395.00 | $558.00 |
| 03/18/2021 | RJF | BL | Emails with Gregory V. Demo, Jeffrey N. Pomerantz regarding privileged documents. | 0.80 | 1395.00 | $1,116.00 |
| 03/18/2021 | JAM | BL | E-mail to J. Seery re: promissory notes' litigation (0.1); review/revise draft document request for Dondero (notes litigation) (0.2); e-mail to G. Demo, H. Winograd re: requests to admit for Dondero (notes litigation) (0.3); review draft witness and exhibit list (0.2); communications w/ J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: draft witness and exhibit list (0.2); e-mails w/ H. Winograd, Z. Annable re: discovery requests for Dondero (permanent injunction hearing) (0.2); prepare for contempt hearing (1.5); quick review of Dondero's recusal motion (0.4). | 3.10 | 1245.00 | $3,859.50 |
| 03/18/2021 | LSC | BL | Prepare witness and exhibit list and exhibits (3.1); research and prepare attorneys' materials in connection with upcoming hearing (3.3). | 6.40 | 460.00 | $2,944.00 |
| 03/18/2021 | GVD | BL | Correspondence with Latham re exhibits to UBS pleading | 0.20 | 950.00 | $190.00 |
| 03/18/2021 | GVD | BL | Review proposed exhibits to UBS pleading and correspondence with J. Pomerantz and R. Feinstein re same | 1.00 | 950.00 | $950.00 |
| 03/18/2021 | HRW | BL | Draft discovery demands directed to Dondero for demand note litigation (2.8); Prepare exhibits for hearing on motion to stay confirmation order pending appeal (0.4); Review discovery schedules in various adversary proceedings (0.8); Draft discovery demands directed to Dondero for injunctive relief litigation (1.9); Review Dondero's motion to recuse (0.7). | 6.60 | 695.00 | $4,587.00 |
| 03/19/2021 | IDK | BL | E-mails with J Pomerantz, G Demo re their markups on UBS settlement, including brief review of same (.3). | 0.30 | 1325.00 | $397.50 |
| 03/19/2021 | JNP | BL | Conference with Robert J. Feinstein regarding upcoming call with Latham and Board regarding | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    23

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | UBS. | | | |
| 03/19/2021 | JNP | BL | Conference with Gregory V. Demo regarding UBS Settlement Agreement and upcoming call. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP | BL | Email to and from L. Lambert regarding call to discuss litigation. | 0.10 | 1295.00 | $129.50 |
| 03/19/2021 | JNP | BL | Conference with J. Dubel, J Seery, Robert J. Feinstein, Gregory V. Demo and John A. Morris regarding UBS issues in advance of call. | 0.30 | 1295.00 | $388.50 |
| 03/19/2021 | JNP | BL | Conference with Latham, J. Seery, J. dubel, Gregory V. Demo and Robert J. Feinstein regarding UBS issues. | 0.80 | 1295.00 | $1,036.00 |
| 03/19/2021 | JNP | BL | Review and comment on latest draft of UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/19/2021 | JNP | BL | Conference with Robert J. Feinstein and L. Lambert regarding potential litigation. | 0.50 | 1295.00 | $647.50 |
| 03/19/2021 | RJF | BL | Emails regarding privileged documents with Clubock, internally. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Call with Seery, Abel, Jeffrey N. Pomerantz et al regarding UBS issues. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Seery et al regarding UBS call. | 0.40 | 1395.00 | $558.00 |
| 03/19/2021 | RJF | BL | Review Jeffrey N. Pomerantz comments to settlement agreement. | 0.30 | 1395.00 | $418.50 |
| 03/19/2021 | JMF | BL | Review preservation motion and motion to continue. | 0.40 | 1050.00 | $420.00 |
| 03/19/2021 | JAM | BL | Review/revise discovery requests to Dondero re: permanent injunction (0.2); review/revise discovery requests to Dondero re: notes litigation (0.3); e-mails to J. Seery, J. Pomernatz, I. Kharasch, G. Demo, H. Winograd re: discovery requests to Dondero re: notes litigation (0.2); review/revise and send e-mail to J. Seery, PSZJ team re: scheduling of notes litigation (0.2); follow-up call with J. Seery, J. Dubel, PSZJ team re: next steps, contempt hearing (0.7); e-mails with H. Winograd re: exhibit list (0.2); telephone conference with J. Seery, J. Dubel, J. Pomerantz, R. Feinstein, G. Demo re: UBS issues (0.4); prepare for contempt hearing (2.5). | 4.70 | 1245.00 | $5,851.50 |
| 03/19/2021 | LSC | BL | Research document productions for categories of documents for G. Demo and transmit same. | 2.70 | 460.00 | $1,242.00 |
| 03/19/2021 | GVD | BL | Review discovery re assignment agreement | 0.40 | 950.00 | $380.00 |
| 03/19/2021 | GVD | BL | Review draft UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/19/2021 | GVD | BL | Revise UBS settlement agreement | 1.00 | 950.00 | $950.00 |

D-CNL001089

Appx. 02711

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    25
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/20/2021 | JAM | BL | Prepare for contempt hearing, including preparation of cross-examinations for Dondero and Ellington (7.5); telephone conference with J. Seery re: various litigation matters (0.4); telephone conference with G. Demo re: various litigation matters (0.1); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: UBS litigation matters, contempt hearing, bond hearing (0.6); communications with appellants' counsel, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: deposition schedule (0.2). | 8.80 | 1245.00 | $10,956.00 |
| 03/20/2021 | GVD | BL | Conference with Latham re additional discovery issues and next steps | 0.80 | 950.00 | $760.00 |
| 03/20/2021 | GVD | BL | Review and further revise UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/20/2021 | GVD | BL | Conference with PSZJ team re UBS settlement agreement | 1.30 | 950.00 | $1,235.00 |
| 03/20/2021 | GVD | BL | Review J. Pomerantz revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/20/2021 | GVD | BL | Conference with UST re potential litigation issues | 0.60 | 950.00 | $570.00 |
| 03/20/2021 | GVD | BL | Review settlement agreement re P. Daugherty | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | IDK | BL | Review briefly extensive correspondence with Board, J Pomerantz, G Demo re questions/issues for UBS settlement agreement and new drafts of same. | 0.40 | 1325.00 | $530.00 |
| 03/21/2021 | JNP | BL | Review emails regarding call with Board to discuss UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | JNP | BL | Review latest settlement agreement and email to Board regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/21/2021 | JNP | BL | Conference with J. Seery, Robert J. Feinstein, and Gregory V. Demo regarding UBS Settlement Agreement. | 1.00 | 1295.00 | $1,295.00 |
| 03/21/2021 | JNP | BL | Review emails re call to discuss litigation issues. | 0.10 | 1295.00 | $129.50 |
| 03/21/2021 | RJF | BL | Revise statement regarding UBS motion and related emails. | 0.80 | 1395.00 | $1,116.00 |
| 03/21/2021 | RJF | BL | Review and comment on revised UBS settlement agreement, related emails. | 0.50 | 1395.00 | $697.50 |
| 03/21/2021 | RJF | BL | Call with BOD regarding settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Further revisions to settlement agreement. | 1.00 | 1395.00 | $1,395.00 |
| 03/21/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz, Seery and Gregory V. Demo regarding settlement agreement. | 1.30 | 1395.00 | $1,813.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    26

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/21/2021 | JAM | BL | Review Daugherty proposed changes to settlement agreement and revise the same (1.6); e-mail to J. Pomerantz, I. Kharasch, G. Demo re: revisions to draft Daugherty settlement agreement and open issues concerning the same (0.2); prepare for contempt hearing (3.7); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: legal fees for "fee shifting" in connection with contempt motion (0.5);  draft Notice of Replacement Exhibits (0.4); communications with Z. Annable, L. Canty re: Notice of Replacement Exhibits (0.1); telephone conference with L. Canty re: contempt hearing (0.1); e-mail to J. Seery, H. Winograd, L. Canty re: contempt hearing (0.4). | 7.00 | 1245.00 | $8,715.00 |
| 03/21/2021 | LSC | BL | Prepare replacement exhibits and coordinate filing of same (.4); preparation for 3/22 hearing (1.3). | 1.70 | 460.00 | $782.00 |
| 03/21/2021 | GVD | BL | Conference with J. Pomerantz (partial attendance), R. Feinstein, and J. Seery re revisions to UBS settlement agreement | 1.20 | 950.00 | $1,140.00 |
| 03/21/2021 | GVD | BL | Further revise UBS settlement agreement per comments from J. Seery, J. Pomerantz, and R. Feinstein | 0.70 | 950.00 | $665.00 |
| 03/21/2021 | GVD | BL | Revise and circulate (internally) UBS settlement agreement in advance of board call | 0.60 | 950.00 | $570.00 |
| 03/21/2021 | GVD | BL | Conference with J. Seery re revisions to UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/21/2021 | GVD | BL | Review and revise non opposition to UBS TRO | 0.30 | 950.00 | $285.00 |
| 03/21/2021 | HRW | BL | Review appeals and critical dates  (0.4); Research issues re: briefing schedules and designation of record (0.5); Review outline of direct and cross for contempt hearing (0.3). | 1.20 | 695.00 | $834.00 |
| 03/22/2021 | IDK | BL | Attend part of Dondero contempt hearing. | 4.50 | 1325.00 | $5,962.50 |
| 03/22/2021 | JNP | BL | Participate in hearing regarding Dondero contempt motion. | 8.50 | 1295.00 | $11,007.50 |
| 03/22/2021 | JNP | BL | Conference with Latham, Gregory V. Demo, Robert J. Feinstein and others regarding potential litigation. | 0.40 | 1295.00 | $518.00 |
| 03/22/2021 | JNP | BL | Conference with J. Seery, Gregory V. Demo and Robert J. Feinstein regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/22/2021 | JNP | BL | Review chart regarding pending litigation and email to H. Winograd regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/22/2021 | RJF | BL | Zoom call with AUSA, Jeffrey N. Pomerantz, Clubok et al regarding TRO proceeding. | 0.40 | 1395.00 | $558.00 |

