Deborah Deitsch-Perez
Michael P. Aigen
**STINSON LLP**
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4259
Telephone: (214) 560-2201
Facsimile: (214) 560-2203

*Counsel for Defendant Highland Capital Management Fund Advisors, L.P.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re** § § **HIGHLAND CAPITAL MANAGEMENT, L.P.,** § § § **Debtor.** § | § § § § § § § | **Case No. 19-34054-sgj11** **Chapter 11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** **Plaintiff,** **v.** **HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.** **Defendant.** | § § § § § § § § § § § § § § | **Adversary No. 21-03082** |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Defendant Highland Capital Management Fund Advisors, L.P., Defendant in the above-captioned and related adversary proceeding, and hereby submits this *Opposition to Highland Capital Management, L.P.'s Motion for Summary Judgment* (the "Opposition"). Defendant fully incorporates by reference its brief in response filed contemporaneously with this Opposition and would show the Court as follows:

1

## **RELIEF REQUESTED**

1. By this Opposition, Defendant respectfully requests that the Court enter an order denying Plaintiff's Motion for Summary Judgment.

2. Pursuant to Rule 7056(d) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas and Rule 56.4(b) of the Local Rules of the Northern District of Texas, a separate memorandum of law is being filed contemporaneously with this Opposition that will state why Defendant opposes the Motion for Summary Judgment and is incorporated by reference.

## **PRAYER**

WHEREFORE, Defendant respectfully requests that the Court deny the relief requested in Plaintiff's Motion for Summary Judgment and grant Defendant such further and other relief to which it is entitled.

Dated: July 1, 2022                              Respectfully submitted,

                **STINSON LLP**

                */s/ Deborah Deitsch-Perez*
                Deborah Deitsch-Perez
                Texas State Bar No. 24036072
                Michael P. Aigen
                Texas State Bar No. 24012196
                3102 Oak Lawn Avenue, Suite 777
                Dallas, Texas 75219-4259
                Telephone: (214) 560-2201
                Email:  deborah.deitschperez@stinson.com
                Email:  michael.aigen@stinson.com

                **ATTORNEYS FOR DEFENDANT**
                **HIGHLAND CAPITAL MANAGEMENT**
                **FUND ADVISORS, L.P.**

## CERTIFICATE OF SERVICE

   I, the undersigned, hereby certify that, on July 1, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on counsel for Plaintiff Highland Capital Management, L.P. and on all other parties requesting or consenting to such service in this case.

                */s/Deborah Deitsch-Perez*
                Deborah Deitsch-Perez