

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 14, 2022

United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., <br> Plaintiff, <br> vs. <br> HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., <br> Defendant. | Adv. Proc. No. 21-03082-sgj <br><br> Case No. 3:21-cv-881-X |

### ORDER CONTINUING TRIAL DOCKET CALL

Trial docket call in the above-captioned adversary proceeding (the "Adversary Proceeding") is hereby continued from **July 11, 2022 at 1:30 p.m. (Central Time)** to **September 12, 2022 at 1:30 p.m. (Central Time)**.

###End of Order###

DOCS_NY:45339.1 36027/003