

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 8, 2022

_____
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | Case No. 19-34054-sgj11 |
|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P. | |
| Reorganized Debtor. | Chapter 11 |

| HIGHLAND CAPITAL MANAGEMENT, L.P., | |
|---|---|
| Plaintiff. | |
| v. | Adversary No. 21-03082-sgj |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., | Civ. Act. No. 3:22-cv-00789 |
| Defendant. | **(Consolidated Under Civ. Act. No. 3:21-cv-00881)** |

### ORDER CONTINUING TRIAL DOCKET CALL

Trial docket call is currently set in the above-referenced adversary proceeding for September 12, 2022, at 1:30 p.m.  Because the court's ruling on Plaintiff's motion for summary judgment [DE #45] is pending and currently under advisement,

**IT IS ORDERED** that trial docket call is hereby **CONTINUED** to **November 14, 2022, at 1:30 p.m.**

###END OF ORDER###