Deborah Deitsch-Perez
Michael P. Aigen
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Defendant Highland Capital
Management Fund Advisors, L.P.*

John A. Morris *(pro hac vice)*
NY Bar No. 266326
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email:    jmorris@pszjlaw.com

*Attorneys for Debtor Highland Capital Management, LP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re | § | |
| | § | **Case No. 19-34054-sgj11** |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT, L.P.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 21-03082** |
| | § | |
| **HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P.** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION

This Stipulation is entered into between Highland Capital Management, L.P., the plaintiff

("Plaintiff") in the above-referenced adversary proceeding (the "Adversary Proceeding"), on the

one hand, and Highland Capital Management Fund Advisors, L.P., the defendant ("Defendant"

and together with Plaintiff, the "Parties") in the Adversary Proceeding, on the other hand.

## RECITALS

WHEREAS, on November 9, 2021, Plaintiff commenced the Adversary Proceeding by filing a Complaint against Defendant [Docket No. 1];

WHEREAS, on December 10, 2021, Defendant filed its Answer to the Complaint [Docket No. 5];

WHEREAS, the parties thereafter engaged in fact and expert discovery in accordance with the agreed-upon Scheduling Order entered in the Adversary Proceeding;

WHEREAS, on May 27, 2022, Plaintiff filed its motion for summary judgment and supporting documentation [Docket Nos. 45-48] (the "Summary Judgment Motion");

WHEREAS, on July 1, 2022, Defendant filed its opposition to the Summary Judgment Motion and supporting documentation [Docket Nos. 52-54];

WHEREAS, on July 20, 2022, Plaintiff filed its reply and additional documentation in further support of its Summary Judgment Motion [Docket Nos. 62-63];

WHEREAS, on July 27, 2022, the Bankruptcy Court heard oral argument with respect to the Summary Judgment Motion;

WHEREAS, on October 12, 2022 the Bankruptcy Court issued its *Report and Recommendation to the District Court Regarding Highland Capital Management, L.P.'s Motion for Summary Judgment Against Highland Capital Management Fund Advisors, L.P.* [Docket No 73] (the "R&R"), recommending the District Court grant summary judgment against Defendant;

WHEREAS, the R&R directed Plaintiff to promptly (a) submit a form of Judgment that calculates proper amounts due, including interest accrued to date (and continuing to accrue per diem), as well as costs and attorneys' fees incurred (the "Proposed Judgment"), and (b) file a separate Notice with backup documentation supporting the costs and attorneys' fees (collectively, the "Notice"); and

STIPULATION – PAGE 2
CORE/3522697.0002/177655871.2
DOCS_NY:46596.3 36027/005

WHEREAS, the Parties have conferred and agree on the following briefing schedule to address the R&R and Proposed Judgment.

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing, the Parties agree and stipulate as follows:

1.    On or before November 2, 2022, (a) Plaintiff shall file its Proposed Judgment and Notice; and (b) pursuant to Federal Rule of Bankruptcy Procedure 9033 ("Rule 9033"), Defendant shall file any objections to the R&R (the "Objection");

2.    On or before November 23, 2022, (a) Plaintiff shall file any response to any Objection (the "Response"), and (b) Defendant shall file any objections to the Proposed Judgment and/or Notice;

3.    Defendant shall not file a reply to Plaintiff's Response under Rule 9033 or otherwise;

4.    The Parties agree that Defendant's Objection and Plaintiff's Response shall not exceed 35 pages, excluding signature pages; and

5.    The Parties will provide the District Court with notice of this stipulation and the agreed upon briefing schedule.

Dated: October 18, 2022


CONSENTED AND AGREED TO BY:


/s/ Michael P. Aigen

Deborah Deitsch-Perez
State Bar No. 24036072
Michael P. Aigen
State Bar No. 24012196
STINSON LLP
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
(214) 560-2201 telephone
(214) 560-2203 facsimile
Email: deborah.deitschperez@stinson.com
Email: michael.aigen@stinson.com

*Counsel for Defendant Highland Capital
Management Fund Advisors, L.P.*

/s/ John A. Morris

John A. Morris *(pro hac vice)*
(NY Bar No. 266326)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email:  jmorris@pszjlaw.com

*Attorneys for Debtor Highland Capital
Management, LP*