PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email:   MHayward@HaywardFirm.com
         ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Adv. Proc. No. 21-03082-sgj |
| HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS, L.P., | § § § | Case No. 3:21-cv-00881-X |
| Defendants. | § § § | |

## DECLARATION OF DAVID KLOS IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT L.P.'S PROPOSED FORM OF JUDGMENT

I, David Klos, pursuant to 28 U.S.C. § 1746, under penalty of perjury, declare as follows:

1. I am the Chief Financial Officer ("CFO") of the reorganized Highland Capital Management, L.P. ("Highland"), and I submit this Declaration in support of *Highland Capital Management, L.P.'s Proposed Form of Judgment* (the "Proposed Judgment"). I have personal knowledge of the work and arithmetic calculations described below.

2. I joined Highland in 2009 and served as Controller from 2017 to 2020 and Chief Accounting Officer from 2020 to February 2021. At all relevant times, I reported to Frank Waterhouse until he left the company in February 2021. I was appointed CFO in March 2021 following confirmation of Highland's Plan.[1]

3. I understand that on October 12, 2022, the Bankruptcy Court rendered a *Report and Recommendation to District Court Regarding Highland Capital Management, L.P.'s Motion for Summary Judgment Against Highland Capital Management Fund Advisors, L.P.* [Docket No. 73] (the "R&R"), and that in the R&R, the Court directed Highland to "submit a form of Judgment that calculates proper amounts due pursuant to th[e] Report and Recommendation, including interest accrued to date (and continuing to accrue per diem), as well as costs and attorneys' fees incurred." R&R at 50.

4. As set forth below, and in accordance with the Court's directive in the R&R, I and others working at my direction have calculated the proper amounts due under each of the Pre-2019 Notes, including (a) unpaid principal and interest due as of October 31, 2022 and (b) the applicable per diem rate of interest at different points in time.

**A. SUMMARY OF PRINCIPAL AND INTERST DUE AS OF OCTOBER 31, 2022**

---

[1] Capitalized terms not defined herein shall have the meanings ascribed in *Highland Capital Management, L.P.'s Memorandum of Law in Support of Motion for Summary Judgment* [Docket No. 46].

5. Attached as **Exhibit A** is a summary of the amount of principal and unpaid interest due and owing to Highland as of October 31, 2022, on each Note.

6. **Exhibit A** sets forth (a) an informal name identifier for each Note; (b) the original date of each Note (which is the same day that HCMFA borrowed the principal amount of each Note from Highland); (c) the amount of principal and unpaid interest due and owing as of May 27, 2022 (the date of the calculations used for the Motion), under each Note; (d) the amount of principal and unpaid interest due and owing as of October 31, 2022, under each Note; (e) the amount of interest accruing per day as of October 31, 2022, under each Note (*i.e.*, the "per diem" interest); (f) the future date upon which the per diem interest will change (see further discussion below); and (g) the amount of interest accruing on each Note per day upon the next date that interest is capitalized into principal.

7. As shown on **Exhibit A**, the aggregate principal and interest due and owing as of October 31, 2022 is **$3,181,719.94**, with per diem interest of **$186.95** as of the same date.

B. **METHODOLOGY FOR CALCULATING PRINCIPAL AND INTEREST DUE**

8. In the ordinary course of business, accounting personnel at Highland working under my direction maintain a schedule of promissory notes issued in exchange for loans made by Highland, including the Notes at issue in these cases (the "Note Schedule"). The Note Schedule is updated monthly to calculate interest due under outstanding promissory notes (again, including each of the Notes at issue) and reconciled to Highland's general ledger.

9. Using the Note Schedule as applicable to each Note, interest was calculated through October 31, 2022, based on actual days elapsed at the applicable interest rate for each note, based on a 365-day year.

10. To calculate a per diem interest amount for each of the Notes, the outstanding principal balance of each Note as of October 31, 2022, was multiplied by the stated interest rate for that Note and then divided by 365 to determine a per diem amount.

11. Additionally, and in accordance with the terms of each Note, accrued and unpaid interest is capitalized on the anniversary of the original date of the applicable Note (for example, for a Note dated February 26, 2014, unpaid and outstanding interest is added to the outstanding principal balance on February 26 of each year, and outstanding interest is reduced to zero). On these anniversary dates, the per diem amount increases because the outstanding principal amount has increased (in other words, interest is compounding annually).

12. Accordingly, in addition to providing the per diem amount for each of the Notes as of October 31, 2022, an additional calculation has been included to denote (a) the next date after October 31, 2022, that interest will be capitalized and (b) the new per diem amount from that date until the next anniversary of the original date of the Note.[2] The calculation of the new per diem amount is identical to the calculation of the current per diem amount, except that rather than using the outstanding principal balance as of October 31, 2022, it uses the outstanding principal balance as of the next date that outstanding interest is scheduled to be capitalized into the principal balance.