D-CNL001091

Appx. 02713

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 27

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/22/2021 | RJF | BL | Review revise draft of settlement agreement and related emails. | 0.50 | 1395.00 | $697.50 |
| 03/22/2021 | RJF | BL | Follow up call regarding potential litigation with Jeffrey N. Pomerantz. | 0.30 | 1395.00 | $418.50 |
| 03/22/2021 | JMF | BL | Draft memorandum re pending case and review litigation/appeal matters. | 1.20 | 1050.00 | $1,260.00 |
| 03/22/2021 | JAM | BL | Prepare for contempt hearing (4.1): telephone conference with G. Demo re: contempt hearing and related matters (0.2); telephone conference with J. Seery re: contempt hearing (0.1); contempt hearing (morning session) (3.8); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing (0.1); telephone conference with M. Hartmann re: Ellington and Leventon (0.1); contempt hearing (afternoon session) (4.5); telephone conference with J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: contempt hearing, bond hearing (0.3); telephone conference with H. Winograd re: contempt hearing, HCRE deposition (0.1). | 13.30 | 1245.00 | $16,558.50 |
| 03/22/2021 | LSC | BL | Prepare for and provide assistance at Dondero contempt hearing. | 8.50 | 460.00 | $3,910.00 |
| 03/22/2021 | GVD | BL | Conference with Latham and PSZJ re status of potential litigation | 0.40 | 950.00 | $380.00 |
| 03/22/2021 | GVD | BL | Conference with J. Morris re bankruptcy litigation issues | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Revise and circulate UBS settlement motion | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ team re status of hearing on Dondero contempt | 0.10 | 950.00 | $95.00 |
| 03/22/2021 | GVD | BL | Correspondence with J. Morris re follow up to contempt hearing | 0.20 | 950.00 | $190.00 |
| 03/22/2021 | GVD | BL | Conference with PSZJ and J. Seery re follow up to hearing on Dondero contempt | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re potential UBS litigation | 0.30 | 950.00 | $285.00 |
| 03/22/2021 | GVD | BL | Attend hearing re Dondero contempt | 7.50 | 950.00 | $7,125.00 |
| 03/22/2021 | HRW | BL | Hearing on Dondero contempt motion (7.0); Review Highland Adversary Proceedings and critical dates (1.8). | 7.80 | 695.00 | $5,421.00 |
| 03/23/2021 | IDK | BL | Review of court decision denying recusal. | 0.10 | 1325.00 | $132.50 |
| 03/23/2021 | JNP | BL | Review order on motion to recuse and emails regarding same. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    28
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/23/2021 | JNP | BL | Emails regarding call with UBS regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS and related. | 0.20 | 1295.00 | $259.00 |
| 03/23/2021 | JNP | BL | Emails with Latham and internal regarding status. | 0.10 | 1295.00 | $129.50 |
| 03/23/2021 | RJF | BL | Call regarding TRO with UBS counsel. | 1.00 | 1395.00 | $1,395.00 |
| 03/23/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding UBS issues. | 0.30 | 1395.00 | $418.50 |
| 03/23/2021 | JMF | BL | Review recusal pleadings and court order re motion. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/23/2021 | JAM | BL | Prepare for closing argument on contempt motion (1.8); telephone conference with J. Pomerantz re: various litigation matters (0.2); telephone conference with J. Seery re: contempt hearing (0.2). | 2.20 | 1245.00 | $2,739.00 |
| 03/23/2021 | LSC | BL | Prepare supplemental list for 3/24 hearing and correspondence regarding the same. | 0.20 | 460.00 | $92.00 |
| 03/23/2021 | GVD | BL | Conference with Latham re Multi Strat Allocations | 0.30 | 950.00 | $285.00 |
| 03/23/2021 | GVD | BL | Attend deposition of J. Seery (partial) | 1.30 | 950.00 | $1,235.00 |
| 03/23/2021 | GVD | BL | Review order on motion to recuse | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with L. Hogewood and J. Pomerantz re bond issues | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with HCMLP team and J. Morris re SE Multi Family deposition issues | 0.50 | 950.00 | $475.00 |
| 03/23/2021 | GVD | BL | Conference with K. George re common interest privilege | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with J. Seery re UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/23/2021 | GVD | BL | Conference with Latham and R. Feinstein re additional litigation issues | 1.20 | 950.00 | $1,140.00 |
| 03/23/2021 | HRW | BL | Review Highland Adversary Proceedings and critical dates (0.7); Review order denying Dondero Motion to Recuse (0.2). | 0.90 | 695.00 | $625.50 |
| 03/24/2021 | IDK | BL | Review briefly Dondero motion to reopen contempt hearing for evidence, and feedback of J Pomerantz, J Morris re same (.3); Attend part of continuation of contempt hearing vs Dondero (1.2). | 1.50 | 1325.00 | $1,987.50 |
| 03/24/2021 | IDK | BL | E-mails with R Feinstein, J Pomerantz, G Demo re UBS upcoming adversary re Multistrat and various issues re same (.2). | 0.20 | 1325.00 | $265.00 |
| 03/24/2021 | JNP | BL | Participate in contempt hearing. | 2.30 | 1295.00 | $2,978.50 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 29

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | JNP | BL | Follow-up call with Board regarding contempt hearing and litigation. | 0.50 | 1295.00 | $647.50 |
| 03/24/2021 | JNP | BL | Review pleading regarding upcoming litigation and conference with Robert J. Feinstein regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Review latest turn of settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement and next steps. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Email to Iain A. W. Nasatir regarding UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with T. Silva, Gregory V. Demo and Robert J. Feinstein regarding fund issues and related matters. | 0.70 | 1295.00 | $906.50 |
| 03/24/2021 | JNP | BL | Email to L. Lambert regarding call. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein and then with U. S. Trustee regarding litigation. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Conference with J. Seery regarding UBS and information to creditors. | 0.20 | 1295.00 | $259.00 |
| 03/24/2021 | JNP | BL | Conference with Board, Robert J. Feinstein and Gregory V. Demo regarding UBS Settlement Agreement. | 0.80 | 1295.00 | $1,036.00 |
| 03/24/2021 | JNP | BL | Review and forward Iain A. W. Nasatir comments regarding settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS Settlement Agreement (2x). | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review latest versions of settlement agreement and emails regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/24/2021 | JNP | BL | Review emails regarding scheduling of preliminary injunction hearing regarding advisors action. | 0.10 | 1295.00 | $129.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Rasnak of UST's office regarding TRO application. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Telephone conference with Latham, Greg V. Demo regarding seal motion. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.30 | 1395.00 | $418.50 |
| 03/24/2021 | RJF | BL | Revise UBS settlement agreement, review comments and redrafts. | 2.50 | 1395.00 | $3,487.50 |
| 03/24/2021 | RJF | BL | Call with Jeffrey N. Pomerantz, Gregory V. Demo regarding UBS settlement agreement. | 0.40 | 1395.00 | $558.00 |
| 03/24/2021 | RJF | BL | Email to Board regarding TRO papers. | 0.20 | 1395.00 | $279.00 |
| 03/24/2021 | RJF | BL | Revise statement regarding TRO. | 0.50 | 1395.00 | $697.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:      30
Highland Capital Management LP                                       Invoice 127522
36027    - 00002                                                    March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | RJF | BL | Call with BOD regarding TRO, etc. | 0.50 | 1395.00 | $697.50 |
| 03/24/2021 | RJF | BL | Call with Wilmer Hale, Jeffrey N. Pomerantz, Gregory V. Demo regarding Multi-Strat. | 0.70 | 1395.00 | $976.50 |
| 03/24/2021 | JMF | BL | Review motion to reopen evidence. | 0.40 | 1050.00 | $420.00 |
| 03/24/2021 | JAM | BL | E-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery in connection with objection to employee claims (0.4); e-mail to H. Winograd re: objection to Dondero motion for continuance of contempt hearing (0.2); prepare for closing argument on contempt hearing (2.0); review Dondero motion to reopen evidence for rebuttal testimony (0.2); court hearing on contempt motion and related matters (2.2); telephone conference with J. Seery re: contempt hearing (0.2); telephone conference with Board, J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: contempt hearing, UBS issues (0.5); telephone conference with M. Hankin re: contempt hearing and related matters (0.2); review/revise Daugherty settlement agreement (0.7); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: revised Daugherty agreement (0.2); telephone conference with G. Demo re: HCRE documents and facts (0.3); telephone conference with H. Winograd re: HCRE facts and depositions (0.2); communications with L. Drawhorn re: depositions and scheduling (0.2); e-mail to A. Russell, M. Clemente re: scheduling of litigation matters (0.1). | 7.60 | 1245.00 | $9,462.00 |
| 03/24/2021 | LSC | BL | Assist at closing arguments re Dondero contempt motion. | 2.00 | 460.00 | $920.00 |
| 03/24/2021 | GVD | BL | Review claim transfers | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | GVD | BL | Review Dondero motion to re-open evidence | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Attend Dondero contempt hearing | 2.00 | 950.00 | $1,900.00 |
| 03/24/2021 | GVD | BL | Conference with Board and PSZJ team re UBS settlement agreement and Dondero contempt hearing | 0.60 | 950.00 | $570.00 |
| 03/24/2021 | GVD | BL | Conference with K. George re UBS settlement agreement and next steps | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Pomerantz, R. Feinstein, and T. Silva re UBS settlement agreement | 0.70 | 950.00 | $665.00 |
| 03/24/2021 | GVD | BL | Conference with J. Morris re HCRE deposition prep | 0.20 | 950.00 | $190.00 |
| 03/24/2021 | GVD | BL | Conference with J. Winograd re HCRE deposition prep | 0.20 | 950.00 | $190.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    31