C. **CALCULATION OF PRINCIPAL AND INTEREST DUE UNDER EACH NOTE AS OF OCTOBER 31, 2022, AND THE APPLICABLE PER DIEM RATES THEREAFTER**

13. Following the methodology described above, attached as **Exhibit B** is a spreadsheet showing that HCMFA will owe Highland **$2,169,270.76** in accrued but unpaid

---

[2] These calculations assume that HCMFA will not make any future payments under the Pre-2019 Notes until any judgment that may be entered is satisfied.

principal and interest due under the 2014 Note (issued on February 26, 2014) as of October 31, 2022, after application of all payments to outstanding principal and interest. As of October 31, 2022, interest will continue to accrue on the 2014 Note at the rate of **$115.54** per day and will increase to **$117.82** per day on **February 26, 2023**.

14. Following the methodology described above, attached as **Exhibit C** is a spreadsheet showing that HCMFA will owe Highland **$1,012,449.18** in accrued but unpaid principal and interest due under the 2016 Note (issued on February 26, 2016) as of October 31, 2022, after application of all payments to outstanding principal and interest. As of October 31, 2022, interest will continue to accrue on the 2016 Note at the rate of **$71.41** per day and will increase to **$73.28** per day on **February 26, 2023**.

15. I declare under penalty of perjury that the forgoing is true and correct.

Dated: November 2, 2022

                                               */s/ David Klos*
                                               David Klos

# EXHIBIT A

*Summary*

***Principal and interest due on various notes as of specific dates, along with per diem amounts and the dates of changes in per diem***

| | Original Date of Note | As of May 27, 2022 | As of October 31, 2022 | Per Diem as of October 31, 2022 | Next date of change in per diem (from capitalization of interest) | Per Diem for next year following date of change in per diem | |
|---|---|---|---|---|---|---|---|
| **Highland Capital Management Fund Advisors, LP (HCMFA)** | | | | | | | |
| 2014 Note | 2/26/2014 | 2,151,130.84 | 2,169,270.76 | $ 115.54 | 2/26/2023 | $ 117.82 | |
| 2016 Note | 2/26/2016 | 1,001,238.06 | 1,012,449.18 | $ 71.41 | 2/26/2023 | $ 73.28 | |
| **2014 Note + 2016 Note \*** | | $ 3,152,368.90 | $ 3,181,719.94 | $ 186.95 | Current per diem | $ 191.10 | Future per diem, post-PIK |

*\* Amounts described herein relate solely to principal and interest of the two notes described.  Neither collection of costs of recovery and attorneys' fees nor other amounts owed from Highland Capital Management Fund Advisors, LP beyond these specific notes are included.*

# EXHIBIT B

**HCMFA 2014 NOTE**

| | | |
|---|---|---|
| Closing Date | | 2/26/2014 |
| Total Commitment | $ | 4,000,000 |
| Rate | | 1.970% |