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/24/2021 | GVD | BL | Conference with R. Feinstein and K. George re additional UBS discovery | 0.50 | 950.00 | $475.00 |
| 03/24/2021 | GVD | BL | Conference with Board re UBS settlement agreement | 0.90 | 950.00 | $855.00 |
| 03/24/2021 | GVD | BL | Review R. Feinstein revisions to UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/24/2021 | HRW | BL | Review Advisors' reply to motion to dismiss complaint for injunctive relief and related research (1.8); Draft response to Dondero's motion for a continuance of demand note proceeding (0.4). | 2.20 | 695.00 | $1,529.00 |
| 03/25/2021 | JNP | BL | Conference with Robert J. Feinstein and Gregory V. Demo regarding latest version of UBS Settlement Agreement, changes and review same. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris regarding Hunter Mountain and other litigation issues. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | JNP | BL | Review emails from B. Assink regarding motion to continue schedule for Dondero litigation. | 0.10 | 1295.00 | $129.50 |
| 03/25/2021 | JNP | BL | Conference with John A. Morris, Gregory V. Demo and DSI for part regarding document issues and litigation issues. | 0.50 | 1295.00 | $647.50 |
| 03/25/2021 | JNP | BL | Conference with J. Dubel regarding UBS status. | 0.30 | 1295.00 | $388.50 |
| 03/25/2021 | JNP | BL | Review proposed extension of time regarding UBS appeal of Redeemer settlement brief and emails with team regarding same. | 0.20 | 1295.00 | $259.00 |
| 03/25/2021 | RJF | BL | Emails Latham, Jeffrey N. Pomerantz regarding TRO motion, confidentiality. | 0.40 | 1395.00 | $558.00 |
| 03/25/2021 | JAM | BL | Telephone conference with J. Seery re: litigation matters (0.3); review/revise response to Dondero motion for continuance of contempt hearing (0.2); e-mails with Z. Annable, H. Winograd re: response to Dondero motion for continuance of contempt hearing (0.1); communications with J. Bonds, L. Drawhorn re: schedule for HCRE-related depositions (0.4); prepare amended deposition notices for the HCRE litigation (0.3); communications with Z. Annable, H. Winograd re: amended deposition notices for the HCRE litigation (0.2); telephone conference with J. Pomerantz re: litigation matters (0.1); e-mails w/ B. Assink re: discovery and trial date for permanent injunction against Dondero (0.3); review/revise documents for Hunter Mountain dismissal (0.2); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Hunter Mountain dismissal (0.2); telephone | 3.80 | 1245.00 | $4,731.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    32

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | conference with J. Seery re: Hunter Mountain dismissal (0.1); review documents re: HCRE deposition (1.4). | | | |
| 03/25/2021 | JAM | BL | E-mails to Bonds Ellis re: Debtor's discovery demands re Dondero notes litigation (0.3). | 0.30 | 1245.00 | $373.50 |
| 03/25/2021 | LSC | BL | Research document productions for certain categories of documents and retrieve same. | 2.90 | 460.00 | $1,334.00 |
| 03/25/2021 | GVD | BL | Conference with PSZJ team and B. Sharp re document preservation issues | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Conference with K. George re UBS settlement agreement issues and follow up correspondence with PSZJ team re same | 0.50 | 950.00 | $475.00 |
| 03/25/2021 | GVD | BL | Review draft objections to administrative claims | 0.70 | 950.00 | $665.00 |
| 03/25/2021 | GVD | BL | Conference with J. Pomerantz and R. Feinstein re UBS settlement agreement | 0.50 | 950.00 | $475.00 |
| 03/26/2021 | IDK | BL | Attend conference call with J Pomerantz, R Feinstein re UBS settlement agreement (.4). | 0.40 | 1325.00 | $530.00 |
| 03/26/2021 | JNP | BL | Conference with John A. Morris regarding litigation issues including notes and Hunter Mountain. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with DSI and John A. Morris regarding record retention and related issues. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to and from J. Seery regarding UBS settlement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and settlement agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Conference with Iain A. W. Nasatir regarding UBS agreement and insurance issues. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review UBS Settlement Agreement. | 0.20 | 1295.00 | $259.00 |
| 03/26/2021 | JNP | BL | Email to Latham regarding insurance issues and UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review Dondero motion for continuance of note lawsuit. | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review latest turn of UBS Settlement Agreement. | 0.30 | 1295.00 | $388.50 |
| 03/26/2021 | JNP | BL | Conference with Robert J. Feinstein and Ira D. Kharasch regarding UBS Settlement Agreement. | 0.40 | 1295.00 | $518.00 |
| 03/26/2021 | JNP | BL | Review emails regarding Dondero note litigation | 0.10 | 1295.00 | $129.50 |
| 03/26/2021 | JNP | BL | Review and respond to Gregory V. Demo email | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:     33
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding UBS. | | | |
| 03/26/2021 | JMF | BL | Review motion to extend briefing deadline. | 0.20 | 1050.00 | $210.00 |
| 03/26/2021 | JAM | BL | Telephone conference with J. Seery re: Dondero request for extension of trial date in notes litigation (0.2); telephone conference with J. Pomerantz re: status of notes litigation, Dondero request for extension of schedule (0.1); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero request for extension of trial date in notes litigation (0.1); e-mail to B. Assink re: Dondero request for extension of trial date in notes litigation (0.1); review Dondero demand notes and e-mail to D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: same (0.5); review documents concerning Dondero demand notes (0.8); e-mail to K. Hendricks, D. Klos, B. Sharp, J. Pomerantz, G. Demo, H. Winograd re: facts/documents concerning Dondero demand notes (0.3); review Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.4); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Dondero motion to extend trial date in Notes litigation and emergency motion for expedited hearing (0.1); telephone conference with H. Winograd re: facts/objection to Dondero motion to extend trial date (0.2); telephone conference with J. Seery re: objection to Dondero motion to adjourn trial date (0.1). | 2.90 | 1245.00 | $3,610.50 |
| 03/26/2021 | JAM | BL | E-mails with T. Ellison, L. Hogewood, D. Rukavina, J. Pomerantz re: rescheduling of hearing concerning Funds and Advisors (0.1); draft amended notices of hearings concerning Funds and Advisors (0.2); telephone conference with G. Demo re: litigation matters (0.1); e-mail to Z. Annable, H. Winograd re: amended notices of hearings concerning Funds and Advisors (0.1); communications with P. Keiffer, J. Pomerantz, G. Demo re: documents for withdrawal of Hunter Mountain claim and adversary proceeding (0.2); e-mail to J. Bonds re: Dondero deposition (0.1); e-mails with T. Surgent re: status of e-mails searches in response to United subpoena (0.1); | 0.90 | 1245.00 | $1,120.50 |
| 03/26/2021 | LSC | BL | Conduct research and retrieve and transmit numerous documents in connection with Dondero/Dondero entities and transmit same for G. Demo. | 4.30 | 460.00 | $1,978.00 |
| 03/26/2021 | GVD | BL | Correspondence with R. Feinstein re UBS settlement agreement | 0.10 | 950.00 | $95.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 34
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/26/2021 | GVD | BL | Draft summary of Dondero Entity litigation | 3.70 | 950.00 | $3,515.00 |
| 03/26/2021 | GVD | BL | Conference with J. Morris re demand note issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Correspondence with UBS re litigation issues | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Research service addresses re potential litigation | 0.20 | 950.00 | $190.00 |
| 03/26/2021 | GVD | BL | Conference with J. Donohue re service addresses for potential litigation | 0.10 | 950.00 | $95.00 |
| 03/26/2021 | GVD | BL | Conference with R. Feinstein and J. Pomerantz re revisions to UBS settlement agreement | 0.40 | 950.00 | $380.00 |
| 03/26/2021 | GVD | BL | Revise UBS settlement agreement and circulate same | 0.30 | 950.00 | $285.00 |
| 03/26/2021 | HRW | BL | Call with J. Morris re: objection to Dondero emergency motion for continuance of demand note proceeding (0.1); Review Dondero emergency motion for continuance of demand note proceeding (0.2); Draft request for admission directed to James Dondero in demand note proceeding (1.8). | 2.10 | 695.00 | $1,459.50 |
| 03/27/2021 | IDK | BL | E-mails with J Pomerantz, G Demo on Gov Re issues and next steps (.1). | 0.10 | 1325.00 | $132.50 |
| 03/27/2021 | JNP | BL | Conference with Latham, Gregory V. Demo and Robert J. Feinstein regarding settlement agreement issues. | 0.60 | 1295.00 | $777.00 |
| 03/27/2021 | JNP | BL | Review latest version of UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/27/2021 | JAM | BL | Review documents and draft objection to Dondero motion for continuance in notes litigation (4.4); e-mails to H. Winograd, L. Canty re: draft objection to Dondero motion for continuance in notes litigation (0.3); e-mail to D. Klos, K. Hendricks, J. Pomerantz, G. Demo, H. Winograd, B. Sharp re: facts concerning Notes litigation against Dondero (0.2). | 4.90 | 1245.00 | $6,100.50 |
| 03/27/2021 | LSC | BL | Review documents and retrieve and prepare exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 4.40 | 460.00 | $2,024.00 |
| 03/27/2021 | GVD | BL | Draft summary of Dondero entity litigation | 1.30 | 950.00 | $1,235.00 |
| 03/27/2021 | GVD | BL | Conference with Latham and PSZJ re UBS settlement agreement | 0.60 | 950.00 | $570.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Seery re status of UBS settlement agreement | 0.20 | 950.00 | $190.00 |
| 03/27/2021 | GVD | BL | Correspondence with J. Morris re Cayman counsel | 0.10 | 950.00 | $95.00 |