| Date | Interest Accrual | Interest Paid | Accrued Interest | Beg Prin Bal | Principal Paid | Ending Prin Bal | Total of Outstanding Principal and Interest (selected dates) | Total Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 2/26/2014 | | | | | | 4,000,000.00 | | | |
| 2/28/2014 | 431.78 | | 431.78 | 4,000,000.00 | | 4,000,000.00 | | | |
| 3/31/2014 | 6,692.60 | | 7,124.38 | 4,000,000.00 | | 4,000,000.00 | | | |
| 4/30/2014 | 6,476.71 | | 13,601.10 | 4,000,000.00 | | 4,000,000.00 | | | |
| 5/31/2014 | 6,692.60 | | 20,293.70 | 4,000,000.00 | | 4,000,000.00 | | | |
| 6/30/2014 | 6,476.71 | | 26,770.41 | 4,000,000.00 | | 4,000,000.00 | | | |
| 7/31/2014 | 6,692.60 | | 33,463.01 | 4,000,000.00 | | 4,000,000.00 | | | |
| 8/31/2014 | 6,692.60 | | 40,155.62 | 4,000,000.00 | | 4,000,000.00 | | | |
| 9/30/2014 | 6,476.71 | | 46,632.33 | 4,000,000.00 | | 4,000,000.00 | | | |
| 10/31/2014 | 6,692.60 | | 53,324.93 | 4,000,000.00 | | 4,000,000.00 | | | |
| 11/30/2014 | 6,476.71 | | 59,801.64 | 4,000,000.00 | | 4,000,000.00 | | | |
| 12/31/2014 | 6,692.60 | | 66,494.25 | 4,000,000.00 | | 4,000,000.00 | | | |
| 1/31/2015 | 6,692.60 | | 73,186.85 | 4,000,000.00 | | 4,000,000.00 | | | |
| 2/26/2015 | 5,613.15 | (78,800.00) | - | 4,000,000.00 | 78,800.00 | 4,078,800.00 | | - | *Annual Compound Interest |
| 2/28/2015 | 440.29 | | 440.29 | 4,078,800.00 | | 4,078,800.00 | | | |
| 3/31/2015 | 6,824.45 | | 7,264.73 | 4,078,800.00 | | 4,078,800.00 | | | |
| 4/30/2015 | 6,604.30 | | 13,869.04 | 4,078,800.00 | | 4,078,800.00 | | | |
| 5/31/2015 | 6,824.45 | | 20,693.48 | 4,078,800.00 | | 4,078,800.00 | | | |
| 6/30/2015 | 6,604.30 | | 27,297.79 | 4,078,800.00 | | 4,078,800.00 | | | |
| 7/31/2015 | 6,824.45 | | 34,122.24 | 4,078,800.00 | | 4,078,800.00 | | | |
| 8/31/2015 | 6,824.45 | | 40,946.68 | 4,078,800.00 | | 4,078,800.00 | | | |
| 9/30/2015 | 6,604.30 | | 47,550.99 | 4,078,800.00 | | 4,078,800.00 | | | |
| 10/31/2015 | 6,824.45 | | 54,375.43 | 4,078,800.00 | | 4,078,800.00 | | | |
| 11/30/2015 | 6,604.30 | | 60,979.74 | 4,078,800.00 | | 4,078,800.00 | | | |
| 12/31/2015 | 6,824.45 | | 67,804.18 | 4,078,800.00 | | 4,078,800.00 | | | |
| 1/31/2016 | 6,824.45 | | 74,628.63 | 4,078,800.00 | | 4,078,800.00 | | | |
| 2/26/2016 | 5,723.73 | (80,352.36) | - | 4,078,800.00 | 80,352.36 | 4,159,152.36 | | - | *Annual Compound Interest |
| 2/29/2016 | 673.44 | | 673.44 | 4,159,152.36 | | 4,159,152.36 | | | |
| 3/31/2016 | 6,958.89 | | 7,632.33 | 4,159,152.36 | | 4,159,152.36 | | | |
| 4/30/2016 | 6,734.41 | | 14,366.74 | 4,159,152.36 | | 4,159,152.36 | | | |
| 5/31/2016 | 6,958.89 | | 21,325.63 | 4,159,152.36 | | 4,159,152.36 | | | |
| 6/30/2016 | 6,734.41 | | 28,060.03 | 4,159,152.36 | | 4,159,152.36 | | | |
| 7/31/2016 | 6,958.89 | | 35,018.92 | 4,159,152.36 | | 4,159,152.36 | | | |
| 8/31/2016 | 6,958.89 | | 41,977.81 | 4,159,152.36 | | 4,159,152.36 | | | |
| 9/30/2016 | 6,734.41 | | 48,712.22 | 4,159,152.36 | | 4,159,152.36 | | | |
| 10/31/2016 | 6,958.89 | | 55,671.11 | 4,159,152.36 | | 4,159,152.36 | | | |
| 11/30/2016 | 6,734.41 | | 62,405.52 | 4,159,152.36 | | 4,159,152.36 | | | |
| 12/31/2016 | 6,958.89 | | 69,364.41 | 4,159,152.36 | | 4,159,152.36 | | | |