D-CNL001099

Appx. 02721

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    35
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/27/2021 | GVD | BL | Review Latham revisions to UBS settlement agreement and revise and circulate same | 0.30 | 950.00 | $285.00 |
| 03/27/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (5.0). | 5.00 | 695.00 | $3,475.00 |
| 03/28/2021 | JAM | BL | E-mails with D. Klos, K. Hendricks, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: facts relating to Dondero loans and notes (0.3); review/revise draft objection to Dondero motion to modify scheduling order (4.8); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: objection to Dondero motion to modify scheduling order (0.3); communications with H. Winograd, L. Canty re: RFAs directed to Dondero (notes litigation) (0.2). | 5.60 | 1245.00 | $6,972.00 |
| 03/28/2021 | LSC | BL | Continued preparation of exhibits in connection with Dondero Motion for Continuance in Notes Actions. | 1.20 | 460.00 | $552.00 |
| 03/28/2021 | GVD | BL | Review correspondence from Latham re service addresses re potential litigation | 0.60 | 950.00 | $570.00 |
| 03/28/2021 | HRW | BL | Draft objection to Dondero's emergency motion to continue demand note proceedings (4.5); Research contact information for serving litigation hold notices on Maples FS Limited and CIBC First Caribbean International Bank (0.3). | 4.80 | 695.00 | $3,336.00 |
| 03/29/2021 | IDK | BL | Review of various correspondence with UBS, others on UBS new upcoming papers on adversary and motion to seal. | 0.20 | 1325.00 | $265.00 |
| 03/29/2021 | JNP | BL | Review opposition to motion by Dondero to continue trial on note litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review issues and emails regarding UBS settlement. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with M. Hankin regarding UBS filings. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Conference with John A. Morris and Gregory V. Demo regarding SCRE litigation issues and Wick Phillips conflict. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Review latest changes to UBS Settlement Agreement. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review and respond to email regarding Wick Phillips and SE Multi Family issues. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review email from T. Ellison regarding UBS filings and email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Conference with Gregory V. Demo regarding UBS litigation and email regarding same. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Emails and conference with M. Clemente regarding | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    36