| 1/31/2017 | 6,958.89 | | 76,323.29 | 4,159,152.36 | | 4,159,152.36 | | | |
| 2/26/2017 | 5,836.49 | (82,159.78) | 0.00 | 4,159,152.36 | 82,159.78 | 4,241,312.14 | | - | *Annual Compound Interest |
| 2/28/2017 | 457.83 | | 457.83 | 4,241,312.14 | | 4,241,312.14 | | | |
| 3/31/2017 | 7,096.35 | | 7,554.19 | 4,241,312.14 | | 4,241,312.14 | | | |
| 4/30/2017 | 6,867.44 | | 14,421.63 | 4,241,312.14 | | 4,241,312.14 | | | |
| 5/31/2017 | 7,096.35 | | 21,517.98 | 4,241,312.14 | | 4,241,312.14 | | | |
| 6/30/2017 | 6,867.44 | | 28,385.42 | 4,241,312.14 | | 4,241,312.14 | | | |
| 7/31/2017 | 7,096.35 | | 35,481.77 | 4,241,312.14 | | 4,241,312.14 | | | |
| 8/31/2017 | 7,096.35 | | 42,578.13 | 4,241,312.14 | | 4,241,312.14 | | | |
| 9/30/2017 | 6,867.44 | | 49,445.57 | 4,241,312.14 | | 4,241,312.14 | | | |
| 10/31/2017 | 7,096.35 | | 56,541.92 | 4,241,312.14 | | 4,241,312.14 | | | |
| 11/30/2017 | 6,867.44 | | 63,409.36 | 4,241,312.14 | | 4,241,312.14 | | | |
| 12/31/2017 | 7,096.35 | | 70,505.72 | 4,241,312.14 | | 4,241,312.14 | | | |
| 1/31/2018 | 7,096.35 | | 77,602.07 | 4,241,312.14 | | 4,241,312.14 | | | |
| 2/26/2018 | 5,951.78 | | 83,553.85 | 4,241,312.14 | | 4,241,312.14 | | | |
| 2/28/2018 | 457.83 | (84,011.68) | 0.00 | 4,241,312.14 | 84,011.68 | 4,325,323.82 | | - | *Annual Compound Interest |
| 3/31/2018 | 7,236.92 | | 7,236.92 | 4,325,323.82 | | 4,325,323.82 | | | |
| 4/30/2018 | 7,003.47 | | 14,240.39 | 4,325,323.82 | | 4,325,323.82 | | | |
| 5/31/2018 | 7,236.92 | | 21,477.31 | 4,325,323.82 | | 4,325,323.82 | | | |
| 6/30/2018 | 7,003.47 | | 28,480.78 | 4,325,323.82 | | 4,325,323.82 | | | |
| 7/31/2018 | 7,236.92 | | 35,717.69 | 4,325,323.82 | | 4,325,323.82 | | | |
| 8/31/2018 | 7,236.92 | | 42,954.61 | 4,325,323.82 | | 4,325,323.82 | | | |
| 9/30/2018 | 7,003.47 | | 49,958.08 | 4,325,323.82 | | 4,325,323.82 | | | |
| 10/31/2018 | 7,236.92 | | 57,195.00 | 4,325,323.82 | | 4,325,323.82 | | | |
| 11/30/2018 | 7,003.47 | | 64,198.47 | 4,325,323.82 | | 4,325,323.82 | | | |
| 12/31/2018 | 7,236.92 | | 71,435.39 | 4,325,323.82 | | 4,325,323.82 | | | |
| 1/31/2019 | 7,236.92 | | 78,672.31 | 4,325,323.82 | | 4,325,323.82 | | | |
| 2/26/2019 | 6,069.67 | (84,741.98) | 0.00 | 4,325,323.82 | 84,741.98 | 4,410,065.80 | | - | *Annual Compound Interest |
| 2/28/2019 | 476.05 | | 476.05 | 4,410,065.80 | | 4,410,065.80 | | | |
| 3/31/2019 | 7,378.70 | | 7,854.75 | 4,410,065.80 | | 4,410,065.80 | | | |
| 4/30/2019 | 7,140.68 | | 14,995.43 | 4,410,065.80 | | 4,410,065.80 | | | |
| 5/29/2019 | 6,902.66 | (21,898.09) | 0.00 | 4,410,065.80 | (978,101.91) | 3,431,963.89 | | (1,000,000.00) | Principal and interest |
| 5/31/2019 | 370.46 | | 370.47 | 3,431,963.89 | | 3,431,963.89 | | | |
| 6/4/2019 | 740.93 | | 1,111.39 | 3,431,963.89 | (500,000.00) | 2,931,963.89 | | (500,000.00) | Principal |
| 6/30/2019 | 4,114.39 | | 5,225.78 | 2,931,963.89 | | 2,931,963.89 | | | |
| 7/31/2019 | 4,905.62 | | 10,131.40 | 2,931,963.89 | | 2,931,963.89 | | | |
| 8/31/2019 | 4,905.62 | | 15,037.02 | 2,931,963.89 | | 2,931,963.89 | | | |
| 9/5/2019 | 791.23 | (15,828.25) | (0.00) | 2,931,963.89 | (484,171.75) | 2,447,792.14 | | (500,000.00) | Principal and interest |
| 9/30/2019 | 3,302.84 | | 3,302.84 | 2,447,792.14 | | 2,447,792.14 | | | |