Invoice 127522

March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | UBS litigation and Plan issues. | | | |
| 03/29/2021 | JNP | BL | Emails regarding pending litigation filed by UBS and court response; Conference with Gregory V. Demo regarding same. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Emails regarding UBS 9019. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review UBS 9019 motion. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with Robert J. Feinstein regarding UBS 9019 motion. | 0.20 | 1295.00 | $259.00 |
| 03/29/2021 | JNP | BL | Conference with J. Dubel regarding UBS issues, status and timing. | 0.30 | 1295.00 | $388.50 |
| 03/29/2021 | JNP | BL | Review emails with Court and others regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/29/2021 | JNP | BL | Review of UBS litigation papers. | 0.50 | 1295.00 | $647.50 |
| 03/29/2021 | RJF | BL | Review UBS motion to seal and TRO papers. | 1.00 | 1395.00 | $1,395.00 |
| 03/29/2021 | RJF | BL | Draft response to motion to seal. | 0.50 | 1395.00 | $697.50 |
| 03/29/2021 | RJF | BL | Review and comment on draft debtor motion to seal. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | RJF | BL | Emails regarding Chambers conference. | 0.30 | 1395.00 | $418.50 |
| 03/29/2021 | JMF | BL | Review UBS seal motion. | 0.20 | 1050.00 | $210.00 |
| 03/29/2021 | JAM | BL | Review and send RFAs for Dondero's notes litigation (0.2); revise objection to Dondero's motion to modify scheduling order (0.9); e-mails to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd, L. Canty re: revised objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.2); review exhibits and e-mail to L. Canty re: redactions and related matters (0.5); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft objection to Dondero's motion to modify scheduling order and exhibits in support thereof (0.1); review/revise objection to Dondero motion to modify scheduling order (0.2); review/revise JAM declaration in support of objection to Dondero motion to modify scheduling order (0.3). | 2.40 | 1245.00 | $2,988.00 |
| 03/29/2021 | JAM | BL | Prepare for HCRE/Dondero depositions (2.6); telephone conference with G. Demo re: HCRE facts (0.2); e-mail to counsel re: Zoom instructions for HCRE deposition (0.1) telephone conference with G. Demo re: Wicks Phillips' conflicts (0.2); telephone conference with J. Pomerantz, I. Kharasch, G. Demo re: Wicks Phillips' conflicts telephone conference with J. Seery, G. Demo re: Wicks Phillips' conflicts (0.2); draft e-mail to L. | 4.50 | 1245.00 | $5,602.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    37
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Drawhorn re: Wicks' Phillips' conflicts (0.4); e-mails with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: draft e-mail to L. Drawhorn (0.1); communications to all counsel, TSG, PSZJ team re: adjournment of HCRE depositions (0.2); draft amended deposition notices for HCRE and Dondero (0.1); e-mails with Z. Annable, G. Demo, H. Winograd re: amended deposition notices for HCRE and Dondero (0.1); telephone conference with J. Seery re: Wicks Phillips' conflicts (0.1); telephone conference with H. Winograd re: HCRE litigation matters (0.1); telephone conference with J. Bonds re: Dondero deposition and related matters (0.1). | | | |
| 03/29/2021 | LSC | BL | Prepare redacted exhibits for Objection to Dondero motion to modify scheduling order. | 0.50 | 460.00 | $230.00 |
| 03/29/2021 | GVD | BL | Conference with J. Pomerantz re filing of stay pending appeal in District Court | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris re preparation for HCRE/SEMF deposition | 0.70 | 950.00 | $665.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and J. Seery re HCRE conflict of interest | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Conference with J. Morris and D. Klos re HCRE issues re deposition | 0.20 | 950.00 | $190.00 |
| 03/29/2021 | GVD | BL | Correspondence with Hunton re deficiency bond issues | 0.10 | 950.00 | $95.00 |
| 03/29/2021 | GVD | BL | Review draft objection to Dondero motion to continue hearing | 0.50 | 950.00 | $475.00 |
| 03/29/2021 | GVD | BL | Attend to multiple issues re filing of UBS response under seal | 2.60 | 950.00 | $2,470.00 |
| 03/29/2021 | GVD | BL | Review exhibits to Dondero objection for confidentiality | 0.30 | 950.00 | $285.00 |
| 03/29/2021 | GVD | BL | Prepare back up information re UBS claim issues | 0.60 | 950.00 | $570.00 |
| 03/29/2021 | HRW | BL | Edit and review objection to Dondero's emergency motion to continue demand note proceedings (2.5). | 2.50 | 695.00 | $1,737.50 |
| 03/30/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review and revise UBS 9019. | 0.50 | 1295.00 | $647.50 |
| 03/30/2021 | JNP | BL | Review emails regarding litigation hold letter and respond. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with John A. Morris regarding document issues and pursuit of claims issues. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Review of Settlement Agreement with Siepe. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    38
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | JNP | BL | Review and respond to email regarding Wick Phillips conflict. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | JNP | BL | Conference with Robert J. Feinstein regarding  2004. | 0.20 | 1295.00 | $259.00 |
| 03/30/2021 | JNP | BL | Conference with J. Seery and John A. Morris regarding litigation issues, sharing information with Committee and related matters. | 0.30 | 1295.00 | $388.50 |
| 03/30/2021 | JNP | BL | Emails regarding Court ruling on extending Dondero note litigation trial date. | 0.10 | 1295.00 | $129.50 |
| 03/30/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding Reid Collins. | 0.20 | 1395.00 | $279.00 |
| 03/30/2021 | RJF | BL | Review document presentation notices, related emails. | 0.30 | 1395.00 | $418.50 |
| 03/30/2021 | JMF | BL | Review updated litigation chart. | 0.30 | 1050.00 | $315.00 |
| 03/30/2021 | JAM | BL | Telephone conference with G. Demo re: litigation matters (0.2); telephone conference with J. Pomerantz re: litigation matters (0.3). | 0.50 | 1245.00 | $622.50 |
| 03/30/2021 | JAM | BL | Review/revise objection to Dondero motion to modify scheduling order (0.2); e-mails with Z. Annable, H. Winograd, L. Canty re: exhibits to objection to Dondero motion to modify scheduling order (0.1); e-mail to B. Assink, Bonds Ellis, J. Pomerantz, G. Demo, H. Winograd re: timing of discovery (0.2); e-mails with Z. Annable, G. Demo, H. Winograd re: objection to Dondero motion to modify scheduling order (0.2); communications with J. Seery, J. Pomerantz re: court's ruling on Dondero motion to modify scheduling order (0.2); e-mails with T. Surgent, J. Sommer re: results from e-mail searches in response to United subpoena (0.2). | 1.10 | 1245.00 | $1,369.50 |
| 03/30/2021 | LSC | BL | Redact additional exhibits (.3); research and review document productions for J. Morris and correspondence regarding the same (2.9). | 3.20 | 460.00 | $1,472.00 |
| 03/30/2021 | GVD | BL | Review and revise draft 9019 motion re UBS settlement | 1.40 | 950.00 | $1,330.00 |
| 03/30/2021 | GVD | BL | Review redacted exhibits to Dondero objection re confidentiality | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation issues | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Review UBS litigation hold notice and correspondence with T. Surgent re same | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Finalize UBS settlement agreement | 0.30 | 950.00 | $285.00 |
| 03/30/2021 | GVD | BL | Conference with J. Morris re litigation hold notice re UBS | 0.40 | 950.00 | $380.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    39
Invoice 127522
March 31, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/30/2021 | GVD | BL | Conference with J. Seery re UBS settlement issues | 0.20 | 950.00 | $190.00 |
| 03/30/2021 | GVD | BL | Further revise and circulate UBS 9019 motion re changes from J. Pomerantz and R. Feinstein | 1.20 | 950.00 | $1,140.00 |
| 03/30/2021 | GVD | BL | Correspondence with PSZJ team re letter from Reid Collins re UBS litigation hold | 0.10 | 950.00 | $95.00 |
| 03/30/2021 | HRW | BL | Review pending adversary proceedings (0.5). | 0.50 | 695.00 | $347.50 |
| 03/31/2021 | IDK | BL | E-mails with J Pomerantz, others on UBS litigation holds and Dondero counsel feedback on same. | 0.20 | 1325.00 | $265.00 |
| 03/31/2021 | JNP | BL | Review emails regarding litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding next steps after court ruling on UBS and Debtor seal motion. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Email to Board regarding Court ruling on UBS and Debtor seal motions. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Email to Latham regarding call to discuss next steps regarding UBS litigation. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with J. Seery regarding UBS issues and related. | 0.30 | 1295.00 | $388.50 |
| 03/31/2021 | JNP | BL | Conference with J. Dubel regarding UBS 9019 motion and stay pending appeal issues. | 0.40 | 1295.00 | $518.00 |
| 03/31/2021 | JNP | BL | Review email from C. Taylor regarding litigation under seal. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Review C. Taylor email regarding litigation hold and review litigation hold. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with John A. Morris regarding Wick Phillips conflicts. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Conference with Robert J. Feinstein regarding call with Latham. | 0.10 | 1295.00 | $129.50 |
| 03/31/2021 | JNP | BL | Participate In call with Latham, John A. Morris, Robert J. Feinstein and Gregory V. Demo regarding status of UBS lawsuit and related issues. | 0.70 | 1295.00 | $906.50 |
| 03/31/2021 | MDJ | BL | Email exchanges with L. Canty, G. Demo and copy personnel re litigation hold letters; Revisions to letterhead and delivery; Prepare Express Mail/FedX labels and coordinate delivery; Call with copy personnel re Cayman FedXs; Vfile letters. | 3.20 | 395.00 | $1,264.00 |
| 03/31/2021 | RJF | BL | Call with Latham regarding TRO proceedings. | 0.70 | 1395.00 | $976.50 |
| 03/31/2021 | RJF | BL | Review and comment on litigation hold letter and related emails. | 0.30 | 1395.00 | $418.50 |

D-CNL001104

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:    40

Invoice 127522

March 31, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/31/2021 | RJF | BL | Telephone conference with Jeffrey N. Pomerantz regarding TRO proceeding. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | RJF | BL | Revise draft statement regarding TRO, related emails. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | RJF | BL | Review proposed revisions to draft 9019 motion, emails Gregory V. Demo regarding same. | 0.30 | 1395.00 | $418.50 |
| 03/31/2021 | JMF | BL | Review UBS complaint and seal motion. | 0.30 | 1050.00 | $315.00 |
| 03/31/2021 | JAM | BL | Review/revise draft litigation hold letter concerning sealed litigation (0.6); communications with J. Pomerantz, I. Kharasch, G. Demo, R. Feinstein re: litigation hold letter concerning sealed litigation (0.2); telephone conference with J. Pomerantz, R. Feinstein, G. Demo, L& W attorneys re: UBS adversary proceeding and related matters (0.7); e-mails with B. Assink, H. Winograd re: modified scheduling order in Dondero's notes litigation (0.1)., | 1.60 | 1245.00 | $1,992.00 |
| 03/31/2021 | GVD | BL | Conference with PSZJ and UBS re next steps re adversary proceeding | 0.70 | 950.00 | $665.00 |
| 03/31/2021 | GVD | BL | Further revise UBS 9019 motion re comments from J. Dubel | 0.40 | 950.00 | $380.00 |
| 03/31/2021 | GVD | BL | Draft and send litigation hold notices | 2.90 | 950.00 | $2,755.00 |
| 03/31/2021 | GVD | BL | Draft and circulate order on motion to seal | 0.20 | 950.00 | $190.00 |
| 03/31/2021 | GVD | BL | Conference with J. Pomerantz re UBS conference | 0.10 | 950.00 | $95.00 |
|  |  |  |  | **448.20** |  | **$451,649.00** |