**HCMFA 2014 NOTE**

| | |
|---|---|
| **Closing Date** | 2/26/2014 |
| **Total Commitment** | $ 4,000,000 |
| **Rate** | 1.970% |

| Date | Interest Accrual | Interest Paid | Accrued Interest | Beg Prin Bal | Principal Paid | Ending Prin Bal | Total of Outstanding Principal and Interest (selected dates) | Total Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/2019 | 396.34 | | 3,699.18 | 2,447,792.14 | (375,000.00) | 2,072,792.14 | | (375,000.00) | Principal |
| 10/15/2019 | 1,342.49 | | 5,041.67 | 2,072,792.14 | | 2,072,792.14 | | | |
| 10/31/2019 | 1,789.98 | | 6,831.65 | 2,072,792.14 | | 2,072,792.14 | | | |
| 11/30/2019 | 3,356.22 | | 10,187.87 | 2,072,792.14 | | 2,072,792.14 | | | |
| 12/31/2019 | 3,468.09 | | 13,655.97 | 2,072,792.14 | | 2,072,792.14 | | | |
| 1/31/2020 | 3,468.09 | | 17,124.06 | 2,072,792.14 | | 2,072,792.14 | | | |
| 2/26/2020 | 2,908.72 | (20,032.78) | 0.00 | 2,072,792.14 | 20,032.78 | 2,092,824.92 | | - | *Annual Compound Interest |
| 2/29/2020 | 338.87 | | 338.87 | 2,092,824.92 | | 2,092,824.92 | | | |
| 3/31/2020 | 3,501.61 | | 3,840.48 | 2,092,824.92 | | 2,092,824.92 | | | |
| 4/30/2020 | 3,388.66 | | 7,229.14 | 2,092,824.92 | | 2,092,824.92 | | | |
| 5/31/2020 | 3,501.61 | | 10,730.75 | 2,092,824.92 | | 2,092,824.92 | | | |
| 6/30/2020 | 3,388.66 | | 14,119.40 | 2,092,824.92 | | 2,092,824.92 | | | |
| 7/31/2020 | 3,501.61 | | 17,621.02 | 2,092,824.92 | | 2,092,824.92 | | | |
| 8/31/2020 | 3,501.61 | | 21,122.63 | 2,092,824.92 | | 2,092,824.92 | | | |
| 9/30/2020 | 3,388.66 | | 24,511.28 | 2,092,824.92 | | 2,092,824.92 | | | |
| 10/31/2020 | 3,501.61 | | 28,012.89 | 2,092,824.92 | | 2,092,824.92 | | | |
| 11/30/2020 | 3,388.66 | | 31,401.55 | 2,092,824.92 | | 2,092,824.92 | | | |
| 12/31/2020 | 3,501.61 | | 34,903.16 | 2,092,824.92 | | 2,092,824.92 | | | |
| 1/31/2021 | 3,501.61 | | 38,404.77 | 2,092,824.92 | | 2,092,824.92 | | | |
| 2/26/2021 | 2,936.84 | (41,341.61) | - | 2,092,824.92 | 41,341.61 | 2,134,166.53 | | - | *Annual Compound Interest |
| 2/28/2021 | 230.37 | | 230.37 | 2,134,166.53 | | 2,134,166.53 | | | |
| 3/31/2021 | 3,570.78 | | 3,801.16 | 2,134,166.53 | | 2,134,166.53 | | | |
| 4/30/2021 | 3,455.60 | | 7,256.75 | 2,134,166.53 | | 2,134,166.53 | | | |
| 5/31/2021 | 3,570.78 | | 10,827.53 | 2,134,166.53 | | 2,134,166.53 | | | |
| 6/30/2021 | 3,455.60 | | 14,283.13 | 2,134,166.53 | | 2,134,166.53 | | | |
| 7/31/2021 | 3,570.78 | | 17,853.91 | 2,134,166.53 | | 2,134,166.53 | | | |
| 8/31/2021 | 3,570.78 | | 21,424.69 | 2,134,166.53 | | 2,134,166.53 | | | |
| 9/30/2021 | 3,455.60 | | 24,880.29 | 2,134,166.53 | | 2,134,166.53 | | | |
| 10/31/2021 | 3,570.78 | | 28,451.07 | 2,134,166.53 | | 2,134,166.53 | | | |
| 11/30/2021 | 3,455.60 | | 31,906.67 | 2,134,166.53 | | 2,134,166.53 | | | |
| 12/31/2021 | 3,570.78 | (35,477.45) | - | 2,134,166.53 | | 2,134,166.53 | | (35,477.45) | Interest |
| 1/31/2022 | 3,570.78 | | 3,570.78 | 2,134,166.53 | | 2,134,166.53 | | | |
| 2/26/2022 | 2,994.85 | (6,565.63) | - | 2,134,166.53 | 6,565.63 | 2,140,732.16 | | - | *Annual Compound Interest |
| 2/28/2022 | 231.08 | | 231.08 | 2,140,732.16 | | 2,140,732.16 | | | |
| 3/31/2022 | 3,581.77 | | 3,812.85 | 2,140,732.16 | | 2,140,732.16 | | | |
| 4/30/2022 | 3,466.23 | | 7,279.08 | 2,140,732.16 | | 2,140,732.16 | | | |
| 5/27/2022 | 3,119.60 | | 10,398.68 | 2,140,732.16 | | 2,140,732.16 | 2,151,130.84 | | |
| 6/30/2022 | 3,928.39 | | 14,327.07 | 2,140,732.16 | | 2,140,732.16 | | | |
| 7/31/2022 | 3,581.77 | | 17,908.84 | 2,140,732.16 | | 2,140,732.16 | | | |
| 8/31/2022 | 3,581.77 | | 21,490.60 | 2,140,732.16 | | 2,140,732.16 | | | |
| 9/30/2022 | 3,466.23 | | 24,956.83 | 2,140,732.16 | | 2,140,732.16 | | | |
| 10/31/2022 | 3,581.77 | | 28,538.60 | 2,140,732.16 | | 2,140,732.16 | 2,169,270.76 | | |
| 11/30/2022 | 3,466.23 | | 32,004.83 | 2,140,732.16 | | 2,140,732.16 | | | |
| 12/31/2022 | 3,581.77 | | 35,586.59 | 2,140,732.16 | | 2,140,732.16 | | | |
| 1/31/2023 | 3,581.77 | | 39,168.36 | 2,140,732.16 | | 2,140,732.16 | | | |
| 2/26/2023 | 3,004.06 | (42,172.42) | - | 2,140,732.16 | 42,172.42 | 2,182,904.58 | | - | *Annual Compound Interest |