## Case Administration [B110]

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 03/01/2021 | BMK | CA | Prepared daily memo narrative and coordinated client distribution. | 0.40 | 375.00 | $150.00 |
| 03/01/2021 | GVD | CA | Attend to issues re scheduling calls | 0.20 | 950.00 | $190.00 |
| 03/02/2021 | IDK | CA | Review of updated WIP list (.1); Attend WIP call on open issues (1.0). | 1.10 | 1325.00 | $1,457.50 |
| 03/02/2021 | JNP | CA | Participate in WIP call. | 1.00 | 1295.00 | $1,295.00 |
| 03/02/2021 | KKY | CA | Review and revise critical dates | 2.50 | 460.00 | $1,150.00 |
| 03/02/2021 | JEO | CA | Participate in PSZJ WIP Call | 0.80 | 1050.00 | $840.00 |
| 03/02/2021 | JMF | CA | Draft memorandum re pending case issues (.4); telephone call with G. Demo, I. Kharasch and J.N, Pomerantz re same (.7). | 1.10 | 1050.00 | $1,155.00 |
| 03/02/2021 | JAM | CA | Internal WIP call (J. Pomerantz, I. Kharasch, G. Demo, J. Fried, J. O'Neill, H. Wonograd) (0.8). | 0.80 | 1245.00 | $996.00 |

# EXHIBIT 173

Appx. 02728

**Pachulski Stang Ziehl & Jones LLP**

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| April 30, 2021 | |
| Invoice | 127680 |
| Client | 36027 |
| Matter | 00002 |
| | **JNP** |

Board of Directors
Highland Capital Management LP
300 Crescent Court ste. 700
Dallas, TX  75201

RE:  Postpetition

---

**STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   04/30/2021**

D-CNL000923

**Appx. 02729**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    13
Invoice 127680
April 30, 2021



|  | | | Hours | Rate | Amount |
|---|---|---|---|---|---|

**Bankruptcy Litigation [L430]**

| 04/01/2021 | IDK | BL | E-mails with J Pomerantz, G Demo, CEO re | 0.20 | 1325.00 | $265.00 |

D-CNL000924

Appx. 02730

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 14
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Dondero counsel correspondence re their intent to file motion to withdraw reference on collection actions and opposition (.2). | | | |
| ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| 04/01/2021 | JNP | BL | Emails to and from Gregory V. Demo regarding D. Rukavina email regarding withdrawal of the reference. | 0.10 | 1295.00 | $129.50 |
| 04/01/2021 | JNP | BL | Review and respond to email regarding withdrawal of reference for note lawsuits. | 0.10 | 1295.00 | $129.50 |
| ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |
| 04/01/2021 | JAM | BL | Telephone conference with H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1); prepare discovery document requests and interrogatories for AP against Advisors (notes litigation) (0.9); review/revise requests for admission for AP against Advisors (notes litigation) (0.3); e-mails with H. Winograd re: discovery requests for AP against Advisors (notes litigation) (0.2); ▮▮▮▮▮▮ e-mail to D. Rukavina, H. Winograd re: discovery in AP against Advisors (notes litigation) (0.1). | 1.70 | 1245.00 | $2,116.50 |
| ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ | ▮▮▮ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 15
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| 04/01/2021 | HRW | BL | Call with J. Morris re: discovery in NPA demand note litigation (0.1); Draft discovery demands in NPA demand note litigation (1.0); Review adversary proceeding critical dates (0.6). | 1.70 | 695.00 | $1,181.50 |
| ▮ | ▮ | ▮ | ▮▮▮▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮▮▮ | ▮ | ▮ | ▮ |
| 04/02/2021 | JNP | BL | Review witness list and reply brief regarding Committee's motion regarding Dondero discovery. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:     16
Invoice 127680
April 30, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/04/2021 | JAM | BL | E-mail to H. Winograd re: notes litigation (0.1); | 0.10 | 1245.00 | $124.50 |

D-CNL000927

Appx. 02733

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    17
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | ▇ |  |  |  |  |  |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| 04/05/2021 | HRW | BL | Review amended scheduling order for Dondero demand note proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| 04/06/2021 | IDK | BL | E-mails with G Demo re Dondero withdrawal of reference motion and our prior research on jurisdiction issues re same | 0.30 | 1325.00 | $397.50 |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 19
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/07/2021 | JAM | BL | Review Dondero's amended answer in notes litigation (0.1); draft document requests relating to Dondero's amended answer in notes litigation (0.3); draft interrogatories relating to Dondero's amended answer in notes litigation (0.3); draft requests for admission relating to Dondero's amended answer in notes litigation (0.3); e-mails to H. Winograd, J. Pomerantz, I. Kharasch, G. Demo re: discovery demands relating to Dondero's amended answer in notes litigation (0.2); review revised discovery requests (Winograd versions) relating to Dondero's amended answer in notes litigation (0.2); e-mail to B. Assink, C. Taylor, J. Pomerantz, G. Demo, H. Winograd re: discovery and timing of Dondero's deposition (0.1); e-mails to J. Seery, J. Pomerantz, I. Kharasch, G. Demo re: Dondero's amended answer and related discovery (0.2). | 1.70 | 1245.00 | $2,116.50 |
| ██████ | ██ | ██ | ███████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ███████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ███████████████████ | ██ | ██ | ██ |
| ██████ | ██ | ██ | ███████ | ██ | ██ | ██ |
| 04/07/2021 | HRW | BL | Draft discovery demands for Dondero demand note adversary proceeding (0.9). | 0.90 | 695.00 | $625.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    20
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | disqualification of Wick Phillips (1.5); telephone conference with T. Surgent, G. Demo re: document production and related issues (0.7); telephone conference with G. Demo re: document production issues (0.1); telephone conference with J. Pomerantz re: various litigation matters relating to the Advisors (0.8); communications with C. Wilkins, J. Pomerantz, G. Demo re: Bermuda counsel (0.1). | | | |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■■■ | ■■ | ■■ | ■■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■■■ | ■■ | ■■ | ■■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■■■ | ■■ | ■■ | ■■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■ | ■■ | ■■ | ■■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■ | ■■ | ■■ | ■■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■ | ■■ | ■■ | ■■ |
| 04/08/2021 | HRW | BL | Review demand note adversary proceeding complaints (0.3). | 0.30 | 695.00 | $208.50 |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■ | ■■ | ■■ | ■■ |
| 04/09/2021 | IDK | BL | E-mails with G Demo, others on Plan provisions re note collection/litigation issues | 0.30 | 1325.00 | $397.50 |
| ■■■ | ■■ | ■ | ■■■■■■■■■■ | ■■ | ■■ | ■■ |
| ■■■ | ■■ | ■ | ■■■■■■■■■■■ | ■■ | ■■ | ■■ |
| 04/09/2021 | JMF | BL | Review notes receivable litigation and amounts due from noteholders re plan implementation (2.1) | 2.10 | 1050.00 | $2,205.00 |
| ■■■ | ■■ | ■ | ■■■■■■■■■■ | ■■ | ■■ | ■■■ |
| 04/09/2021 | JAM | BL | Review of rules re: withdrawal of the reference (0.4); telephone conference with Z. Annable re: rules | 1.00 | 1245.00 | $1,245.00 |

D-CNL000930

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027　- 00002

Page:　21
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | for withdrawal of the reference (0.1); | | | |
| 04/09/2021 | GVD | BL | Review issues re notes litigation | 0.60 | 950.00 | $570.00 |

D-CNL000931

**Appx. 02737**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| 04/12/2021 | GVD | BL | Review issues re prepayment of notes | 0.60 | 950.00 | $570.00 |
| | | | | | | 75.00 |

D-CNL000932
**Appx. 02738**

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/13/2021 | JMF | BL | Review motion and brief for withdrawal of | 0.50 | 1050.00 | $525.00 |

D-CNL000933
Appx. 02739

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    24
Invoice 127680
April 30, 2021



| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | references re demand notes. | | | |
| 04/13/2021 | JAM | ▉ | ▉ | ▉ | ▉ |
| 04/13/2021 | JAM | BL | Review Answers to complaints filed by Advisors in notes litigation, and send e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: same (0.4); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: Advisors' motion to withdraw the reference for notes litigation (0.2) | 0.60 | 1245.00 | $747.00 |

D-CNL000934

Appx. 02740

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    26

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/14/2021 | JNP | BL | ████ | | | |
| 04/14/2021 | JNP | BL | Email to D. Rukavina regarding scheduling for motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Email to and from D. Rukavina regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Conference with John A. Morris regarding hearing on motion to withdraw reference. | 0.10 | 1295.00 | $129.50 |
| 04/14/2021 | JNP | BL | Review motion to withdraw reference. | 0.20 | 1295.00 | $259.00 |
| ██ | ██ | ██ | ████████ | ██ | | ██ |
| ██ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████ | | | ██ |
| ██ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | █████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████ | ██ | ██ | ██ |
| 04/14/2021 | JAM | BL | ████████████ e-mails with D. Rukavina, J. Pomerantz re: scheduling issues concerning adversary proceeding against Advisors and Funds (0.5); e-mail to Court, D. Rukavina, L. Hogewood,  J. Pomerantz re: scheduling issues | 4.80 | 1245.00 | $5,976.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027     - 00002