# EXHIBIT C

**HCMFA 2016 NOTE**

| | |
|---|---|
| **Closing Date** | 2/26/2016 |
| **Total Commitment** | $ 2,300,000 |
| **Rate** | 2.620% |

| Date | Interest Accrual | Interest Paid | Accrued Interest | Beg Prin Bal | Principal Paid | Ending Prin Bal | Total of Outstanding Principal and Interest (selected dates) | Total Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 2/26/2016 | | | | | | 2,300,000.00 | | | |
| 2/29/2016 | 495.29 | | 495.29 | 2,300,000.00 | | 2,300,000.00 | | | |
| 3/31/2016 | 5,117.97 | | 5,613.26 | 2,300,000.00 | | 2,300,000.00 | | | |
| 4/30/2016 | 4,952.88 | | 10,566.14 | 2,300,000.00 | | 2,300,000.00 | | | |
| 5/31/2016 | 5,117.97 | | 15,684.11 | 2,300,000.00 | | 2,300,000.00 | | | |
| 6/30/2016 | 4,952.88 | | 20,636.99 | 2,300,000.00 | | 2,300,000.00 | | | |
| 7/31/2016 | 5,117.97 | | 25,754.96 | 2,300,000.00 | | 2,300,000.00 | | | |
| 8/31/2016 | 5,117.97 | | 30,872.93 | 2,300,000.00 | | 2,300,000.00 | | | |
| 9/1/2016 | 165.10 | (31,038.03) | - | 2,300,000.00 | (434,394.68) | 1,865,605.32 | | (465,432.71) | Principal and interest |
| 9/30/2016 | 3,883.53 | | 3,883.53 | 1,865,605.32 | | 1,865,605.32 | | | |
| 10/31/2016 | 4,151.36 | | 8,034.88 | 1,865,605.32 | | 1,865,605.32 | | | |
| 11/30/2016 | 4,017.44 | | 12,052.32 | 1,865,605.32 | | 1,865,605.32 | | | |
| 12/31/2016 | 4,151.36 | | 16,203.68 | 1,865,605.32 | | 1,865,605.32 | | | |
| 1/31/2017 | 4,151.36 | | 20,355.03 | 1,865,605.32 | | 1,865,605.32 | | | |
| 2/26/2017 | 3,481.78 | (23,836.81) | 0.00 | 1,865,605.32 | 23,836.81 | 1,889,442.13 | | - | *Annual Compound Interest |
| 2/28/2017 | 271.25 | | 271.26 | 1,889,442.13 | | 1,889,442.13 | | | |
| 3/31/2017 | 4,204.40 | | 4,475.65 | 1,889,442.13 | | 1,889,442.13 | | | |
| 4/12/2017 | 1,627.51 | (29,862.97) | (23,759.81) | 1,889,442.13 | (970,137.03) | 919,305.10 | | (1,000,000.00) | Principal and interest |
| 4/30/2017 | 1,187.79 | | (22,572.02) | 919,305.10 | | 919,305.10 | | | |
| 5/31/2017 | 2,045.64 | | (20,526.38) | 919,305.10 | | 919,305.10 | | | |
| 6/30/2017 | 1,979.65 | | (18,546.72) | 919,305.10 | | 919,305.10 | | | |
| 7/31/2017 | 2,045.64 | | (16,501.08) | 919,305.10 | | 919,305.10 | | | |
| 8/31/2017 | 2,045.64 | | (14,455.44) | 919,305.10 | | 919,305.10 | | | |
| 9/30/2017 | 1,979.65 | | (12,475.78) | 919,305.10 | | 919,305.10 | | | |
| 10/31/2017 | 2,045.64 | | (10,430.14) | 919,305.10 | | 919,305.10 | | | |
| 11/30/2017 | 1,979.65 | | (8,450.49) | 919,305.10 | | 919,305.10 | | | |
| 12/31/2017 | 2,045.64 | | (6,404.84) | 919,305.10 | | 919,305.10 | | | |
| 1/31/2018 | 2,045.64 | | (4,359.20) | 919,305.10 | | 919,305.10 | | | |
| 2/26/2018 | 1,715.70 | | (2,643.50) | 919,305.10 | | 919,305.10 | | | |
| 2/28/2018 | 131.98 | | (2,511.52) | 919,305.10 | | 919,305.10 | | | |
| 3/31/2018 | 2,045.64 | | (465.88) | 919,305.10 | | 919,305.10 | | | |
| 4/30/2018 | 1,979.65 | | 1,513.77 | 919,305.10 | | 919,305.10 | | | |
| 5/31/2018 | 2,045.64 | | 3,559.42 | 919,305.10 | | 919,305.10 | | | |
| 6/30/2018 | 1,979.65 | | 5,539.07 | 919,305.10 | | 919,305.10 | | | |
| 7/31/2018 | 2,045.64 | | 7,584.71 | 919,305.10 | | 919,305.10 | | | |