Page:     27
Invoice 127680
April 30, 2021



|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | concerning adversary proceeding against Advisors and Funds (0.3:) |  |  |  |
| 04/14/2021 | GVD | BL | Correspondence re note and discovery request | 0.10 | 950.00 | $95.00 |
| 04/14/2021 | HRW | BL | Draft Rule 26 disclosures for Dondero demand note adversary proceeding (2.0). | 2.00 | 695.00 | $1,390.00 |

D-CNL000936

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:     28
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/15/2021 | IDK | BL | Review and consider G Demo's memo on prepayment issues on Dondero related p-notes and how prepayments are allocated and default issues (.3); E-mails with G Demo, others re same (.1). | 0.40 | 1325.00 | $530.00 |

D-CNL000937

Appx. 02743

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    29
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  | | | | | | |
| 04/15/2021 | HRW | BL | Prepare Rule 26 disclosures for Dondero demand note adversary proceeding (0.6). | 0.60 | 695.00 | $417.00 |
| 04/16/2021 | IDK | BL | E-mail and telephone conference with J Pomerantz re Dondero withdrawal of reference motions and logistics on response to same and J Kim (.2); E-mail and telephone conference with G Demo re same and relevant pleadings (.2); E-mails with J Kim re need for responses to Dondero withdrawal of reference motions (.2). | 0.60 | 1325.00 | $795.00 |
| 04/16/2021 | JJK | BL | Research re: reference withdrawal, core matter, Stern, related issues. | 3.70 | 995.00 | $3,681.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    30
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/16/2021 | JNP | BL | Conference with Ira D. Kharasch regarding motion to withdraw reference response. | 0.20 | 1295.00 | $259.00 |
| 04/16/2021 | JNP | BL | Review Dondero motion to stay pending withdrawal of the reference  and email regarding same. | 0.20 | 1295.00 | $259.00 |
| ███ | ███ | ██ | ████████████████████████ | ██ | ███ | ████ |
| ███ | ███ | ██ | ████████████████████████ | ██ | ███ | ████ |
| ███ | ███ | ██ | ████████████████████████ | ██ | ███ | ████ |
| ███ | ███ | ██ | ████████████████████████ | ██ | ███ | ████ |
| ███ | ███ | ██ | ████████████████████████ | ██ | ███ | ████ |
| ███ | ███ | ██ | ████████████████████████ | | | |
| | | | ████████████████████████ | | | |
| | | | ████████████████████████ | | | |
| | | | ████████████████████████ | | | |
| ███ | ███ | ██ | ████████████████████████ | ██ | ███ | ████ |
| ███ | ███ | ██ | ████████████████████████ | ██ | ███ | ████ |
| ███ | ███ | ██ | ████████████████████████ | ██ | ███ | ████ |
| 04/16/2021 | GVD | BL | Review Dondero motion re withdrawal of the reference | 0.20 | 950.00 | $190.00 |
| 04/16/2021 | GVD | BL | Conference with I. Kharasch re motions to withdraw the reference and follow up items re same | 0.20 | 950.00 | $190.00 |
| ███ | ███ | ██ | ████████████████████████ | ██ | ███ | ████ |
| 04/16/2021 | HRW | BL | Review Dondero withdrawal of reference filed in demand note adversary proceeding (0.5). | 0.50 | 695.00 | $347.50 |
| 04/16/2021 | HRW | BL | Review Dondero's motion to stay demand note | 0.30 | 695.00 | $208.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    31
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | adversary proceeding pending motion to withdraw reference (0.3). | | | |
| | | | | | | |
| | | | | | | |
| 04/17/2021 | JAM | BL | Review Dondero motion to expedite stay motion (0.3); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: analysis of Dondero motion to expedite stay motion (0.4); draft objection to Dondero motion to expedite motion for stay (2.7). | 3.40 | 1245.00 | $4,233.00 |
| 04/17/2021 | HRW | BL | Draft demand note discovery requests (2.5). | 2.50 | 695.00 | $1,737.50 |
| 04/18/2021 | JNP | BL | Review and comment on opposition to motion for stay of discovery and emails regarding same. | 0.20 | 1295.00 | $259.00 |
| | | | | | | |
| | | | | | | |
| 04/18/2021 | JAM | BL | Review and revise initial draft objection to Dondero's motion to expedite motion for stay (2.9); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re:  initial draft objection to Dondero's motion to expedite motion for stay (0.1); draft JAM declaration in support of objection to Dondero's motion to expedite motion for stay (0.5); e-mail to Z. Annable, G. Demo, H. Winograd re: declaration and objection concerning Dondero's motion to expedite (0.1). | 3.60 | 1245.00 | $4,482.00 |
| | | | | | | |
| | | | | | | |
| 04/18/2021 | GVD | BL | Review objection to motion to expedite | 0.30 | 950.00 | $285.00 |

D-CNL000940

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:  32
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ██████ | ███ | ██ | ██████████████████████ | ██ | ██ | ██ |
| 04/18/2021 | HRW | BL | Draft demand note discovery requests (3.5). | 3.50 | 695.00 | $2,432.50 |
| | | | | | | |
| 04/19/2021 | JJK | BL | Research/analysis reference withdrawal, core matters, Stern issues. | 7.80 | 995.00 | $7,761.00 |

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027 - 00002

Page: 33

Invoice 127680

April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/19/2021 | JAM | BL | Review/revise objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.8); e-mail to J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: revised objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.1); e-mail to J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: objection to Dondero motion to expedite motion for stay pending motion to withdraw the reference (0.2); review/revise interrogatories, RFAs, document requests, and Rule 30(b)(6) deposition notice for the Advisors re: notes litigation (0.7); communications with H. Winograd re: discovery for the Advisors in notes litigation (0.1); communications with J. Seery, J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery for Advisors in notes litigation (0.1). | 2.00 | 1245.00 | $2,490.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    34
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| 04/19/2021 | HRW | BL | Draft discovery demands for HCMFA demand note proceeding (1.2). | 1.20 | 695.00 | $834.00 |
| | ██ | ██ | ██ | ██ | | ██ |
| | ██ | ██ | ██ | ██ | ██ | |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| 04/20/2021 | JJK | BL | Research/analysis of Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JJK | BL | Analysis/research jurisdiction, Stern, reference issues. | 4.30 | 995.00 | $4,278.50 |
| 04/20/2021 | JJK | BL | Research Stern, jurisdiction, reference, related issues. | 3.10 | 995.00 | $3,084.50 |
| 04/20/2021 | JNP | BL | Conference with John A. Morris regarding funds/ advisor adversary proceeding and related. | 0.20 | 1295.00 | $259.00 |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |
| | ██ | ██ | ██ | ██ | ██ | ██ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    36
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ██ | █ | ██████ | ██ | ██ | ██ |
| ███ | ██ | █ | ████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ██████ | ██ | ██ | ██ |
| ███ | ██ | █ | ██████ | ██ | ██ | ██ |
| ███ | ██ | █ | █████████ | ██ | ██ | ███ |
| ███ | ██ | █ | ██████ | ██ | ██ | ███ |
| ███ | ██ | █ | █████████ | ██ | ██ | ███ |
| ███ | ██ | █ | █████████ | ██ | ██ | ███ |
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint reference withdrawal motion. | 2.10 | 995.00 | $2,089.50 |
| 04/21/2021 | JJK | BL | Research and prepare objection to NexPoint/HCMFA reference motions. | 5.40 | 995.00 | $5,373.00 |
| 04/21/2021 | JJK | BL | Research/draft objection to HCMFA reference withdrawal motion. | 3.00 | 995.00 | $2,985.00 |
| 04/21/2021 | JNP | BL | Research regarding withdrawal reference and conference with Ira D. Kharasch and review of complaint and emails with Jeffrey H. Davidson regarding same. | 0.40 | 1295.00 | $518.00 |
| ███ | ██ | █ | ████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ████████ | ██ | ██ | ██ |
| ███ | ██ | █ | █████████ | ██ | ██ | ██ |
| ███ | ██ | █ | ███████ | ██ | ██ | ██ |

D-CNL000944

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    37
Invoice 127680
April 30, 2021

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | JJK | BL | Research re reference withdrawal issues. | 0.80 | 995.00 | $796.00 |
| 04/22/2021 | JNP | BL | Review of memo regarding withdrawal of the reference. | 0.20 | 1295.00 | $259.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

Page:    38
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/22/2021 | LAF | BL | Legal research re: "Tax loan" & withdrawal of reference. | 0.50 | 475.00 | $237.50 |
|  | | | | | | |
| 04/22/2021 | JAM | BL | Review Dondero discovery requests (0.2); review Advisors' discovery requests (0.1); draft amended deposition notice for Dondero (0.1); e-mails with Z. Annable, H. Winograd re: amended deposition notice for Dondero (0.1). | 0.50 | 1245.00 | $622.50 |
| 04/22/2021 | GVD | BL | Review Dondero discovery requests | 0.20 | 950.00 | $190.00 |