| 8/31/2018 | 2,045.64 | | 9,630.35 | 919,305.10 | | 919,305.10 | | | |
| 9/30/2018 | 1,979.65 | | 11,610.01 | 919,305.10 | | 919,305.10 | | | |
| 10/31/2018 | 2,045.64 | | 13,655.65 | 919,305.10 | | 919,305.10 | | | |
| 11/30/2018 | 1,979.65 | | 15,635.31 | 919,305.10 | | 919,305.10 | | | |
| 12/31/2018 | 2,045.64 | | 17,680.95 | 919,305.10 | | 919,305.10 | | | |
| 1/31/2019 | 2,045.64 | | 19,726.59 | 919,305.10 | | 919,305.10 | | | |
| 2/26/2019 | 1,715.70 | (21,442.29) | 0.00 | 919,305.10 | 21,442.29 | 940,747.39 | | - | *Annual Compound Interest |
| 2/28/2019 | 135.06 | | 135.06 | 940,747.39 | | 940,747.39 | | | |
| 3/31/2019 | 2,093.36 | | 2,228.41 | 940,747.39 | | 940,747.39 | | | |
| 4/30/2019 | 2,025.83 | | 4,254.24 | 940,747.39 | | 940,747.39 | | | |
| 5/31/2019 | 2,093.36 | | 6,347.60 | 940,747.39 | | 940,747.39 | | | |
| 6/30/2019 | 2,025.83 | | 8,373.43 | 940,747.39 | | 940,747.39 | | | |
| 7/31/2019 | 2,093.36 | | 10,466.78 | 940,747.39 | | 940,747.39 | | | |
| 8/31/2019 | 2,093.36 | | 12,560.14 | 940,747.39 | | 940,747.39 | | | |
| 9/30/2019 | 2,025.83 | | 14,585.97 | 940,747.39 | | 940,747.39 | | | |
| 10/15/2019 | 1,012.91 | | 15,598.88 | 940,747.39 | | 940,747.39 | | | |
| 10/31/2019 | 1,080.44 | | 16,679.32 | 940,747.39 | | 940,747.39 | | | |
| 11/30/2019 | 2,025.83 | | 18,705.15 | 940,747.39 | | 940,747.39 | | | |
| 12/31/2019 | 2,093.36 | | 20,798.51 | 940,747.39 | | 940,747.39 | | | |
| 1/31/2020 | 2,093.36 | | 22,891.87 | 940,747.39 | | 940,747.39 | | | |
| 2/26/2020 | 1,755.72 | (24,647.58) | 0.00 | 940,747.39 | 24,647.58 | 965,394.97 | | - | *Annual Compound Interest |
| 2/29/2020 | 207.89 | | 207.89 | 965,394.97 | | 965,394.97 | | | |
| 3/31/2020 | 2,148.20 | | 2,356.10 | 965,394.97 | | 965,394.97 | | | |
| 4/30/2020 | 2,078.91 | | 4,435.00 | 965,394.97 | | 965,394.97 | | | |
| 5/31/2020 | 2,148.20 | | 6,583.20 | 965,394.97 | | 965,394.97 | | | |
| 6/30/2020 | 2,078.91 | | 8,662.11 | 965,394.97 | | 965,394.97 | | | |
| 7/31/2020 | 2,148.20 | | 10,810.31 | 965,394.97 | | 965,394.97 | | | |
| 8/31/2020 | 2,148.20 | | 12,958.51 | 965,394.97 | | 965,394.97 | | | |
| 9/30/2020 | 2,078.91 | | 15,037.42 | 965,394.97 | | 965,394.97 | | | |
| 10/31/2020 | 2,148.20 | | 17,185.62 | 965,394.97 | | 965,394.97 | | | |
| 11/30/2020 | 2,078.91 | | 19,264.53 | 965,394.97 | | 965,394.97 | | | |
| 12/31/2020 | 2,148.20 | | 21,412.73 | 965,394.97 | | 965,394.97 | | | |
| 1/31/2021 | 2,148.20 | | 23,560.93 | 965,394.97 | | 965,394.97 | | | |
| 2/26/2021 | 1,801.72 | (25,362.65) | - | 965,394.97 | 25,362.65 | 990,757.62 | | - | *Annual Compound Interest |
| 2/28/2021 | 142.23 | | 142.23 | 990,757.62 | | 990,757.62 | | | |
| 3/31/2021 | 2,204.64 | | 2,346.87 | 990,757.62 | | 990,757.62 | | | |
| 4/30/2021 | 2,133.52 | | 4,480.40 | 990,757.62 | | 990,757.62 | | | |
| 5/31/2021 | 2,204.64 | | 6,685.04 | 990,757.62 | | 990,757.62 | | | |
| 6/30/2021 | 2,133.52 | | 8,818.56 | 990,757.62 | | 990,757.62 | | | |
| 7/31/2021 | 2,204.64 | | 11,023.20 | 990,757.62 | | 990,757.62 | | | |
| 8/31/2021 | 2,204.64 | | 13,227.84 | 990,757.62 | | 990,757.62 | | | |
| 9/30/2021 | 2,133.52 | | 15,361.36 | 990,757.62 | | 990,757.62 | | | |