D-CNL000946

Appx. 02752

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    39
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/23/2021 | LAF | BL | Citecheck & edit memos on withdrawal of reference. | 5.80 | 475.00 | $2,755.00 |

D-CNL000947

Appx. 02753

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    40
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | e-discovery (0.1); review docket and send e-mail to | | | |
| 04/25/2021 | JAM | BL | E-mails to L. Drawhorn, J. Seery, J. Pomerantz re: HCRE's proposed amended of notes complaint (0.1). | 0.10 | 1245.00 | $124.50 |
| 04/26/2021 | IDK | BL | E-mails with J Pomerantz re status on oppositions to motions to withdraw reference | | | |

D-CNL000948

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027   - 00002

Page:   41

Invoice 127680

April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | JJK | BL | Prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adversary proceedings). | 4.60 | 995.00 | $4,577.00 |
| 04/26/2021 | JNP | BL | Conference with PSZJ team regarding pending litigation deadlines and responsibilities. | 0.80 | 1295.00 | $1,036.00 |
| ██ | ██ | ██ | ████████████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██████████████ | ██ | ██ | ██ |
| ██ | ██ | ██ | ████████████ | ██ | ██ | ██ |
| 04/26/2021 | JNP | BL | Review memo regarding withdrawal of reference and enforcement of reference. | 0.10 | 1295.00 | $129.50 |
| ██ | ██ | ██ | ██████████ | ██ | ██ | ██ |
| 04/26/2021 | JNP | BL | Review emails regarding Dondero discovery in notes litigation. | 0.10 | 1295.00 | $129.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027  - 00002

Page:    42
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

04/26/2021  JAM  BL  Review Dondero's third set of discovery requests (0.2); communications with J. Pomerantz, I. Kharasch, G. Demo, H. Winograd re: discovery, potential motion for summary judgment re: against Dondero (0.4).    0.60   1245.00   $747.00

D-CNL000950

Appx. 02756

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    43
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/26/2021 | HRW | BL | Call with G. Demo, J. Morris, B. Sharp, and meta e-discovery reps regarding responding to various discovery requests in adversary proceedings. | 0.20 | 695.00 | $139.00 |
| 04/26/2021 | HRW | BL | Review discovery demands in Notes Litigation. | 1.00 | 695.00 | $695.00 |
| 04/26/2021 | HRW | BL | Research summary judgement standard for notes litigation. | 2.20 | 695.00 | $1,529.00 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    44
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | JJK | BL | Review docs and prepare objections to reference withdrawal motions of Dondero, NexPoint, HCMFA (separate adv. proceedings). | 9.10 | 995.00 | $9,054.50 |

D-CNL000952

Appx. 02758

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    45
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/27/2021 | JAM | BL | Review rules and documents and send e-mail to H. Winograd, J. Pomerantz, I. Kharasch, G Demo re: potential motion for summary judgment (Dondero, notes litigation) (0.5). | 0.50 | 1245.00 | $622.50 |
| 04/28/2021 | JJK | BL | Research and further revisions to objection to Dondero reference motion. | 4.20 | 995.00 | $4,179.00 |

D-CNL000953

Appx. 02759

Pachulski Stang Ziehl & Jones LLP  
Highland Capital Management LP  
36027    - 00002  

Page:    46  
Invoice 127680  
April 30, 2021  

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/28/2021 | JJK | BL | Research/analysis re: Dondero claims and reference issues. | 4.00 | 995.00 | $3,980.00 |
| 04/28/2021 | JJK | BL | Work on withdrawal of reference response | 2.50 | 995.00 | $2,487.50 |
| ██████ | ███ | ██ | ██████████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ██████████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ██████████████████████ | ██ | ████ | █████ |
| 04/28/2021 | JNP | BL | Review email from M. Clemente regarding pending notes litigation and forward to Board. | 0.10 | 1295.00 | $129.50 |
| ██████ | ███ | ██ | ██████████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ██████████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ██████████████████████ | ██ | ████ | █████ |
| 04/28/2021 | RJF | BL | Review motion to amend, original complaint, related pleadings. | 1.30 | 1395.00 | $1,813.50 |
| ██████ | ███ | ██ | ██████████████████████ | ██ | ████ | █████ |
| ██████ | ███ | ██ | ██████████████████████ | ██ | ████ | █████ |
| 04/28/2021 | JMF | BL | Review HCMFA answer. | 0.30 | 1050.00 | $315.00 |
| ██████ | ███ | ██ | ██████████████████████ | ██ | ████ | █████ |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027 - 00002

Page: 47
Invoice 127680
April 30, 2021



| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/28/2021 | GVD | BL | Review response to motion to withdrawal the reference | 0.50 | 950.00 | $475.00 |
| 04/28/2021 | HRW | BL | Review Dondero's responses to discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/28/2021 | HRW | BL | Draft Responses and Objections for NPA discovery demands in notes litigation. | 0.30 | 695.00 | $208.50 |

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027    - 00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 04/29/2021 | JAM | BL | Telephone conference with H. Winograd re: responses to Advisors' discovery requests in notes litigation (0.6). | 0.60 | 1245.00 | $747.00 |
| 04/29/2021 | GVD | BL | Conference with J. Seery re notes enforcement issues | 0.20 | 950.00 | $190.00 |

D-CNL000956

Pachulski Stang Ziehl & Jones LLP

Highland Capital Management LP

36027    - 00002

Page:    49

Invoice 127680

April 30, 2021

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███ | ███ | ██ | ███████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | █████████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ███████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ██████████████████ | ██ | ██ | ██ |
| ███ | ███ | ██ | ██████████████ | ██ | ██ | ███ |
| 04/29/2021 | HRW | BL | Call with G. Demo regarding NPA discovery requests in notes litigation. | 0.40 | 695.00 | $278.00 |
| 04/29/2021 | HRW | BL | Call with G. Demo, K. Hendrix, D. Klos, J. Donahue regarding NPA discovery requests in notes litigation. | 0.30 | 695.00 | $208.50 |
| 04/29/2021 | HRW | BL | Draft responses & objections to NPA's discovery requests in notes litigation. | 8.00 | 695.00 | $5,560.00 |
| 04/29/2021 | HRW | BL | Call with J. Morris regarding NPA discovery in notes litigation. | 0.60 | 695.00 | $417.00 |
| ███ | ███ | ██ | ███████████████████ | ██ | ██ | ███ |
| 04/30/2021 | IDK | BL | E-mails with J Kim re opposition to Advisors' and others motions to withdraw the reference (.6); Review of revised oppositions to same (.2). | 0.80 | 1325.00 | $1,060.00 |
| 04/30/2021 | JJK | BL | Additional research for objections to withdrawal reference motions of NexPoint, HCMFA, Dondero, and revise same objections. | 3.60 | 995.00 | $3,582.00 |
| 04/30/2021 | JJK | BL | Revise objections to reference withdrawal motions and emails Kharasch on same. | 2.10 | 995.00 | $2,089.50 |
| ███ | ███ | ██ | █████████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ████████████████████ | ██ | ██ | ██ |
| ███ | ███ | ██ | ██████████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ███████████████████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ██████████████ | ██ | ██ | ███ |
| 04/30/2021 | JMF | BL | Review motion to stay adversary proceedings. | 0.40 | 1050.00 | $420.00 |
| ███ | ███ | ██ | ████████████████ | ██ | ██ | ███ |

D-CNL000957

Pachulski Stang Ziehl & Jones LLP
Highland Capital Management LP
36027   - 00002

Page:    50
Invoice 127680
April 30, 2021

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| ███████ | ████ | ████ | ████████████ | ████ | ████ | ████████ |
| ███████ | ████ | ████ | ████████████ | ████ | ████ | ████████ |
| ███████ | ████ | ████ | ████████████ | ████ | ████ | ████████ |
| ███████ | ████ | ████ | ████████████ | ████ | ████ | ████████ |
| ███████ | ████ | ████ | ████████████ | ████ | ████ | ████████ |
| ███████ | ████ | ████ | ████████████ | ████ | ████ | ████████ |
| ███████ | ████ | ████ | ████████████ | ████ | ████ | ████████ |
| ███████ | ████ | ████ | ████████████ | ████ | ████ | ████████ |
| ███████ | ████ | ████ | ████████████ | ████ | ████ | ████████ |
| 04/30/2021 | HRW | BL | Draft responses and objections to NPA's discovery requests in notes litigation. | 3.50 | 695.00 | $2,432.50 |
| 04/30/2021 | HRW | BL | Call with J. Morris regarding NPA discovery requests in notes litigation. | 0.10 | 695.00 | $69.50 |
| 04/30/2021 | HRW | BL | Call with D. Klos regarding NPA discovery requests in notes litigation. | 0.60 | 695.00 | $417.00 |
| | | | | 548.80 | | $565,736.50 |