**HCMFA 2016 NOTE**

| | |
|---|---|
| **Closing Date** | 2/26/2016 |
| **Total Commitment** | $ 2,300,000 |
| **Rate** | 2.620% |

| Date | Interest Accrual | Interest Paid | Accrued Interest | Beg Prin Bal | Principal Paid | Ending Prin Bal | Total of Outstanding Principal and Interest (selected dates) | Total Paid | |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/2021 | 2,204.64 | | 17,566.00 | 990,757.62 | | 990,757.62 | | | |
| 11/30/2021 | 2,133.52 | | 19,699.52 | 990,757.62 | | 990,757.62 | | | |
| 12/31/2021 | 2,204.64 | (21,904.16) | - | 990,757.62 | | 990,757.62 | | (21,904.16) | Interest |
| 1/31/2022 | 2,204.64 | | 2,204.64 | 990,757.62 | | 990,757.62 | | | |
| 2/26/2022 | 1,849.05 | (4,053.69) | - | 990,757.62 | 4,053.69 | 994,811.31 | | - | *Annual Compound Interest |
| 2/28/2022 | 142.82 | | 142.82 | 994,811.31 | | 994,811.31 | | | |
| 3/31/2022 | 2,213.66 | | 2,356.48 | 994,811.31 | | 994,811.31 | | | |
| 4/30/2022 | 2,142.25 | | 4,498.73 | 994,811.31 | | 994,811.31 | | | |
| 5/27/2022 | 1,928.03 | | 6,426.75 | 994,811.31 | | 994,811.31 | 1,001,238.06 | | |
| 6/30/2022 | 2,427.88 | | 8,854.64 | 994,811.31 | | 994,811.31 | | | |
| 7/31/2022 | 2,213.66 | | 11,068.30 | 994,811.31 | | 994,811.31 | | | |
| 8/31/2022 | 2,213.66 | | 13,281.96 | 994,811.31 | | 994,811.31 | | | |
| 9/30/2022 | 2,142.25 | | 15,424.21 | 994,811.31 | | 994,811.31 | | | |
| 10/31/2022 | 2,213.66 | | 17,637.87 | 994,811.31 | | 994,811.31 | 1,012,449.18 | | |
| 11/30/2022 | 2,142.25 | | 19,780.12 | 994,811.31 | | 994,811.31 | | | |
| 12/31/2022 | 2,213.66 | | 21,993.78 | 994,811.31 | | 994,811.31 | | | |
| 1/31/2023 | 2,213.66 | | 24,207.44 | 994,811.31 | | 994,811.31 | | | |
| 2/26/2023 | 1,856.62 | (26,064.06) | - | 994,811.31 | 26,064.06 | 1,020,875.36 | | - | *Annual Compound Interest |